UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

Harvest Natural Resources, Inc., et al.

v.                                          Case Number: 4:18−cv−00483

Juan Jose Mendoza Garcia, et al.

NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Lee H Rosenthal

**PLACE:** Courtroom 11B
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 4/27/2018

**TIME:** 03:00 PM

**TYPE OF PROCEEDING:** Motion Hearing
Emergency Motion − #33
Motion for Discovery − #33
Motion to Stay − #33

Date:   April 24, 2018

David J. Bradley, Clerk