UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| HARVEST NATURAL RESOURCES, INC., and HNR ENERGIA B.V.  §§§§ *Plaintiffs*  §§ v.  § JUAN JOSÉ GARCIA MENDOZA, § PETRO CONSULTORES, S.C., PETRO § CONSULTORES INTERNATIONAL § TRADING COMPANY, INC., § PETROCONSULTORES (BARBADOS), § LTD., PETROCONSULTORES, INC., § AZURE 904, LLC, RAFAEL DARIO § RAMIREZ CARRENO, EULOGIO § ANTONIO DEL PINO DIAZ, and JOSE § ANGEL GONZALEZ ACOSTA, § §  *Defendants.* § | CIVIL ACTION: 4:18-cv-00483 |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF GARCIA DEFENDANTS, DEFENDANT DEL PINO DIAZ AND DEFENDANT GONZALEZ ACOSTA

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Harvest Natural Resources, Inc. and HNR Energia B.V., hereby give notice that the defendants below are voluntarily dismissed without prejudice.

- Juan Jose Garcia Mendoza;
- Petro Consultores, S.C.;
- Petro Consultores International Trading Company, Inc.;
- Petroconsultores (Barbados), Ltd.;
- Petroconsultores, Inc.;
- Azure 904, LLC;
- Eulogio Antonio Del Pino Diaz; and
- Jose Angel Gonzalez Acosta.[1]

---

[1] Thus, this notice of voluntary dismissal applies to all current defendants except Defendant Rafael Dario Ramirez Carreno, who Plaintiffs served but has failed to plead or otherwise defend the claims brought against him. As such, Plaintiffs intend to later seek a default judgment against Defendant Ramirez Carreno.

764913.1

As of the date of the filing of this Notice of Voluntary Dismissal, no Defendant listed above has filed an answer or a motion for summary judgment.

        Respectfully Submitted,

        **SMYSER KAPLAN & VESELKA, L.L.P.**

        By: */s/ Dane Ball*
        Craig Smyser
        *Attorney-in-Charge*
        Fed. Bar No. 848
        State Bar No. 18777575
        Dane Ball
        Federal Bar No. 784400
        State Bar No. 24051642
        Alexander M. Wolf
        Federal Bar No. 2470631
        State Bar No. 24095027
        700 Louisiana, Suite 2300
        Houston, Texas 77002
        (713) 221-2300 (phone)
        (713) 221-2320 (fax)
        csmyser@skv.com
        dball@skv.com
        awolf@skv.com

        **ATTORNEYS FOR PLAINTIFFS**
        **HARVEST NATURAL RESOURCES, INC.**
        **AND HNR ENERGIA B.V.**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule 5.1 on the 29th day of October, 2018.

        */s/ Dane Ball*
        Dane Ball

764913.1