United States District Court
Southern District of Texas
**ENTERED**
November 13, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HARVEST NATURAL RESOURCES, INC., and HNR ENERGIA B.V. | § § § § | |
| *Plaintiffs* | § | |
| v. | § | |
| JUAN JOSÉ GARCIA MENDOZA, PETRO CONSULTORES, S.C., PETRO CONSULTORES INTERNATIONAL TRADING COMPANY, INC., PETROCONSULTORES (BARBADOS), LTD., PETROCONSULTORES, INC., AZURE 904, LLC, RAFAEL DARIO RAMIREZ CARRENO, EULOGIO ANTONIO DEL PINO DIAZ, and JOSE ANGEL GONZALEZ ACOSTA, | § § § § § § § § § § § | CIVIL ACTION: 4:18-cv-00483 |
| *Defendants.* | § | |

## ORDER

The Court has considered Plaintiffs Harvest Natural Resources, Inc. and HNR Energia B.V.'s Notice of Voluntary Dismissal [ECF No. 63], filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The notice is granted.

IT IS HEREBY ORDERED that Defendants Juan Jose Garcia Mendoza, Petro Consultores, S.C., Petro Consultores International Trading Company, Inc., Petroconsultores (Barbados), Ltd., Petroconsultores, Inc., Azure 904, LLC, Eulogio Antonio Del Pino Diaz, and Jose Angel Gonzalez Acosta are hereby dismissed without prejudice.

SIGNED on November 13, 2018, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge

806855.1