IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HARVEST NATURAL RESOURCES, INC., and HNR ENERGIA B.V., | § § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. H-18-483 |
| JUAN JOSE MENDOZA GARCIA, *et al.*, | § § § | |
| Defendants. | § | |

**ORDER**

United States District Court
Southern District of Texas
**ENTERED**
July 10, 2019
David J. Bradley, Clerk

On June 24, 2019, defendant Rafael Dario Ramirez Carreno moved to set aside the final default judgment entered against him in December 2018. (Docket Entry Nos. 66, 72). On July 9, 2019, the plaintiffs filed an emergency motion for limited discovery and to stay the deadline to respond to Ramirez Carreno's motion. (Docket Entry No. 80). Ramirez Carreno responded. (Docket Entry No. 82).

The parties must appear for a hearing on the plaintiffs' emergency motion on **July 18, 2019, at 9:00 a.m.** The plaintiffs' deadline to respond to Ramirez Carreno's motion is stayed pending the emergency motion's resolution.

SIGNED on July 10, 2019, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge