# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

```
20190624-132
```
Abbe David Lowell
Brand & Lowell
923 Fifteenth street, NW
Washington, DC 20005

United States Courts
Southern District of Texas
F I L E D

JUL 18 2019

David J. Bradley, Clerk of Court

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Monday, June 24, 2019
Case Number: 4:18-cv-00483
Document Number: 77 (1 page)
Notice Number: 20190624-132
Notice: The attached order has been entered.

**CLERK**
**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

United States Courts
Southern District of Texas
FILED
JUL 18 2019
David J. Bradley, Clerk of Court

ZIP 77002 $ 000.50⁰
02 1W
0001374615 JUN 24 2019
U.S. POSTAGE >> PITNEY BOWES

NIXIE         207    FE  1        0007/12/19
        RETURN TO SENDER
        ATTEMPTED - NOT KNOWN
        UNABLE TO FORWARD

BC: 77208121010        *0035-06004-14-41