UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **HARVEST NATURAL RESOURCES, INC., and HNR ENERGIA B.V.** | § § § § | |
| *Plaintiffs* | § | |
| v. | § | **CIVIL ACTION: 4:18-cv-00483** |
| | § | |
| **JUAN JOSÉ MENDOZA GARCIA**, *et al.*, | § § | |
| *Defendants.* | § § § | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Shaun Clarke of the law firm of Smyser Kaplan & Veselka, L.L.P., 700 Louisiana Street, Suite 2300, Houston, Texas 77002, Telephone (713) 221-2300, hereby enters an appearance on behalf of Plaintiffs Harvest Natural Resources, Inc. and HNR Energia B.V. Mr. Clarke is a member in good standing of the State Bar of Texas and is admitted to practice in the U.S. District Court for the Southern District of Texas. Plaintiffs request that all communications and other documents filed in the above-captioned proceedings be served upon Mr. Clarke, as well as Plaintiffs' other counsel of record.

883720.1

Dated:  August 8, 2019	Respectfully Submitted,

**SMYSER KAPLAN & VESELKA, L.L.P.**

By: */s/ Alex Wolf*
Craig Smyser (Fed. Bar No. 848)
*Attorney-in-Charge*
Shaun Clarke (Fed. Bar No. 920661)
Dane Ball (Fed. Bar No. 784400)
Ty Doyle (Fed. Bar No. 1373873)
Alexander M. Wolf (Fed. Bar No. 2470631)
700 Louisiana, Suite 2300
Houston, Texas 77002
(713) 221-2300 (phone)
(713) 221-2320 (fax)
csmyser@skv.com
sclarke@skv.com
dball@skv.com
tydoyle@skv.com
awolf@skv.com

**ATTORNEYS FOR PLAINTIFFS
HARVEST NATURAL RESOURCES, INC.
AND HNR ENERGIA B.V.**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule 5.1.  As such, this document was served on all counsel of record who have consented to electronic service on this 8th day of August, 2019.

*/s/ Alex Wolf*
Alex Wolf

2

883720.1