## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

Harvest Natural Resources, Inc., et al.

v.                                              Case Number: 4:18–cv–00483

Juan Jose Mendoza Garcia, et al.

---

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Lee H Rosenthal

**PLACE:**      Courtroom 11B
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 8/27/2019

**TIME:** 10:30 AM

**TYPE OF PROCEEDING:** Discovery Hearing

Date:    August 15, 2019

David J. Bradley, Clerk