UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Harvest Natural Resources, Inc., et al.

v.                                          Case Number: 4:18−cv−00483

Juan Jose Mendoza Garcia, et al.

NOTICE OF RESETTING

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.

**Before the Honorable**

Lee H Rosenthal

**PLACE:**
Courtroom 11B
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 8/27/2019

**TIME:** 11:00 AM

**TYPE OF PROCEEDING:** Discovery Hearing

Date:   August 26, 2019

David J. Bradley, Clerk