UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **HARVEST NATURAL RESOURCES, INC., and HNR ENERGIA B.V.** § § § | |
| *Plaintiffs* § | |
| v. § | **CIVIL ACTION: 4:18-cv-00483** |
| § | |
| **JUAN JOSÉ MENDOZA GARCIA,** *et al.*, § § | |
| *Defendants.* § § | |

## NOTICE OF FIRM ADDRESS CHANGE

Smyser Kaplan & Veselka, L.L.P., counsel for Plaintiffs Harvest Natural Resources, Inc. and HNR Energia B.V., hereby notifies the Court and all parties of a change of address effective September 4, 2019. Our new address is as follows:

Smyser Kaplan & Veselka, L.L.P.
717 Texas Avenue, Suite 2800
Houston, Texas 77002-2761

Telephone, facsimile, and email addresses remain the same.

892159.1

Dated:  September 4, 2019

Respectfully Submitted,

**SMYSER KAPLAN & VESELKA, L.L.P.**

By:   */s/ Alexander M. Wolf*
Craig Smyser (Fed. Bar No. 848)
*Attorney-in-Charge*
Shaun Clarke (Fed. Bar No. 920661)
Dane Ball (Fed. Bar No. 784400)
Ty Doyle (Fed. Bar No. 1373873)
Alexander M. Wolf (Fed. Bar No. 2470631)
700 Louisiana, Suite 2300
Houston, Texas 77002
(713) 221-2300 (phone)
(713) 221-2320 (fax)
csmyser@skv.com
sclarke@skv.com
dball@skv.com
tydoyle@skv.com
awolf@skv.com

**ATTORNEYS FOR PLAINTIFFS
HARVEST NATURAL RESOURCES, INC.
AND HNR ENERGIA B.V.**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule 5.1.  As such, this document was served on all counsel of record who have consented to electronic service on this 4th day of September, 2019.

*/s/ Alexander M. Wolf*
Alexander M. Wolf

2

892159.1