United States District Court
Southern District of Texas
**ENTERED**
November 13, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HARVEST NATURAL RESOURCES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-18-483 |
| | § | |
| RAFAEL DARIO RAMIREZ CARRENO, | § | |
| | § | |
| Defendant. | § | |

# ORDER

The court orders counsel for Rafael Ramirez to file a motion addressing the disputed waiver clause in the share purchase agreement, and whether the court should take judicial notice of it, by December 6, 2019. Harvest Natural Resources must respond by January 10, 2020.

SIGNED on November 12, 2019, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge