UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| HARVEST NATURAL RESOURCES, INC., and HNR ENERGIA B.V., <br><br>Plaintiffs,<br><br>v.<br><br>RAFAEL DARIO RAMIREZ CARRENO<br><br>Defendant. | § § § § § § § § § § § § § § § Civil Action No. 4:18-cv-00483 |

## NOTICE OF APPEARANCE OF PAULA W. HINTON

Notice is hereby given that the undersigned attorney, Paula W. Hinton, enters her appearance in this matter as counsel for defendant Rafael Dario Ramirez Carreno for the purpose of receiving notices and orders from the Court. The contact information is as follows:

    Paula W. Hinton
    800 Capitol Street, Suite 2400
    Houston, Texas 77002
    T: 713.651.2600
    F: 713.651.2700
    Email: phinton@winston.com

Dated:  August 21, 2020

**WINSTON & STRAWN LLP**

*/s/ Paula W. Hinton*

Abbe David Lowell
1700 K Street NW
Washington, DC 20006
P: 202.282.5875
F: 202.282.5100
adlowell@winston.com

Paula W. Hinton
Texas Bar No. 09710300
S.D. Tex. Bar No. 6283
800 Capitol Street, Suite 2400
Houston, TX 77002-5242
T: 713.651.2600
F: 713.651.2700
phinton@winston.com

Staci Yablon
Sofia Arguello
200 Park Avenue
New York, NY 10166
P. 212.294.4703
F. 212.294.4700
syablon@winston.com
sarguello@winston.com

**ATTORNEYS FOR DEFENDANT
RAFAEL DARIO RAMIREZ CARRENO**

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was served on August 21, 2020 on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per the Local Rules.

*/s/ Paula W. Hinton*
Paula W. Hinton