# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| HARVEST NATURAL RESOURCES, INC., and HNR ENERGIA B.V., | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 4:18-cv-00483 |
| RAFAEL DARIO RAMIREZ CARRENO | § § § § | |
| Defendant. | § § § | |

## NOTICE OF APPEARANCE OF JASON P. RUDLOFF

Notice is hereby given that the undersigned attorney, Jason P. Rudloff, enters his appearance in this matter as counsel for defendant Rafael Dario Ramirez Carreno for the purpose of receiving notices and orders from the Court. The contact information is as follows:

>Jason P. Rudloff
>800 Capitol Street, Suite 2400
>Houston, Texas 77002
>T: 713.651.2600
>F: 713.651.2700
>Email: jrudloff@winston.com

Dated: August 21, 2020

1

**WINSTON & STRAWN LLP**

*/s/ Paula W. Hinton*

Abbe David Lowell
1700 K Street NW
Washington, DC 20006
P: 202.282.5875
F: 202.282.5100
adlowell@winston.com

Paula W. Hinton
Texas Bar No. 09710300
S.D. Tex. Bar No. 6283
Jason P. Rudloff
Texas Bar No. 24098356
S.D. Tex. Bar No. 2932485
800 Capitol Street, Suite 2400
Houston, TX 77002-5242
T: 713.651.2600
F: 713.651.2700
phinton@winston.com

Staci Yablon
Sofia Arguello
200 Park Avenue
New York, NY 10166
P. 212.294.4703
F. 212.294.4700
syablon@winston.com
sarguello@winston.com

**ATTORNEYS FOR DEFENDANT
RAFAEL DARIO RAMIREZ CARRENO**

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was served on August 21, 2020 on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per the Local Rules.

*/s/ Paula W. Hinton*
Paula W. Hinton