UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| HARVEST NATURAL RESOURCES, INC., § § § § § *Plaintiff,* § v. § § **CIVIL ACTION: H-18-483** § § § § RAFAEL DARIO RAMIREZ CARRENO, § § § *Defendant.* § | |

### PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT RAFAEL DARIO RAMIREZ CARRENO

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Harvest Natural Resources, Inc. and HNR Energia B.V., hereby give notice that defendant Rafael Dario Ramirez Carreno is voluntarily dismissed.

As of the date of the filing of this Notice of Voluntary Dismissal, Defendant Ramirez has not filed an answer or a motion for summary judgment.

1004140.1

Respectfully Submitted,

**SMYSER KAPLAN & VESELKA, L.L.P.**

By:   */s/ Dane Ball*
Craig Smyser
*Attorney-in-Charge*
Fed. Bar No. 848
State Bar No. 18777575
Dane Ball
Federal Bar No. 784400
State Bar No. 24051642
Alexander M. Wolf
Federal Bar No. 2470631
State Bar No. 24095027
717 Texas Avenue, Suite 2800
Houston, Texas 77002
(713) 221-2300 (phone)
(713) 221-2320 (fax)
csmyser@skv.com
dball@skv.com
awolf@skv.com

**ATTORNEYS FOR PLAINTIFFS**
**HARVEST NATURAL RESOURCES, INC.**
**AND HNR ENERGIA B.V.**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule 5.1 on the 26th day of August, 2020.

 */s/ Dane Ball*
Dane Ball

2

1004140.1