United States District Court
Southern District of Texas
**ENTERED**
August 27, 2020
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **HARVEST NATURAL RESOURCES, INC., and HNR ENERGIA B.V.** | § § § § | |
| *Plaintiffs* | § | |
| v. | § | CIVIL ACTION: H-18-483 |
| | § | |
| **RAFAEL DARIO RAMIREZ CARRENO.,** | § § | |
| *Defendant.* | § § § | |

## ORDER

The Court has considered Plaintiffs Harvest Natural Resources, Inc. and HNR Energia, B.V.'s Notice of Voluntary Dismissal of Defendant Rafael Dario Ramirez Carreno, filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The notice is granted.

IT IS HEREBY ORDERED that Defendant Rafael Dario Ramirez Carreno is hereby dismissed without prejudice.

SIGNED on _August 27_, 2020, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge