# EXHIBIT 02

| | |
|---|---|
| **From:** | Goodman, Joshua <JGoodman@ap.org> |
| **Sent:** | Friday, March 23, 2018 7:15 AM |
| **To:** | Ball, Dane |
| **Subject:** | Re: Ramirez: Remind me about something. |

All he really said was that Harvest wanted to sell its assets and that it was the National Assembly that had to approve it b/c of Venezuela's laws governing joint ventures with PDVSA He said it wasn't a discretional decision up to him and that he reserved his right to sue the company. He compared the complaint to judicial terrorism but didn't mention SKV or refer to the lawyers. He said he was going to ask a lawyer to review the complaint and prepare a statement. Then he said he never has asked money from anyone nor would he get involved in choosing partners for a JV. That it was up to an entity called CVP--I assume some PDVSA office or govt agency.

**From:** Ball, Dane <dball@skv.com>
**Sent:** Friday, March 23, 2018 7:05 AM
**To:** Goodman, Joshua
**Subject:** Re: Ramirez: Remind me about something.

Correct.  We won't subpoena you or make public an email you send us.  But I'd like the info

Sent from my iPhone

> On Mar 23, 2018, at 6:36 AM, Goodman, Joshua <JGoodman@ap.org> wrote:
>
> I'll check. You're not going to subpoena me or cite this in any court filings right?
>
> Sent from my iPhone
>
>> On Mar 23, 2018, at 6:16 AM, Ball, Dane <dball@skv.com> wrote:
>>
>> You said on the phone way back that you'd sent him the complaint and that he made a comment to you after reviewing it.  What exactly did he say again?
>>
>> As I recall, you said he told you SKV "are legal terrorists" and that his lawyers would respond (no lawyer is involved to my knowledge).
>>
>> I ask because we've not heard from him and Monday is his deadline to answer.  If you can remind me the details I'd appreciate it.
>>
>> Sent from my iPhone
> The information contained in this communication is intended for the use of the designated recipients named above. If the reader of this communication is not the intended recipient, you are hereby notified that you have received this communication in error, and that any review, dissemination, distribution or copying of this communication is strictly

1

**CONFIDENTIAL - ATTORNEYS EYES ONLY**                              **HARVEST_RDR_000005**

prohibited. If you have received this communication in error, please notify The Associated Press immediately by telephone at +1-212-621-1500 and delete this email. Thank you.

The information contained in this communication is intended for the use of the designated recipients named above. If the reader of this communication is not the intended recipient, you are hereby notified that you have received this communication in error, and that any review, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify The Associated Press immediately by telephone at +1-212-621-1500 and delete this email. Thank you.

**CONFIDENTIAL - ATTORNEYS EYES ONLY**　　　　　　　　　　　　　　　　　　**HARVEST_RDR_000006**