# EXHIBIT 03

## 2018.03.27 D. Ball WhatsApp Message to R. Ramirez



905106.1

HARVEST_RDR_000010



My name is Dane Ball, and I am one of the lawyers representing Harvest Natural Resources in its U.S. lawsuit against you.  I am reaching out because you have not answered the lawsuit in court, nor has an attorney made an appearance on your behalf.  I'd like to speak with you -- or if you have a lawyer on this matter, would like to speak with your lawyer.  I'd simply like to know, at this point, if you will be answering the lawsuit in court.  Happy to speak with you further, about this or the case generally, by phone or text or email.  Again, if you have a lawyer I should talk to instead, please advise.  Thank you for your prompt response.
Best,
Dane Ball
SKV
Partner
713-221-2334 or 713-594-9989

2:02 AM ✓

905106.1