# EXHIBIT 04

| | |
|---|---|
| **From:** | Goodman, Joshua <JGoodman@ap.org> |
| **Sent:** | Monday, February 19, 2018 3:55 PM |
| **To:** | Ball, Dane |
| **Subject:** | RE: Harvest -- Ramirez |

I usually contact him via WhatsApp. I doubt he's still using the telephone line except via WiFi.

**From:** Ball, Dane [mailto:dball@skv.com]
**Sent:** Monday, February 19, 2018 4:41 PM
**To:** Goodman, Joshua <JGoodman@ap.org>
**Subject:** Re: Harvest -- Ramirez

I will take any contact info you have on anyone and will not reveal the source if I even use it.

Sent from my iPhone

On Feb 19, 2018, at 3:34 PM, Goodman, Joshua <JGoodman@ap.org> wrote:

> Dane,
> I don't think I can become a conduit. But I want to help you out—I think you're privy to a lot of information that will help our reporting. What if I just give you his number and you reach out yourself? All I'd ask is that you don't say you got it from me or any journalist (he'll figure it out it was me).
>
> J
>
> **From:** Ball, Dane [mailto:dball@skv.com]
> **Sent:** Saturday, February 17, 2018 5:07 PM
> **To:** Goodman, Joshua <JGoodman@ap.org>
> **Subject:** Harvest -- Ramirez
>
> Joshua:
>
> I should have said yesterday—
>
> If you speak with Rafael Ramirez again, feel free to tell him that I'd be happy to speak with him informally. While there are formal legal mechanisms for us to resolving this and exchange information, we always are open to speaking with someone informally if they would like to do so. Sometimes it actually gets everyone somewhere.
>
> If he has a lawyer, which I am unaware of, I would be happy to talk to that lawyer.
>
> My cell is always best: 713-594-9989.
>
> <image001.png>  **Dane Ball** | Partner
> Smyser Kaplan & Veselka, L.L.P.
> 700 Louisiana Street | Suite 2300

1

**CONFIDENTIAL - ATTORNEYS EYES ONLY**   HARVEST_RDR_000003

Houston, Texas 77002
O: 713.221.2334 | C: 713.594.9989 | F: 713.221.2320

**website** | **bio** | **linkedin** | **vCard** | **map** | **email**

<image002.png>

This e-mail is confidential and/or privileged. If the reader is not the intended recipient, any review, dissemination or copying of any part of this e-mail is prohibited. If you received this e-mail in error, **please notify the sender by e-mail or at 713-221-2300** and then permanently delete this e-mail.

The information contained in this communication is intended for the use of the designated recipients named above. If the reader of this communication is not the intended recipient, you are hereby notified that you have received this communication in error, and that any review, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify The Associated Press immediately by telephone at +1-212-621-1500 and delete this email. Thank you.

The information contained in this communication is intended for the use of the designated recipients named above. If the reader of this communication is not the intended recipient, you are hereby notified that you have received this communication in error, and that any review, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify The Associated Press immediately by telephone at +1-212-621-1500 and delete this email. Thank you.

**CONFIDENTIAL - ATTORNEYS EYES ONLY**                                                                                          **HARVEST_RDR_000004**