# EXHIBIT 05

## D. Ball Screenshot of R. Ramirez Contact Information



HARVEST_RDR_000021