# EXHIBIT 06

1/9/2020 Rafael Ramírez on Twitter: "My statement about the accusations levered against me by Harvest Natural Resources. In the coming days, w…

Case 4:18-cv-00483 Document 153-6 Filed on 10/13/20 in TXSD Page 2 of 4



Case 4:18-cv-00483 Document 153-6 Filed on 10/13/20 in TXSD Page 3 of 4



Rafael Ramírez Carreño Follow

Feb 15, 2019 · 1 min read

# DECLARACIÓN DE RAFAEL RAMÍREZ EN TORNO A LAS ACUSACIONES PRESENTADAS EN SU CONTRA POR HARVEST NATURAL RESOURCES DE HOUSTON EN UNA CORTE DE ESTADOS UNIDOS

Rechazo los alegatos introducidos en la demanda civil presentada por Harvest Natural Resources de Houston, Texas.

El tal juicio en mi contra se dictó sin hacerme notificación alguna de la demanda y sin oportunidad a la defensa de estas falsas acusaciones.

La decisión del tribunal no nos ha dejado otra opción que preparar una defensa contundente contra estas acusaciones , así como contra la jurisdicción y procedimientos del tribunal.

—————-

# STATEMENT BY RAFAEL RAMIREZ ABOUT THE ACCUSATIONS LEVERED AT HIM BY HARVEST NATURAL RESOURCES OF HOUSTON

I reject and did none of the things alleged in the civil suit filed by Harvest Natural Resources of Houston, Texas.

The so called judgment against me was entered without me ever being served with the law suit and never given a chance to defend myself against these false accusations.

The court's decision has left us no choice but to prepare a robust defense against the actual allegations as well as the jurisdiction and procedure of the court.

Pdvsa   Harvest   Oil And Gas   Venezuela   Corruption