# EXHIBIT 07

### 2019.02.20 D. Ball Text Message to R. Ramirez




HARVEST_RDR_000012