# EXHIBIT 08

## 2019.02.21 D. Ball WhatsApp Message to R. Ramirez

