# EXHIBIT 09

**2019.02.20 & 2019.02.21 D. Ball WhatsApp Messages with J. Goodman**



905097.1

**CONFIDENTIAL - ATTORNEYS EYES ONLY**                                    HARVEST_RDR_000001



905097.1

CONFIDENTIAL - ATTORNEYS EYES ONLY