# EXHIBIT 10

**D. Ball Screenshot of R. Ramirez Contact Information on WhatsApp**



HARVEST_RDR_000020