# EXHIBIT 11





Home Moments Notifications Messages Search Twitter Tweet

**Diego E. Arria**
@Diego_Arria

He sido Gobernador de Caracas, Presidente Consejo Seguridad ONU y finquero hasta que Chávez me robó Hacienda La Carolina

Venezuela
facebook.com/Arria.Diego
Joined March 2008

**Diego E. Arria**
@Diego_Arria
Follow

Rafael Ramírez expresa su solidaridad con Evo Morales y para fortuna de "sus amigos" q desconocen su paradero incluye su número celular en Londres +44 7366 067882 así q pueden estar en contacto !

Translate Tweet

+44 7366 067882
~RRamirez

Very sad news about the Coup d'Etat in Bolivia 🇧🇴 All my solidarity with the president Evo Morales and the people of Bolivia. Stop the violence against the Bolivian people! Rafael Ramírez xPR Venezuela 🇻🇪

1:52 PM - 10 Nov 2019

**3,141** Retweets **2,482** Likes

174 3.1K 2.5K

Tweet your reply

**Leones Forever** @TeamMelenudo · 17h
Replying to @Diego_Arria
Asi que ya pueden darle caza esta en Londres el muy sinverguenza corrupto que formo parte de la destruccion de PDVSA y el pais!!
Translate Tweet

© 2019 Twitter About Help Center Terms Privacy policy Cookies Ads info

Home Moments Notifications Messages Search Twitter Tweet

**Diego E. Arria**
@Diego_Arria

He sido Gobernador de Caracas, Presidente Consejo Seguridad ONU y finquero hasta que Chávez me robó Hacienda La Carolina

Venezuela
facebook.com/Arria.Diego
Joined March 2008

**Diego E. Arria**
@Diego_Arria
Follow

Rafael Ramírez no agradeció q su celular en Londres fuese dado a conocer a "sus amigos en Vzla" q quieren conocer su paradero desde q desapareció . Esta plataforma es de los q somos antiguos embajadores en ONU. Me denunciò y dejò ese grupo

Translate Tweet

3:05 PM - 10 Nov 2019

**1,011** Retweets **1,324** Likes

113 1.0K 1.3K

© 2019 Twitter About Help Center Terms
Privacy policy Cookies Ads info

| Field Name | Value |
|---|---|
| URI | ws://Arria tweets/1573484431643 |
| MD5 hash | 46C4003A1D8345EE433A69F9FAAE8DF1 |
| MD5 hash version | v3 |
| Ingestion | 11/11/2019 10:00:35 AM |
| Tags | |
| URL | https://twitter.com/Diego_Arria/status/1193647712455077888 |
| Identifier | Arria 1 |
| Notes | |

| Field Name | Value |
|---|---|
| URI | ws://Arria tweets/1573484455454 |
| MD5 hash | A1C3E2F63EE395D1DE5CF8D024B56D2B |
| MD5 hash version | v3 |
| Ingestion | 11/11/2019 10:00:58 AM |
| Tags | |
| URL | https://twitter.com/Diego_Arria/status/1193666047334895616 |
| Identifier | Arria 2 |
| Notes | |

HARVEST_RDR_000649