# EXHIBIT 12

## 2019.03.03 and 2019.03.04 D. Ball WhatsApp Messages to R. Ramirez



905127.1

HARVEST_RDR_000014



905127.1



905127.1

HARVEST_RDR_000016



905127.1

HARVEST_RDR_000017



905127.1

HARVEST_RDR_000018