# EXHIBIT 13

## 2019.03.15 & 2019.03.17 D. Ball WhatsApp Messages to R. Ramirez



905128.1

HARVEST_RDR_000019