# EXHIBIT 16

## SMYSER KAPLAN & VESELKA, L.L.P.
717 TEXAS SUITE 2800   HOUSTON, TEXAS 77002-2761
TELEPHONE 713.221.2300 FACSIMILE 713.221.2320

Direct Dial Number:
(713) 221-2327

Author's E-mail Address:
sclarke@skv.com

August 28, 2019

The Honorable Lee Rosenthal
Chief United States District Judge
515 Rusk Street
Houston, Texas 77002

*Via email: Lisa_Eddins@txs.uscourts.gov*

Re:   *Harvest Natural Resources, Inc., et al. v. Juan Jose Garcia Mendoza, et al.*; Civil Action No. 4:18-cv-00483

Dear Chief Judge Rosenthal:

I write to inform the court of a matter that arises from the July 17, 2019 hearing in the above-referenced case.

At that hearing, Mr. Ramirez stated through counsel that he could only disclose his city of residence to the Court "privately" because Venezuelan President Nicolas Maduro may be "again" trying to kidnap and kill him. *See* Exh. A (Transcript), at 14.  Ramirez also asserted through counsel that he could not be deposed in London because he "doesn't have a passport" and "can't travel." *Id.*

Prior to the hearing, on <u>June 24, 2019</u>, Ramirez asserted that because he "is hiding from political persecution at the hands of a violent regime," the Court should not 'forc[e] him to expose himself by litigating this dispute in Texas." *See* Dkt. 72, at 26.  However, just *four weeks earlier* (at 10:26 a.m. on <u>May 27, 2019</u>), Mr. Ramirez publicly posted on Twitter a photograph of himself, and a statement that

> I am in Geneva, in a meeting with the @UNHumanRights conducted by @MBachelet[.] I am updating my complaints against the Government of Venezuela[.] #MaduroVioladorDeDDHH

*See* Exh. B, attached (Spanish, with certified translation).

Fifty minutes later, at 11:16 a.m., Mr. Ramirez again publicly posted a photograph of himself *standing in front of the U.N. building in Geneva*, and a statement that

> From the headquarters of the High Commissioner for Human Rights of the @UN @mbachelet in Geneva. We had a work session documenting the human rights violations of the government of @NicolasMaduro.  Especially his cruelty against the workers of @PDVSA.

*See* Exh. C, attached (Spanish, with certified translation).

Chief Judge Lee Rosenthal
August 28, 2019
Page 2

Later on May 27, 2019, Mr. Ramirez issued a lengthy press release that was headlined

> **RAMÍREZ DELIVERED BACHELET MORE EVIDENCES RELATED TO POLITICAL PERSECUTION AND HUMAN RIGHTS VIOLATIONS IN VENEZUELA[.]** On his *second* trip to Geneva, Rafael Ramírez was received by the office of the UN High Commissioner for Human Rights today[.]

*See* Exh. D, attached (Spanish, with certified translation) (italics added).

Mr. Ramirez's presence in Geneva shortly before the hearing appears to flatly contradict the assertion that he "can't travel" to London for a deposition. Likewise, posting photographs of himself in front of the U.N. building and stating his *present* location on May 27 appears inconsistent with his claim on June 24 that he is "hiding from political persecution" and is so in fear of kidnappers and killers that he should not be "forc[ed] . . .to expose himself[.]"

As the Court is aware, Mr. Ramirez's credibility is at issue in this proceeding. He may or may not have plausible explanations for his presence in Geneva and his public postings of his location. Nevertheless, we deem it necessary and appropriate to bring this evidence to the Court's attention.

Respectfully submitted,

Shaun G. Clarke


cc:  Abbe Lowell, ADLowell@winston.com
     Denise Scofield, DScofield@winston.com
     Staci Yablon, SYablon@winston.com
     Sofia Arguello, Arguello@winston.com

890911.1

# Exhibit A

1              UNITED STATES DISTRICT COURT

2              SOUTHERN DISTRICT OF TEXAS

3                    —  —  —

   HONORABLE LEE H. ROSENTHAL, CHIEF JUDGE PRESIDING
4
   ─────────────────────────────────────────────────
   HARVEST NATURAL RESOURCES,   Case No. 4:18-cv-00483
5  et al.,

6        Plaintiffs,

7  vs.

8  JUAN JOSE MENDOZA GARCIA,
   et al.,
9        Defendants.
   ─────────────────────────────────────────────────
10                  EMERGENCY MOTION HEARING

11      OFFICIAL REPORTER'S TRANSCRIPT OF PROCEEDINGS

12                  Houston, Texas

13                  July 17, 2019
   ─────────────────────────────────────────────────
14
   APPEARANCES:
15
   For the Plaintiff:    Alexander Wolf, Esq.
16

17 For the Defendant:    Abbe Lowell, Esq.

18
   Reported by:          Nichole Forrest, RDR, CRR, CRC
19                        Official Court Reporter
                          United States District Court
20                        Southern District of Texas
                          nichole_forrest@txs.uscourts.gov
21

22
   Proceedings recorded by mechanical stenography.
23 Transcript produced by Reporter on computer.

24

25

14

```
 1  issues, and then we can determine.
 2              And to make that even more the
 3  case, Judge, there are some practicalities here.
 4  You've said, Well, what about a deposition in London
 5  as opposed to the United States?
 6              The Court should know, and
 7  plaintiffs probably know, given the situation in the
 8  country from which my client hails, that the
 9  president of that country has taken his passport
10  away.  He doesn't have a passport.  He can't travel.
11              THE COURT:  Where is he living?
12              MR. LOWELL:  He's living in a European
13  country that I can inform the Court on privately if
14  we needed to do that.
15              THE COURT:  Why does it need to be
16  private?
17              MR. LOWELL:  Because four days ago there
18  was an article that suggested again that President
19  Maduro was hunting for him and is trying to kidnap
20  and kill him.
21              THE COURT:  I'd like the courtroom to be
22  cleared of all observers for the moment.
23              MR. LOWELL:  I'd like to put on the
24  record that article.
25              THE COURT:  That's fine, but I'm also
```

1                     So, you know, in lieu of doing

2    that, is there anything else that we can do today?

3                     MR. WOLF:  Nothing further, Your Honor.

4                     MR. LOWELL:  Nothing, Your Honor.

5                     THE COURT:  You are all excused with my

6    thanks for coming.  I assume you traveled here from

7    Washington?

8                     MR. LOWELL:  I did.

9                     THE COURT:  May have been a nice

10   opportunity to escape.

11

12                    (Proceedings concluded.)

13

14                  C E R T I F I C A T E

15

16       I hereby certify that pursuant to Title 28,

17   Section 753 United States Code, the foregoing is a

18   true and correct transcript of the stenographically

19   reported proceedings in the above matter.

20                 Certified on July 21, 2019.

21

22

                    /s/ Nichole Forrest
23                  Nichole Forrest, RDR, CRR, CRC

24

25

# Exhibit B

Screenshot of https://twitter.com/RRamirezVE/status/1133062021317046272, taken August 20, 2019



**Rafael Ramírez** ✔
@RRamirezVE

Follow

Me encuentro en Ginebra, en reunión con la @UNHumanRights dirigida por @MBachelet estoy actualizando mis denuncias contra el Gobierno de Venezuela #MaduroVioladorDeDDHH



1:05  18.4K views

10:26 AM - 27 May 2019

**67 Retweets  69 Likes**

💬 271    🔁 67    ♡ 69



**MujerYRevolución** @mm_doris · Jun 1
Replying to @RRamirezVE @UNHumanRights @mbachelet
Bla,bla,bla, Ladrón de mierda pretendes distraer la atención de quién? Todos sabemos que Engañaste a Chávez y lo que hiciste fué ROBAR en PDVSA Basura. NO TIENES MORAL NI VERGUENZA

💬 1    🔁 12    ♡ 7

**Venezuela Soberana** @guarainarepano · Jun 1
Eres una 💩💩💩💩💩💩💩, pedazo de ladron, estafador, vende patria, desfalcaste a PDVSA y te estás hartando de lo que sustrajiste Chávez te dio la confianza y lo traicionaste ven y enfrenta a la justicia devuelve todo lo que robaste a la nación LADRON!!! 💩💩💩💩💩💩

**Rafael Ramírez**
@RRamirezVE

I am in Geneva, in a meeting with the @UNHumanRights conducted by @MBachelet I am updating my complaints against the Government of Venezuela #MaduroVioladorDeDDHH

[video]

10:26 AM - 27 May 2019

# TRANSLATION CERTIFICATION

Date: August 20, 2019

To whom it may concern:

This is to certify that the attached translation is an accurate representation of the documents received by this office. The translation was completed from:

- Spanish

To:

- English

The documents are designated as:

- Rafael Ramírez Press Release, dated May 27, 2019: https://www.rafaelramirez.net/sala-de-prensa/notas-de-prensa/ramirez-consigno-a-bachelet-mas-pruebas-de-persecucion-politica-y-violaciones-de-ddhh-en-venezuela
- Tweet by Rafael Ramírez, dated May 27, 2019 at 10:26 am: https://twitter.com/RRamirezVE/status/1133062021317046272
- Tweet by Rafael Ramírez, dated May 27, 2019 at 11:16 am: https://twitter.com/RRamirezVE/status/1133074550806257669

Eugene Li, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

_____

Signature of Eugene Li

# Exhibit C

Screenshot of https://twitter.com/RRamirezVE/status/1133074550806257669,
taken August 20, 2019







**Rafael Ramírez**
@RRamirezVE

From the headquarters of the High Commissioner for Human Rights of the @UN @mbachelet in Geneva. We had a work session documenting the human rights violations of the government of @NicolasMaduro. Especially his cruelty against the workers of @PDVSA

[photo]

11:16 AM - 27 May 2019

# TRANSLATION CERTIFICATION

Date: August 20, 2019

To whom it may concern:

This is to certify that the attached translation is an accurate representation of the documents received by this office. The translation was completed from:

- Spanish

To:

- English

The documents are designated as:

- Rafael Ramírez Press Release, dated May 27, 2019: https://www.rafaelramirez.net/sala-de-prensa/notas-de-prensa/ramirez-consigno-a-bachelet-mas-pruebas-de-persecucion-politica-y-violaciones-de-ddhh-en-venezuela
- Tweet by Rafael Ramírez, dated May 27, 2019 at 10:26 am: https://twitter.com/RRamirezVE/status/1133062021317046272
- Tweet by Rafael Ramírez, dated May 27, 2019 at 11:16 am: https://twitter.com/RRamirezVE/status/1133074550806257669

Eugene Li, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

_____

Signature of Eugene Li

# Exhibit D

Screenshot of https://www.rafaelramirez.net/sala-de-prensa/notas-de-prensa/ramirez-consigno-a-bachelet-mas-pruebas-de-persecucion-politica-y-violaciones-de-ddhh-en-venezuela, taken August 20, 2019





## RAMÍREZ CONSIGNÓ A BACHELET MÁS PRUEBAS DE PERSECUCIÓN POLÍTICA Y VIOLACIONES DE DDHH EN VENEZUELA

*Por Rafael Ramírez Carreño* *Posted 27 mayo, 2019* *En Notas de prensa*



**Rafael Ramírez en su segundo viaje a Ginebra fue recibido hoy por la oficina de la Alta Comisionada para los DDHH de la ONU**

*\*\*Con esta visita Ramírez busca llamar la atención y el respaldo de la comunidad internacional, en especial de la ONU, para exigir que el gobierno de Venezuela respete los DDHH y todos los acuerdos internacionales que el país ha firmado en esta materia.*

# RAMÍREZ DELIVERED BACHELET MORE EVIDENCES RELATED TO POLITICAL PERSECUTION AND HUMAN RIGHTS VIOLATIONS IN VENEZUELA

*By Rafael Ramírez Carreño*
*Posted May 27th, 2019*
*In Press releases*

## On his second trip to Geneva, Rafael Ramírez was received by the office of the UN High Commissioner for Human Rights today

*\*\* With this visit, Ramírez seeks to attract the attention and support of the international community, especially the UN, to demand that the Venezuelan government respects human rights and all international agreements Venezuela has signed on this matter.*

*\*\* In Ramírez' opinion, massive violation of human rights in Venezuela is unacceptable, consequently this issue must be part of any process of political dialogue with international mediation.*

*\*\* Ramírez delivered the list of oil workers in jail to the office of the High Commissioner, as well as letters from their relatives reporting their situation. It is urgent that all cases are known and investigated independently and fairly.*

**Geneva, May 27th, 2019.-**Former oil minister Rafael Ramírez met on Monday with the team of the United Nations High Commissioner for Human Rights, Michelle Bachelet, who is conducting the Venezuela case, in order to follow up on their complaints about political persecution and human rights violations by the government of Nicolás Maduro and deliver letters from the relatives of the kidnapped oil workers, as well as expanding the list of victims which had been previously delivered to the international official.

"We have insisted before the High Commissioner on the urgent need to take actions to stop the unleashed political persecution, which is practiced even violently, against leaders, former ministers, workers, especially from the oil area, and military and civil officers, whose only crime is to stand up against the disaster that Maduro's regime has caused in our homeland", said Ramírez.

The political leader reported he delivered the Bachelet team letters he received from the relatives of the more than one hundred oil workers arrested and kidnapped by the

Venezuelan government; letters documenting the violations and attacks against those who were arrested.

Among the most emblematic complaints, Ramírez mentioned the cases related to Nelson Martínez, Eulogio Del Pino, Jesús Luongo, Pedro León, Orlando Chacín, Pavel Rodríguez, among other one hundred oil workers, as well as the case related to Major General Manuel Rodríguez Torres, among other Bolivarian military officers kidnapped by Maduro. He also made a special reference to the case of the arrest-disappearance of Rocío Ramírez, who has been subjected to mistreatment and abuse of all kinds by her captors.

Last January, the Chavista leader had a meeting with the former president of Chile, where he denounced in details the persecution performed by the government of Nicolás Maduro against him and delivered a first list containing almost a hundred of civilian and military cases, especially Chavistas, who are even persecuted and tortured with more cruelty than to other opponents, emphasizes the former minister of President Hugo Chavez' government.

The cases that Ramírez has denounced before Commissioner Bachelet are especially serious, because they are victims that "nobody mentions and are invisible. These prisoners have not been prosecuted for years and the courts judging them shamelessly ignore their rights. Many of them have not received medical assistance, they are isolated and incommunicado, and their families have been persecuted and threatened, to such an extent that they have broken into and occupied their homes", said the leader in exile.

By all communication and political channels he has access to, Ramírez has been developing a permanent campaign to report cases of human rights violations of several hundreds of Venezuelans, such as former oil workers, officers of the National Army, revolutionary activists and social leaders who are persecuted due to their ideas.

1. **complaint intensifying persecution against him**

"I myself am subjected to an evil and unlimited persecution, which has intended my moral bashing, my personal, family and political destruction, without any evidence whatsoever. Most recently, they made up a lie affirming I was supposedly linked to the

right-wing coup on April 30th; simply absurd. I have to live abroad, exiled, in a constant alertness, due to the threats and aggressions coming from Maduro himself and his Prosecutor, who have decided to arrest me and kidnap me in order to smother my voice of denunciation and fight against the process of destruction and surrender that our country suffers under Maduro's regime ", says the former minister.

Likewise, the former Chavez' minister denounced the violence and intolerance environment coming from the Venezuelan extreme right-wing political actors who attack and persecute him because of his precise position in defense of the Constitution and against a military intervention in the country.

Rafael Ramírez is in touch "with governments and key members of the international community, such as the United Nations High Commissioner, Michelle Bachelet," to denounce an environment ignoring the most elementary rights where all Venezuelans currently live.

"I am seeking comprehensive endorsement from the international community and the UN to demand that the Venezuelan government respect human rights and all the international agreements Venezuela has signed," said the Chavista political leader.

In Ramírez' opinion, Human Rights as part of a political dialogue must be a priority; a political dialogue intended to be carried out with international mediation, therefore it is urgent that all cases are known and investigated independently and fairly.

**Human rights make the world run**
After the meeting with Michelle Bachelet's team, Rafael Ramírez signed and wrote "Rafael Ramírez, for Venezuela!" on the board where distinguished personalities have recorded their visit to the institution.

RR's visit was documented next to names like **Desmond Tutu** a South African pacifist priest who has fought against Apartheid. The young **Greta Thunberg** the Swedish student and activist devoted to raising awareness about global warming. **Blanka Jamnišek** the Slovenian who runs the International Holocaust Remembrance Alliance. **Malala Yousafzai** the young Pakistani devoted to the defense of women's

rights. **Nadia Murad** the young Yazidi who managed to escape from ISIS and has devoted herself to reporting human trafficking. **Natalya Estemirova** the Russian woman devoted to documenting and reporting human rights violations in concentration camps and war victim children. Even among those who signed, there is the signature of the murdered Brazilian activist **Nicinha**, who was the leader of the Movement of People Affected by Dams in Rondonia.

Ramírez joins the large list of human rights defenders who have suffered abuses and who have devoted their lives to the defense of the most harmed people and to condemn all forms of aggression against humanity.

**Morningside**
Translations

# TRANSLATION CERTIFICATION

Date: August 20, 2019

To whom it may concern:

This is to certify that the attached translation is an accurate representation of the documents received by this office. The translation was completed from:

- Spanish

To:

- English

The documents are designated as:

- Rafael Ramírez Press Release, dated May 27, 2019: https://www.rafaelramirez.net/sala-de-prensa/notas-de-prensa/ramirez-consigno-a-bachelet-mas-pruebas-de-persecucion-politica-y-violaciones-de-ddhh-en-venezuela
- Tweet by Rafael Ramírez, dated May 27, 2019 at 10:26 am: https://twitter.com/RRamirezVE/status/1133062021317046272
- Tweet by Rafael Ramírez, dated May 27, 2019 at 11:16 am: https://twitter.com/RRamirezVE/status/1133074550806257669

Eugene Li, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."


_____
Signature of Eugene Li