# EXHIBIT 19

Screenshot of https://www.rafaelramirez.net/sala-de-prensa/notas-de-prensa/ramirez-consigno-a-bachelet-mas-pruebas-de-persecucion-politica-y-violaciones-de-ddhh-en-venezuela, taken August 20, 2019




### RAMÍREZ CONSIGNÓ A BACHELET MÁS PRUEBAS DE PERSECUCIÓN POLÍTICA Y VIOLACIONES DE DDHH EN VENEZUELA

*Por Rafael Ramírez Carreño Posted 27 mayo, 2019 En Notas de prensa*

**Rafael Ramírez en su segundo viaje a Ginebra fue recibido hoy por la oficina de la Alta Comisionada para los DDHH de la ONU**

*\*\*Con esta visita Ramírez busca llamar la atención y el respaldo de la comunidad internacional, en especial de la ONU, para exigir que el gobierno de Venezuela respete los DDHH y todos los acuerdos internacionales que el país ha firmado en esta materia.*

HARVEST_RDR_000654

# RAMÍREZ DELIVERED BACHELET MORE EVIDENCES RELATED TO POLITICAL PERSECUTION AND HUMAN RIGHTS VIOLATIONS IN VENEZUELA

By *Rafael Ramírez Carreño*
Posted May 27th, 2019
In *Press releases*

**On his second trip to Geneva, Rafael Ramírez was received by the office of the UN High Commissioner for Human Rights today**

*\*\* With this visit, Ramírez seeks to attract the attention and support of the international community, especially the UN, to demand that the Venezuelan government respects human rights and all international agreements Venezuela has signed on this matter.*

*\*\* In Ramírez' opinion, massive violation of human rights in Venezuela is unacceptable, consequently this issue must be part of any process of political dialogue with international mediation.*

*\*\* Ramírez delivered the list of oil workers in jail to the office of the High Commissioner, as well as letters from their relatives reporting their situation. It is urgent that all cases are known and investigated independently and fairly.*

**Geneva, May 27th, 2019.-** Former oil minister Rafael Ramírez met on Monday with the team of the United Nations High Commissioner for Human Rights, Michelle Bachelet, who is conducting the Venezuela case, in order to follow up on their complaints about political persecution and human rights violations by the government of Nicolás Maduro and deliver letters from the relatives of the kidnapped oil workers, as well as expanding the list of victims which had been previously delivered to the international official.

"We have insisted before the High Commissioner on the urgent need to take actions to stop the unleashed political persecution, which is practiced even violently, against leaders, former ministers, workers, especially from the oil area, and military and civil officers, whose only crime is to stand up against the disaster that Maduro's regime has caused in our homeland", said Ramírez.

The political leader reported he delivered the Bachelet team letters he received from the relatives of the more than one hundred oil workers arrested and kidnapped by the

Venezuelan government; letters documenting the violations and attacks against those who were arrested.

Among the most emblematic complaints, Ramírez mentioned the cases related to Nelson Martínez, Eulogio Del Pino, Jesús Luongo, Pedro León, Orlando Chacín, Pavel Rodríguez, among other one hundred oil workers, as well as the case related to Major General Manuel Rodríguez Torres, among other Bolivarian military officers kidnapped by Maduro. He also made a special reference to the case of the arrest-disappearance of Rocío Ramírez, who has been subjected to mistreatment and abuse of all kinds by her captors.

Last January, the Chavista leader had a meeting with the former president of Chile, where he denounced in details the persecution performed by the government of Nicolás Maduro against him and delivered a first list containing almost a hundred of civilian and military cases, especially Chavistas, who are even persecuted and tortured with more cruelty than to other opponents, emphasizes the former minister of President Hugo Chavez' government.

The cases that Ramírez has denounced before Commissioner Bachelet are especially serious, because they are victims that "nobody mentions and are invisible. These prisoners have not been prosecuted for years and the courts judging them shamelessly ignore their rights. Many of them have not received medical assistance, they are isolated and incommunicado, and their families have been persecuted and threatened, to such an extent that they have broken into and occupied their homes", said the leader in exile.

By all communication and political channels he has access to, Ramírez has been developing a permanent campaign to report cases of human rights violations of several hundreds of Venezuelans, such as former oil workers, officers of the National Army, revolutionary activists and social leaders who are persecuted due to their ideas.

1. **complaint intensifying persecution against him**

"I myself am subjected to an evil and unlimited persecution, which has intended my moral bashing, my personal, family and political destruction, without any evidence whatsoever. Most recently, they made up a lie affirming I was supposedly linked to the

right-wing coup on April 30th; simply absurd. I have to live abroad, exiled, in a constant alertness, due to the threats and aggressions coming from Maduro himself and his Prosecutor, who have decided to arrest me and kidnap me in order to smother my voice of denunciation and fight against the process of destruction and surrender that our country suffers under Maduro's regime ", says the former minister.

Likewise, the former Chavez' minister denounced the violence and intolerance environment coming from the Venezuelan extreme right-wing political actors who attack and persecute him because of his precise position in defense of the Constitution and against a military intervention in the country.

Rafael Ramírez is in touch "with governments and key members of the international community, such as the United Nations High Commissioner, Michelle Bachelet," to denounce an environment ignoring the most elementary rights where all Venezuelans currently live.

"I am seeking comprehensive endorsement from the international community and the UN to demand that the Venezuelan government respect human rights and all the international agreements Venezuela has signed," said the Chavista political leader.

In Ramírez' opinion, Human Rights as part of a political dialogue must be a priority; a political dialogue intended to be carried out with international mediation, therefore it is urgent that all cases are known and investigated independently and fairly.

**Human rights make the world run**
After the meeting with Michelle Bachelet's team, Rafael Ramírez signed and wrote "Rafael Ramírez, for Venezuela!" on the board where distinguished personalities have recorded their visit to the institution.

RR's visit was documented next to names like **Desmond Tutu** a South African pacifist priest who has fought against Apartheid. The young **Greta Thunberg** the Swedish student and activist devoted to raising awareness about global warming. **Blanka Jamnišek** the Slovenian who runs the International Holocaust Remembrance Alliance. **Malala Yousafzai** the young Pakistani devoted to the defense of women's

HARVEST_RDR_000657

rights. **Nadia Murad** the young Yazidi who managed to escape from ISIS and has devoted herself to reporting human trafficking. **Natalya Estemirova** the Russian woman devoted to documenting and reporting human rights violations in concentration camps and war victim children. Even among those who signed, there is the signature of the murdered Brazilian activist **Nicinha**, who was the leader of the Movement of People Affected by Dams in Rondonia.

Ramírez joins the large list of human rights defenders who have suffered abuses and who have devoted their lives to the defense of the most harmed people and to condemn all forms of aggression against humanity.



# TRANSLATION CERTIFICATION

Date: August 20, 2019

To whom it may concern:

This is to certify that the attached translation is an accurate representation of the documents received by this office. The translation was completed from:

- Spanish

To:

- English

The documents are designated as:

- Rafael Ramírez Press Release, dated May 27, 2019: https://www.rafaelramirez.net/sala-de-prensa/notas-de-prensa/ramirez-consigno-a-bachelet-mas-pruebas-de-persecucion-politica-y-violaciones-de-ddhh-en-venezuela
- Tweet by Rafael Ramírez, dated May 27, 2019 at 10:26 am: https://twitter.com/RRamirezVE/status/1133062021317046272
- Tweet by Rafael Ramírez, dated May 27, 2019 at 11:16 am: https://twitter.com/RRamirezVE/status/1133074550806257669

Eugene Li, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

_____
Signature of Eugene Li