# EXHIBIT 21


**UNITED STATES POSTAL SERVICE**

Date Produced: 03/19/2018

WALZ GROUP:

The following is the delivery information for Certified Mail™/RRE item number 9314 8699 0430 0044 2180 45. Our records indicate that this item was delivered on 03/15/2018 at 12:16 p.m. in NEW YORK, NY 10028. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

---

Information in this section provided by Walz Group, LLC.

**Original Recipient Information:**
MR. RAFAEL DARIO RAMIREZ CARREÑO
16 E 81ST ST
NEW YORK,NY 10028-0201

HARVEST_RDR_000087

MR. RAFAEL DARIO RAMIREZ CARRENO
16 E 81ST ST
NEW YORK, NY 10028-0201

MR. RAFAEL DARIO RAMIREZ CARRENO
16 E 81ST ST
NEW YORK, NY 10028-0201

Dane Ball
700 Louisiana, Suite 2300
Houston, TX 77002

9314 8699 0430 0044 2180 45

0.47
3.45
1.50
0.00
5.42

Dane Ball
700 Louisiana, Suite 2300
Houston, TX 77002

MR. RAFAEL DARIO RAMIREZ CARRENO
16 E 81ST ST
NEW YORK, NY 10028-0201



9314 8699 0430 0044 2180 45

RETURN RECEIPT (ELECTRONIC)

# Please Discard

HARVEST_RDR_000088

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

| | | |
|---|---|---|
| Harvest Natural Resources, Inc., and HNR Energia B.V. | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No. 4:18-cv-00483 |
| v. | ) | |
| Juan Jose Garcia Mendoza, et al. | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Azure 406 LLC
Registered Agent: Sandra Castillo Tejera
9401 Collins Ave., Unit 406
Surfside, Florida 33154

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Lee L. Kaplan, Smyser Kaplan & Veselka,LLP, 700 Louisiana, Ste. 2300, Houston, Texas 77002.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

HARVEST_RDR_000089

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   4:18-cv-00483

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Azure 406 LLC

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

HARVEST_RDR_000090

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

| | |
|---|---|
| Harvest Natural Resources, Inc.,<br>and HNR Energia B.V.<br><br>*Plaintiff(s)*<br><br>v.<br><br>Juan Jose Garcia Mendoza, et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.  4:18-cv-00483

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Azure 406 LLC
Registered Agent: Sandra Castillo Tejera
9401 Collins Ave., Unit 406
Surfside, Florida 33154

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Lee L. Kaplan, Smyser Kaplan & Veselka,LLP, 700 Louisiana, Ste. 2300, Houston, Texas 77002.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DAVID J. BRADLEY

*CLERK OF COURT*

FEB 2 3 2018

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  4:18-cv-00483

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Azure 406 LLC

was received by me on *(date)*

❑ I personally served the summons on the individual at *(place)*

on *(date)*                       ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*                , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)*                                , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)*                       ; or

❑ I returned the summons unexecuted because                                ; or

❑ Other *(specify):*

My fees are $                for travel and $                for services, for a total of $      0.00

I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

HARVEST_RDR_000092

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Texas

| | | |
|---|---|---|
| Harvest Natural Resources, Inc., and HNR Energia B.V. | ) ) ) ) ) ) ) | |
| *Plaintiff(s)* | | |
| v. | | Civil Action No.  4:18-cv-00483 |
| Juan Jose Garcia Mendoza, et al. | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Juan Jose Garcia Mendoza
9401 Collins Ave. #605
Surfside, FL 33154-2610

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Lee L. Kaplan, Smyser Kaplan & Veselka,LLP, 700 Louisiana, Ste. 2300, Houston, Texas 77002.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

HARVEST_RDR_000093

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   4:18-cv-00483

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Juan Jose Garcia Mendoza

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

HARVEST_RDR_000094

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | |
|---|---|
| Harvest Natural Resources, Inc., and HNR Energia B.V. ) ) ) ) ) *Plaintiff(s)* ) v. ) Juan Jose Garcia Mendoza, et al. ) ) ) ) *Defendant(s)* ) | Civil Action No.  4:18-cv-00483 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Juan Jose Garcia Mendoza
9401 Collins Ave. #605
Surfside, FL 33154-2610

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Lee L. Kaplan, Smyser Kaplan & Veselka,LLP, 700 Louisiana, Ste. 2300, Houston, Texas 77002.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DAVID J. BRADLEY

*CLERK OF COURT*

Date:  FEB 23 2018 _____     _____
*Signature of Clerk or Deputy Clerk*

HARVEST_RDR_000095

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   4:18-cv-00483

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Juan Jose Garcia Mendoza

was received by me on *(date)*                                       .

❑ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

HARVEST_RDR_000096

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

| | |
|---|---|
| Harvest Natural Resources, Inc., and HNR Energia B.V. <br><br> *Plaintiff(s)* <br><br> v. <br><br> Juan Jose Garcia Mendoza, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) )     Civil Action No.  4:18-cv-00483 |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Petroconsultores (Barbados) Ltd.
8925 Collins Ave. Unit 7C
Surfside, Florida 33154

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Lee L. Kaplan, Smyser Kaplan & Veselka,LLP, 700 Louisiana, Ste. 2300, Houston, Texas 77002.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

**HARVEST_RDR_000097**

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  4:18-cv-00483

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ___Petroconsultores (Barbados) Ltd.___

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

HARVEST_RDR_000098

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

| | |
|---|---|
| Harvest Natural Resources, Inc., and HNR Energia B.V. <br><br> *Plaintiff(s)* <br><br> v. <br><br> Juan Jose Garcia Mendoza, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No.  4:18-cv-00483 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Petroconsultores (Barbados) Ltd.
8925 Collins Ave. Unit 7C
Surfside, Florida 33154

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Lee L. Kaplan, Smyser Kaplan & Veselka,LLP, 700 Louisiana, Ste. 2300, Houston, Texas 77002.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DAVID J. BRADLEY

*CLERK OF COURT*

Date:  FEB 2 3 2018

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:18-cv-00483

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Petroconsultores (Barbados) Ltd.

was received by me on *(date)*                              ,

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .


I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

HARVEST_RDR_000100

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

| | | |
|---|---|---|
| Harvest Natural Resources, Inc., and HNR Energia B.V. | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No.  4:18-cv-00483 |
| v. | ) ) | |
| Juan Jose Garcia Mendoza, et al. | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Petroconsultores, Inc.
                                       8925 Collins Ave. Unit 7C
                                       Surfside, Florida 33154

        A lawsuit has been filed against you.

        Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Lee L. Kaplan, Smyser Kaplan & Veselka,LLP, 700 Louisiana, Ste. 2300, Houston, Texas 77002.

        If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                        *CLERK OF COURT*

Date: _____         _____
                                          *Signature of Clerk or Deputy Clerk*

HARVEST_RDR_000101

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  4:18-cv-00483

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Petroconsultores, Inc.

was received by me on *(date)* _____  .

❏ I personally served the summons on the individual at *(place)* _____

_____  on *(date)* _____  ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____  , a person of suitable age and discretion who resides there,

on *(date)* _____  , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____  , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____  on *(date)* _____  ; or

❏ I returned the summons unexecuted because _____  ; or

❏ Other *(specify):*


My fees are $ _____  for travel and $ _____  for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

HARVEST_RDR_000102

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

| | |
|---|---|
| Harvest Natural Resources, Inc., and HNR Energia B.V.<br><br>*Plaintiff(s)*<br><br>v.<br><br>Juan Jose Garcia Mendoza, et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.  4:18-cv-00483 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Petroconsultores, Inc.
8925 Collins Ave. Unit 7C
Surfside, Florida 33154

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Lee L. Kaplan, Smyser Kaplan & Veselka,LLP, 700 Louisiana, Ste. 2300, Houston, Texas 77002.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DAVID J. BRADLEY
*CLERK OF COURT*

FEB 2 3 2018

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

HARVEST_RDR_000103

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  4:18-cv-00483

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Petroconsultores, Inc.
was received by me on *(date)*                              .

☐ I personally served the summons on the individual at *(place)*
_____  on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____  on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

HARVEST_RDR_000104

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

| | |
|---|---|
| Harvest Natural Resources, Inc., and HNR Energia B.V. <br><br> *Plaintiff(s)* <br><br> v. <br><br> Juan Jose Garcia Mendoza, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No.  4:18-cv-00483

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Selle LLC
Registered agent: Worldwide Corporate Administrators LLC
2330 Ponce De Leon Blvd
Coral Gables, FL 33134

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Lee L. Kaplan, Smyser Kaplan & Veselka,LLP, 700 Louisiana, Ste. 2300, Houston, Texas 77002.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____       _____
*Signature of Clerk or Deputy Clerk*

HARVEST_RDR_000105

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  4:18-cv-00483

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Selle LLC
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

HARVEST_RDR_000106

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

| | |
|---|---|
| Harvest Natural Resources, Inc.,<br>and HNR Energia B.V.<br><br>*Plaintiff(s)*<br>v.<br>Juan Jose Garcia Mendoza, et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No.  4:18-cv-00483 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Selle LLC
Registered agent: Worldwide Corporate Administrators LLC
2330 Ponce De Leon Blvd
Coral Gables, FL 33134

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Lee L. Kaplan, Smyser Kaplan & Veselka,LLP, 700 Louisiana, Ste. 2300, Houston, Texas 77002.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DAVID J. BRADLEY

*CLERK OF COURT*

Date:   FEB 23 2018                                   _____
                                                      *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   4:18-cv-00483

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Selle LLC

was received by me on *(date)*

❏ I personally served the summons on the individual at *(place)*

on *(date)*                              ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*                   , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)*                              , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)*                              ; or

❏ I returned the summons unexecuted because                              ; or

❏ Other *(specify):*

My fees are $                   for travel and $                   for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

HARVEST_RDR_000108

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## U.S. District Court

## SOUTHERN DISTRICT OF TEXAS

**Notice of Electronic Filing**

The following transaction was entered on 2/23/2018 at 11:32 AM CST and filed on 2/23/2018

**Case Name:**          Harvest Natural Resources, Inc. et al v. Mendoza Garcia et al

**Case Number:**       4:18-cv-00483

**Filer:**

**Document Number:** No document attached

**Docket Text:**
**Summons Issued as to Azure 406 LLC, Juan Jose Mendoza Garcia, Petro Consultores S.C., Petroconsultores (Barbados) Ltd., Selle LLC. Issued summons delivered to plaintiff in person, filed.(mmapps, 4)**

**4:18-cv-00483 Notice has been electronically mailed to:**

Lee L Kaplan      lkaplan@skv.com, madams@skv.com, mary-adams-1752@ecf.pacerpro.com

**4:18-cv-00483 Notice has not been electronically mailed to:**

HARVEST_RDR_000109

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### SOUTHERN DISTRICT OF TEXAS

**Notice of Electronic Filing**

The following transaction was entered on 2/26/2018 at 11:50 AM CST and filed on 2/26/2018

**Case Name:** Harvest Natural Resources, Inc. et al v. Mendoza Garcia et al

**Case Number:** 4:18-cv-00483

**Filer:**

**Document Number:** No document attached

**Docket Text:**
**Summons Issued as to Azure 406 LLC, Juan Jose Mendoza Garcia, Petroconsultores (Barbados) Ltd., Petroconsultores, Inc., Selle LLC. Issued summons delivered to plaintiff by First-class mail, filed.(hler, 4)**

**4:18-cv-00483 Notice has been electronically mailed to:**

Lee L Kaplan     lkaplan@skv.com, madams@skv.com, mary-adams-1752@ecf.pacerpro.com

**4:18-cv-00483 Notice has not been electronically mailed to:**

HARVEST_RDR_000110

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Texas

| | | |
|---|---|---|
| Harvest Natural Resources, Inc., et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  4:18-00483 |
| Juan Jose Mendoza Garcia, et al. | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To:  Lee L. Kaplan
       *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____02/27/2018_____, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:  2/28/18

_____
*Signature of the attorney or unrepresented party*

Petroconsultores (Barbados) Ltd.
*Printed name of party waiving service of summons*

Kip Mendrygal
*Printed name*

Locke Lord LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
*Address*

kmendrygal@lockelord.com
*E-mail address*

(214) 740-8106
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| Harvest Natural Resources, Inc., et al. | ) |
| *Plaintiff* | ) |
| v. | ) |
| Juan Jose Mendoza Garcia, et al. | ) |
| *Defendant* | ) |

Civil Action No.  4:18-00483

## WAIVER OF THE SERVICE OF SUMMONS

To:  Lee L. Kaplan
      *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____02/27/2018_____, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:  2/28/18

_____
*Signature of the attorney or unrepresented party*

Petro Consultores S.C.
_____
*Printed name of party waiving service of summons*

Kip Mendrygal
*Printed name*
Locke Lord LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
*Address*

kmendrygal@lockelord.com
*E-mail address*

(214) 740-8106
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

HARVEST_RDR_000112

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
### for the
Southern District of Texas

| | | |
|---|---|---|
| Harvest Natural Resources, Inc., et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  4:18-00483 |
| Juan Jose Mendoza Garcia, et al. | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To:   Lee L. Kaplan
         *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from            02/27/2018            , the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:   2/28/18

_____
*Signature of the attorney or unrepresented party*

Petro Consultores International Trading Co., Inc.
*Printed name of party waiving service of summons*

Kip Mendrygal
*Printed name*
Locke Lord LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
*Address*

kmendrygal@lockelord.com
*E-mail address*

(214) 740-8106
*Telephone number*

---

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

HARVEST_RDR_000113

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
### for the
Southern District of Texas

| | | |
|---|---|---|
| Harvest Natural Resources, Inc., et al. | ) | |
| *Plaintiff* | ) | Civil Action No.   4:18-00483 |
| v. | ) | |
| Juan Jose Mendoza Garcia , et al. | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To:  Lee L. Kaplan
      *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____ 02/27/2018 _____, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: __2/28/18__

_____
*Signature of the attorney or unrepresented party*

_____Juan Jose Garcia Mendoza_____
*Printed name of party waiving service of summons*

Kip Mendrygal
*Printed name*

Locke Lord LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
*Address*

kmendrygal@lockelord.com
*E-mail address*

(214) 740-8106
*Telephone number*

---

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

HARVEST_RDR_000114

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Texas

| | | |
|---|---|---|
| Harvest Natural Resources, Inc., et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  4:18-00483 |
| Juan Jose Mendoza Garcia, et al. | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To:   Lee L. Kaplan
   *(Name of the plaintiff's attorney or unrepresented plaintiff)*

   I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

   I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

   I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

   I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from          02/27/2018          , the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:   2/28/18

                                        *Signature of the attorney or unrepresented party*

   Azure 904, LLC                       Kip Mendrygal
*Printed name of party waiving service of summons*       *Printed name*

                                        Locke Lord LLP
                                        2200 Ross Avenue, Suite 2800
                                        Dallas, Texas 75201
                                        *Address*

                                        kmendrygal@lockelord.com
                                        *E-mail address*

                                        (214) 740-8106
                                        *Telephone number*

---

### Duty to Avoid Unnecessary Expenses of Serving a Summons

   Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

   "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

   If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

   If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

HARVEST_RDR_000115

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

| | |
|---|---|
| Harvest Natural Resources, Inc., et al. | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.  4:18-00483 |
| Juan Jose Mendoza Garcia, et al. | ) |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To:  Lee L. Kaplan
_____
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____02/27/2018_____, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: ___2/28/18___

_____
*Signature of the attorney or unrepresented party*

Petroconsultores, Inc.
_____
*Printed name of party waiving service of summons*

Kip Mendrygal
*Printed name*

Locke Lord LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
*Address*

kmendrygal@lockelord.com
*E-mail address*

(214) 740-8106
*Telephone number*

---

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

### IN THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| HARVEST NATURAL RESOURCES, INC., and HNR ENERGIA B.V., | § § § | |
| Plaintiffs | § § | |
| vs. | § § | CIVIL ACTION NO. 4:18-cv-00483 |
| JUAN JOSE GARCIA MENDOZA, PETRO CONSULTORES S.C., PETRO CONSULTORES INTERNATIONAL TRADING COMPANY, INC., PETROCONSULTORES (BARBADOS) LTD., PETROCONSULTORES, INC., SELLE LLC, AZURE 904 LLC, AZURE 406 LLC, RAFAEL DARIO RAMIREZ CARRENO, EULOGIO ANTONIO DEL PINO DIAZ, and JOSE ANGEL GONZALEZ ACOSTA, | § § § § § § § § § § § § § | JURY TRIAL DEMANDED |
| Defendants | § | |

### <u>NOTICE OF APPEARANCE</u>

Defendants, Juan Jose Garcia Mendoza, Azure 904, LLC, Petroconsultores, Inc., Petroconsultores (Barbados) Ltd., Petro Consultores S.C., and Petro Consultores International Trading Co, Inc. (hereinafter "Defendants"), hereby notify the Court and all parties of record that **Paul E. Coggins** of Locke Lord LLP, 2200 Ross Avenue, Suite 2800, Dallas, Texas 75201, is appearing on behalf of the Defendants in the above referenced matter.  Copies of all communications and other documents filed in the above-referenced proceedings should be directed to the counsel below.

-1-

HARVEST_RDR_000117

Respectfully submitted,

**LOCKE LORD LLP**


By:  */s/ Paul E. Coggins*
             Paul E. Coggins (attorney-in-charge)
              pcoggins@lockelord.com
              Texas Bar No. 04500700
             Kip Mendrygal
              kmendrygal@lockelord.com
              Texas Bar No. 24041472
             2200 Ross Avenue, Suite 2800
             Dallas, TX  75201
             Telephone (214) 740-8000
             Facsimile (214) 740-8800

Counsel for Defendants


## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the foregoing document was served upon all counsel of record via the Court's electronic filing service on this 28th day of February, 2018.


*/s/ Paul E. Coggins*
Counsel for Defendants

HARVEST_RDR_000118

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| HARVEST NATURAL RESOURCES, INC., and HNR ENERGIA B.V., | § § § | |
| Plaintiffs | § § | |
| vs. | § § | CIVIL ACTION NO. 4:18-cv-00483 |
| JUAN JOSE GARCIA MENDOZA, PETRO CONSULTORES S.C., PETRO CONSULTORES INTERNATIONAL TRADING COMPANY, INC., PETROCONSULTORES (BARBADOS) LTD., PETROCONSULTORES, INC., SELLE LLC, AZURE 904 LLC, AZURE 406 LLC, RAFAEL DARIO RAMIREZ CARRENO, EULOGIO ANTONIO DEL PINO DIAZ, and JOSE ANGEL GONZALEZ ACOSTA, | § § § § § § § § § § § § § | JURY TRIAL DEMANDED |
| Defendants | § | |

## <u>NOTICE OF APPEARANCE</u>

Defendants, Juan Jose Garcia Mendoza, Azure 904, LLC, Petroconsultores, Inc., Petroconsultores (Barbados) Ltd., Petro Consultores S.C., and Petro Consultores International Trading Co, Inc. (hereinafter "Defendants"), hereby notify the Court and all parties of record that **Kip Mendrygal** of Locke Lord LLP, 2200 Ross Avenue, Suite 2800, Dallas, Texas 75201, is appearing on behalf of the Defendants in the above referenced matter.  Copies of all communications and other documents filed in the above-referenced proceedings should be directed to the counsel below.

-1-

**HARVEST_RDR_000119**

Respectfully submitted,


**LOCKE LORD LLP**


By:  */s/ Kip Mendrygal*
       Paul E. Coggins (attorney-in-charge)
        pcoggins@lockelord.com
        Texas Bar No. 04500700
       Kip Mendrygal
        kmendrygal@lockelord.com
        Texas Bar No. 24041472
       2200 Ross Avenue, Suite 2800
       Dallas, TX  75201
       Telephone (214) 740-8000
       Facsimile (214) 740-8800

Counsel for Defendants


## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the foregoing document was served upon all counsel of record via the Court's electronic filing service on this 28th day of February, 2018.


*/s/ Kip Mendrygal*
Counsel for Defendants

**HARVEST_RDR_000120**

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| HARVEST NATURAL RESOURCES, INC., and HNR ENERGIA B.V., | § § § | |
| Plaintiffs | § § | |
| vs. | § § | CIVIL ACTION NO. 4:18-cv-00483 |
| JUAN JOSE GARCIA MENDOZA, PETRO CONSULTORES S.C., PETRO CONSULTORES INTERNATIONAL TRADING COMPANY, INC., PETROCONSULTORES (BARBADOS) LTD., PETROCONSULTORES, INC., SELLE LLC, AZURE 904 LLC, AZURE 406 LLC, RAFAEL DARIO RAMIREZ CARRENO, EULOGIO ANTONIO DEL PINO DIAZ, and JOSE ANGEL GONZALEZ ACOSTA, | § § § § § § § § § § § § § | JURY TRIAL DEMANDED |
| Defendants | § | |

## DEFENDANTS' CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES

Pursuant to Federal Rule 7.1, and this Court's Order dated February 20, 2018 (DKT # 08), Defendants, Juan Jose Garcia Mendoza, Azure 904, LLC, Petroconsultores, Inc., Petroconsultores (Barbados) Ltd., Petro Consultores S.C., and Petro Consultores International Trading Co, Inc.,  (collectively "Defendants") hereby disclose the following:

Azure 904, LLC is a Florida limited liability company.  No publicly held corporation owns a ten percent or greater share of Azure 904, LLC.  Azure 904, LLC does not have any parent companies.

HARVEST_RDR_000121

Petroconsultores, Inc. is an Anguilla British Virgin Islands company, with no headquarters.   No publicly held corporation owns a ten percent or greater share of Petroconsultores, Inc.  Petroconsultores, Inc. does not have any parent companies.

Petroconsultores (Barbados) Ltd. is a Barbados company, with no headquarters.   No publicly held corporation owns a ten percent or greater share of Petroconsultores (Barbados) Ltd..  Petroconsultores (Barbados) Ltd. does not have any parent companies.

Petro Consultores S.C. is a Venezuelan company headquartered in Venezuela.   No publicly held corporation owns a ten percent or greater share of Petro Consultores S.C.  Petro Consultores S.C. does not have any parent companies.

Petro Consultores International Trading Co, Inc. is a Panamanian company, with no headquarters.   No publicly held corporation owns a ten percent or greater share of Petro Consultores International Trading Co, Inc.  Petro Consultores International Trading Co, Inc. does not have any parent companies.

Defendants certify that, as of this date, other than the above-identified entities, there are no other known entities that are not a party to this case that (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding.

HARVEST_RDR_000122

Respectfully submitted,

**LOCKE LORD LLP**


By:  */s/ Kip Mendrygal*
                Paul E. Coggins (attorney-in-charge)
                  pcoggins@lockelord.com
                  Texas Bar No. 04500700
                Kip Mendrygal
                  kmendrygal@lockelord.com
                  Texas Bar No. 24041472
                2200 Ross Avenue, Suite 2800
                Dallas, TX  75201
                Telephone (214) 740-8000
                Facsimile (214) 740-8800

Counsel for Defendants


## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was served upon all counsel of record via the Court's electronic filing service on this 28th day of February, 2018.


*/s/ Kip Mendrygal*
Counsel for Defendants

HARVEST_RDR_000123

## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
### SOTHERN District of TEXAS

Case Number: 18-483

Plaintiff:
**HARVEST NATURAL RESOURCES, INC., AND HNR ENERGIA B.V.**

vs.

Defendant:
**JUAN JOSE MENDOZA GARCIA, ET AL.**

For:
Smyser Kaplan & Veselka, L.L.P.
700 Louisiana Street
Suite 2300
Houston, TX  77002

Received by GORMAN PROCESS SERVICE, LLC on the **23rd day of February, 2018** at **1:30 pm** to be served on **AZURE 406 LLC, 9401 COLLINS AVENUE, UNIT 406, SURFSIDE, FL 33154.**

I, SIMON R. VELA, do hereby affirm that on the **23rd day of February, 2018** at **4:45 pm, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS/FIRST AMENDED COMPLAINT/ORDER FOR CONFERENCE AND DISCLOSURE OF INTERESTED PARTIES** with the date and hour of service endorsed thereon by me, to: **SANDRA CASTILLO TEJERA** as Registered Agent at the address of: **9401 COLLINS AVENUE, UNIT 406, SURFSIDE, FL 33154** on behalf of **AZURE 406 LLC,** and informed said person of the contents therein, in compliance with state statutes.

I do hereby certify that I have no interest in the above action, that I am over the age of eighteen, and that I am a Certified Process Server in the circuit in which it was served. Under penalty of perjury, I declare that I have read the foregoing Verified Returned of Service and that the facts stated in it are true. I am in good standing in the circuit in which document was served. PURSUANT TO F.S. 92.525(2), NOTARY NOT REQUIRED

**SIMON R. VELA**
CPS #2343

**GORMAN PROCESS SERVICE, LLC**
**11767 South Dixie Highway**
**Suite 201**
**Miami, FL 33156**
**(305) 971-9636**
Our Job Serial Number: ARG-2018000918

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

HARVEST_RDR_000124

## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
### SOTHERN District of TEXAS

Case Number: 18-483

Plaintiff:
**HARVEST NATURAL RESOURCES, INC., AND HNR ENERGIA B.V.**

vs.

Defendant:
**JUAN JOSE MENDOZA GARCIA, ET AL.**

For:
Smyser Kaplan & Veselka, L.L.P.
700 Louisiana Street
Suite 2300
Houston, TX 77002

Received by GORMAN PROCESS SERVICE, LLC on the **23rd day of February, 2018** at **1:30 pm** to be served on **AZURE 406 LLC, 9401 COLLINS AVENUE, UNIT 406, SURFSIDE, FL 33154.**

I, SIMON R. VELA, do hereby affirm that on the **23rd day of February, 2018** at **4:45 pm, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS/FIRST AMENDED COMPLAINT/ORDER FOR CONFERENCE AND DISCLOSURE OF INTERESTED PARTIES** with the date and hour of service endorsed thereon by me, to: **SANDRA CASTILLO TEJERA** as Registered Agent at the address of: **9401 COLLINS AVENUE, UNIT 406, SURFSIDE, FL 33154** on behalf of **AZURE 406 LLC,** and informed said person of the contents therein, in compliance with state statutes.

I do hereby certify that I have no interest in the above action, that I am over the age of eighteen, and that I am a Certified Process Server in the circuit in which it was served. Under penalty of perjury, I declare that I have read the foregoing Verified Returned of Service and that the facts stated in it are true. I am in good standing in the circuit in which document was served. PURSUANT TO F.S. 92.525(2), NOTARY NOT REQUIRED

**SIMON R. VELA**
CPS #2343

**GORMAN PROCESS SERVICE, LLC**
**11767 South Dixie Highway**
**Suite 201**
**Miami, FL 33156**
**(305) 971-9636**
Our Job Serial Number: ARG-2018000918

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

HARVEST_RDR_000125

## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
### SOTHERN District of TEXAS

Case Number: 18-483

Plaintiff:
**HARVEST NATURAL RESOURCES, INC., AND HNR ENERGIA B.V.**

vs.

Defendant:
**JUAN JOSE MENDOZA GARCIA, ET AL.**

For:
Smyser Kaplan & Veselka, L.L.P.
700 Louisiana Street
Suite 2300
Houston, TX  77002

Received by GORMAN PROCESS SERVICE, LLC on the **23rd day of February, 2018** at **1:00 pm** to be served on **SELLE LLC C/O REGISTERED AGENT: WORLDWIDE CORPORATE ADMINISTRATORS LLC, 2330 PONCE DE LEON BLVD, CORAL GABLES, FL 33134.**

I, Scott Gorman, do hereby affirm that on the **23rd day of February, 2018** at **3:45 pm, I:**

SERVED the within name corporation by delivering a true copy of the **SUMMONS/FIRST AMENDED COMPLAINT** at the address of **2330 PONCE DE LEON BLVD, CORAL GABLES, FL 33134** with date and hour endorsed thereon by me to, **JANICE CAYON, RECEPTIONIST** as an employee of the Registered Agent listed with the Florida Division of Corporations, pursuant to F.S. 48.081 (3)(a).

I do hereby certify that I have no interest in the above action, that I am over the age of eighteen, and that I am a Certified Process Server in the circuit in which it was served. Under penalty of perjury, I declare that I have read the foregoing Verified Returned of Service and that the facts stated in it are true. I am in good standing in the circuit in which document was served. PURSUANT TO F.S. 92.525(2), NOTARY NOT REQUIRED

**Scott Gorman**
MDCPS #1816

**GORMAN PROCESS SERVICE, LLC**
**11767 South Dixie Highway**
**Suite 201**
**Miami, FL 33156**
**(305) 971-9636**
Our Job Serial Number: ARG-2018000931

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

HARVEST_RDR_000126

## <u>RETURN OF SERVICE</u>

## UNITED STATES DISTRICT COURT
## SOTHERN District of TEXAS

Case Number: 18-483

Plaintiff:
**HARVEST NATURAL RESOURCES, INC., AND HNR ENERGIA B.V.**

vs.

Defendant:
**JUAN JOSE MENDOZA GARCIA, ET AL.**

For:
Smyser Kaplan & Veselka, L.L.P.
700 Louisiana Street
Suite 2300
Houston, TX  77002

Received by GORMAN PROCESS SERVICE, LLC on the **23rd day of February, 2018** at **3:55 pm** to be served on **SELLE LLC C/O REGISTERED AGENT: WORLDWIDE CORPORATE ADMINISTRATORS LLC, 2330 PONCE DE LEON BLVD, CORAL GABLES, FL 33134**.

I, Jorge Diaz, do hereby affirm that on the **26th day of February, 2018** at **3:40 pm, I**:

SERVED the within name corporation by delivering a true copy of the **ORDER FOR CONFERENCE AND DISCLOSURE OF INTERESTED PARTIES** at the address of **2330 PONCE DE LEON BLVD, CORAL GABLES, FL 33134** with date and hour endorsed thereon by me to, **RAPHAELLA DE CARVALHO, ENTITY MANAGEMENT SPECIALIST** as an employee of the Registered Agent listed with the Florida Division of Corporations, pursuant to F.S. 48.081 (3)(a).

I am over the age of eighteen, and have no interest in the above action. Under penalty of perjury, I declare that I have read the foregoing verified return of service and that the facts stated in it are true.

**Jorge Diaz**
Process Server

**GORMAN PROCESS SERVICE, LLC**
**11767 South Dixie Highway**
**Suite 201**
**Miami, FL 33156**
**(305) 971-9636**
Our Job Serial Number: ARG-2018000932

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

HARVEST_RDR_000127

## RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## SOTHERN District of TEXAS

Case Number: 18-483

Plaintiff:
**HARVEST NATURAL RESOURCES, INC., AND HNR ENERGIA B.V.**

vs.

Defendant:
**JUAN JOSE MENDOZA GARCIA, ET AL.**

For:
Smyser Kaplan & Veselka, L.L.P.
700 Louisiana Street
Suite 2300
Houston, TX  77002

Received by GORMAN PROCESS SERVICE, LLC on the **23rd day of February, 2018** at **3:55 pm** to be
served on **SELLE LLC C/O REGISTERED AGENT: WORLDWIDE CORPORATE ADMINISTRATORS LLC,
2330 PONCE DE LEON BLVD, CORAL GABLES, FL 33134**.

I, Jorge Diaz, do hereby affirm that on the **26th day of February, 2018** at **3:40 pm, I:**

SERVED the within name corporation by delivering a true copy of the **ORDER FOR CONFERENCE AND
DISCLOSURE OF INTERESTED PARTIES** at the address of **2330 PONCE DE LEON BLVD, CORAL GABLES,
FL 33134** with date and hour endorsed thereon by me to, **RAPHAELLA DE CARVALHO, ENTITY
MANAGEMENT SPECIALIST** as an employee of the Registered Agent listed with the Florida Division of
Corporations, pursuant to F.S. 48.081 (3)(a).

I am over the age of eighteen, and have no interest in the above action. Under penalty of perjury, I declare that
I have read the foregoing verified return of service and that the facts stated in it are true.

_____

**Jorge Diaz**
Process Server

**GORMAN PROCESS SERVICE, LLC
11767 South Dixie Highway
Suite 201
Miami, FL 33156
(305) 971-9636**
Our Job Serial Number: ARG-2018000932

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **HARVEST NATURAL RESOURCES, INC.,** | § | |
| **and HNR ENERGIA B.V.** | § | |
| | § | |
| *Plaintiffs* | § | |
| v. | § | CIVIL ACTION: 4:18-cv-00483 |
| **JUAN JOSE MENDOZA GARCIA**, *et al.* | § | |
| | § | |
| *Defendants.* | § | |

<u>**PLAINTIFFS' CERTIFICATE OF PERSONS FINANCIALLY INTERESTED IN**</u>
<u>**OUTCOME OF LITIGATION**</u>

By and through its undersigned counsel, Plaintiffs Harvest Natural Resources, Inc. and HNR

Energia B.V. hereby file this certificate, pursuant to the Court's order, "listing all person[s],

associations of person, firms, partnerships, corporations, affiliates, parent corporations, or other

entities that are financially interested in the outcome of this litigation."  Dkt. 8, ¶ 2.  Groups that

"can be specified by a general description" are so identified, without listing all the individuals

within said group.  *See id*.

1.  Harvest Natural Resources, Inc.[1]

2.  HNR Energia B.V.

3.  All current board members of Harvest Natural Resources, Inc. and HNR Energia B.V.

4.  Smyser Kaplan & Veselka LLP

5.  All named defendants and their counsel

---

[1] Harvest Natural Resources, Inc. previously was listed on the New York Stock Exchange.  On May 4, 2017, the entity dissolved, and the listing of its common stock on the NYSE was terminated.

**HARVEST_RDR_000129**

Respectfully Submitted,

**SMYSER KAPLAN & VESELKA, L.L.P.**

*/s/ Lee Kaplan*
Lee L. Kaplan
Attorney-in-Charge
Federal Bar No. 1840
State Bar No. 11094400
Dane Ball
Federal Bar No. 784400
State Bar No. 24051642
Ty Doyle
Federal Bar No. 1373873
State Bar No. 24072075
Anthony J. Phillips
Federal Bar No. 1123515
State Bar No. 24094089
Alexander M. Wolf
Federal Bar No. 2470631
State Bar No. 24095027
700 Louisiana, Suite 2300
Houston, Texas 77002
(713) 221-2300 (phone)
(713) 221-2320 (fax)
lkaplan@skv.com
dball@skv.com
tydoyle@skv.com
aphillips@skv.com
awolf@skv.com

**ATTORNEYS FOR PLAINTIFFS
HARVEST NATURAL RESOURCES, INC.
AND HNR ENERGIA B.V**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule 5.1 on the 7th day of March, 2018.

*/s/ Alex Wolf*
Alexander Wolf

730296.2

HARVEST_RDR_000130

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **HARVEST NATURAL RESOURCES, INC.,** | § | |
| **and HNR ENERGIA B.V.** | § | |
| | § | |
| *Plaintiffs* | § | |
| | § | CIVIL ACTION: 4:18-cv-00483 |
| v. | § | |
| **JUAN JOSE MENDOZA GARCIA,** *et al.* | § | |
| | § | |
| *Defendants.* | § | |

## PLAINTIFFS' NOTICE OF VOLUNTARY
## <u>DISMISSAL OF DEFENDANT AZURE 406 LLC</u>

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiffs Harvest Natural Resources, Inc. and HNR Energia B.V., hereby give notice that Defendant Azure 406 LLC is voluntarily dismissed, without prejudice. As of the date of the filing of this Notice of Voluntary Dismissal, Defendant Azure 406 LLC has not filed an answer or a motion for summary judgment.

731658.1

HARVEST_RDR_000131

Respectfully Submitted,

SMYSER KAPLAN & VESELKA, L.L.P.

*/s/ Lee Kaplan*
Lee L. Kaplan
Attorney-in-Charge
Federal Bar No. 1840
State Bar No. 11094400
Dane Ball
Federal Bar No. 784400
State Bar No. 24051642
Ty Doyle
Federal Bar No. 1373873
State Bar No. 24072075
Anthony J. Phillips
Federal Bar No. 1123515
State Bar No. 24094089
Alexander M. Wolf
Federal Bar No. 2470631
State Bar No. 24095027
700 Louisiana, Suite 2300
Houston, Texas 77002
(713) 221-2300 (phone)
(713) 221-2320 (fax)
lkaplan@skv.com
dball@skv.com
tydoyle@skv.com
aphillips@skv.com
awolf@skv.com

**ATTORNEYS FOR PLAINTIFFS
HARVEST NATURAL RESOURCES, INC.
AND HNR ENERGIA B.V**

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule 5.1 on the 8th day of March, 2018.

*/s/ Alex Wolf*
Alexander Wolf

2

731658.1

HARVEST_RDR_000132