# EXHIBIT 22

MR. RAFAEL DARIO RAMIREZ CARRENO  
16 E 81ST ST  
NEW YORK, NY 10028-0201

MR. RAFAEL DARIO RAMIREZ CARRENO  
16 E 81ST ST  
NEW YORK, NY 10028-0201

Craig  Smyser  
700 Louisiana, Suite 2300  
Houston, TX 77002

9314 8699 0430 0045 1730 91

```
                                      0.47
                                      3.45
                                      1.50
                                      0.00
                                      5.42
```

Craig  Smyser  
700 Louisiana, Suite 2300  
Houston, TX 77002

MR. RAFAEL DARIO RAMIREZ CARRENO  
16 E 81ST ST  
NEW YORK, NY 10028-0201



**9314 8699 0430 0045 1730 91**  
RETURN RECEIPT (ELECTRONIC)

# Please Discard

HARVEST_RDR_000133

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **HARVEST NATURAL RESOURCES, INC., and HNR ENERGIA, B.V.**, <br><br> *Plaintiffs*, <br><br> vs. <br><br> **JUAN JOSE GARCIA MENDOZA, PETRO CONSULTORES, S.C., PETRO CONSULTORES INTERNATIONAL TRADING COMPANY, INC., PETROCONSULTORES (BARBADOS), LTD., PETROCONSULTORES, INC., SELLE, LLC, AZURE 904, LLC, RAFAEL DARIO RAMIREZ CARRENO, EULOGIO ANTONIO DEL PINO DIAZ, and JOSE ANGEL GONZALEZ ACOSTA,** <br><br> *Defendants*. | § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 4:18-cv-00483 <br><br><br><br> JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE

Defendants Juan Jose Garcia Mendoza; Azure 904, LLC; Petroconsultores, Inc.; Petroconsultores (Barbados), Ltd.; Petro Consultores, S.C.; and Petro Consultores International Trading Co, Inc. (collectively the "Defendants"), respectfully notify the Court and all parties of record that Mario H. Nguyen of Locke Lord, LLP., 2200 Ross Avenue, Suite 2800, Dallas, Texas 75201, is appearing as additional counsel for the aforementioned Defendants in the above-captioned matter. Mario H. Nguyen is a member in good standing of the State Bar of Texas and is admitted to practice in the U.S. District Court for the Southern District of Texas. The aforementioned Defendants request that all communications and other documents filed in the

*Notice of Appearance*
Page **1** of **2**

HARVEST_RDR_000134

above-captioned proceedings be served upon Mario H. Nguyen, as well as the Defendants' other counsel of record.

Dated: March 16, 2018.

                                                Respectfully submitted,

                                                *s/ Mario H. Nguyen*

                                                **Paul E. Coggins**
                                                 *Attorney-in-Charge*
                                                 State Bar No. 04500700
                                                 PCoggins@LockeLord.com

                                                **Kip Mendrygal**
                                                 State Bar No. 24041472
                                                 KMendrygal@LockeLord.com

                                                **"Mario" Hoang Nguyen**
                                                 State Bar No. 24105873
                                                 Mario.Nguyen@LockeLord.com

                                                **LOCKE LORD, LLP.**
                                                 2200 Ross Avenue, Suite 2800,
                                                 Dallas, Texas 75201
                                                 T: (214) 740-8000
                                                 F: (214) 740-8800

                                                **ATTORNEYS FOR DEFENDANTS JUAN JOSE GARCIA MENDOZA, PETRO CONSULTORES, S.C., PETRO CONSULTORES INTERNATIONAL TRADING COMPANY, INC., PETROCONSULTORES (BARBADOS), LTD., PETROCONSULTORES, INC., SELLE, LLC, & AZURE 904, LLC.**

## CERTIFICATE OF SERVICE

On March 16, 2018, I electronically submitted this Notice of Appearance with the Clerk of Court for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the Court.  I certify that I have served all counsel and/or pro se parties of record electronically.

                                                *s/ Mario H. Nguyen*
                                                 Mario H. Nguyen

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **HARVEST NATURAL RESOURCES,** | § | |
| **INC., and HNR ENERGIA B.V.** | § | |
| | § | |
| *Plaintiffs* | § | |
| v. | § | CIVIL ACTION: 4:18-cv-00483 |
| **JUAN JOSE MENDOZA GARCIA,** *et al.* | § | |
| | § | |
| *Defendants.* | § | |

**PLAINTIFFS' NOTICE OF VOLUNTARY**
**DISMISSAL OF DEFENDANT SELLE LLC**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiffs Harvest Natural Resources, Inc. and HNR Energia B.V., hereby give notice that Defendant Selle LLC is voluntarily dismissed, without prejudice. As of the date of the filing of this Notice of Voluntary Dismissal, Defendant Selle LLC has not filed an answer or a motion for summary judgment.

737732.1

HARVEST_RDR_000136

Respectfully Submitted,

**SMYSER KAPLAN & VESELKA, L.L.P.**

*/s/ Lee Kaplan*
Lee L. Kaplan (Fed. Bar No. 1840)
*Attorney-in-Charge*
Craig Smyser (Fed. Bar No. 848)
Dane Ball (Fed. Bar No. 784400)
Ty Doyle (Fed. Bar No. 1373873)
Anthony J. Phillips (Fed. Bar No. 1123515)
Alexander M. Wolf (Fed. Bar No. 2470631)
700 Louisiana, Suite 2300
Houston, Texas 77002
(713) 221-2300 (phone)
(713) 221-2320 (fax)
lkaplan@skv.com
csmyser@skv.com
dball@skv.com
tydoyle@skv.com
aphillips@skv.com
awolf@skv.com

**ATTORNEYS FOR PLAINTIFFS
HARVEST NATURAL RESOURCES, INC.
AND HNR ENERGIA B.V**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule 5.1 on the 28th day of March, 2018.

*/s/ Alex Wolf*
Alexander M. Wolf



UNITED STATES POSTAL SERVICE

Date: April 11, 2018

Francoise Bernier:

The following is in response to your April 11, 2018 request for delivery information on your Certified Mail™/RRE item number 9314869904300045173091. The delivery record shows that this item was delivered on April 9, 2018 at 1:28 pm in NEW YORK, NY 10028. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

16 E 81

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service

HARVEST_RDR_000138