# EXHIBIT 26

2017.10.05 Wayback Machine screenshot of Ramirez's Twitter profile, showing location listed as "New York, USA"

HARVEST_RDR_000663

http://www.twitter.com/rramirezve Go
47 captures
28 Aug 2015 - 15 Jan 2020
AUG OCT MAY
05
2016 2017 2019
About this capture

¿Tienes cuenta?

Teléfono, correo o usuario

Contraseña

Recordar mis datos · ¿Olvidaste tu contraseña?

Iniciar sesión

¿Nuevo en Twitter?

Regístrate

| Tweets | Siguiendo | Seguidores | Me gusta |
|---|---|---|---|
| 2.767 | 82 | 273 K | 10 |

Seguir

**Rafael Ramirez**
@RRamirezVE

Militante Revolucionario, Chavista y Bolivariano. Lealtad!

New York, USA

misionvenezuelaonu.org

Se unió en mayo de 2011

**Tweets** Tweets y respuestas Multimedia

Tweet fijado

**Rafael Ramirez** @RRamirezVE · 10 feb.
Escuchar al Cmdte Chávez #LoQueChavezDijo es necesario recordarlo siempre para derrotar a la derecha que nos agrede

359 434 179

Rafael Ramirez retwitteó

**Venezuela ONU** @venezuela_un · 17 h
#AUDIO| @endirectoconRR vía @YVKE_MUNDIAL Sobre el artículo del embajador @RRamirezVE "El dron y la inquisición" goo.gl/Sbtoro

1 5

HARVEST_RDR_000664

http://www.twitter.com/rramirezve Go AUG OCT MAY
47 captures 05
28 Aug 2015 - 15 Jan 2020 2016 2017 2019 About this capture

#AUDIO| @endirectoconRR vía @YVK...
embajador @RRamirezVE "El dron y l...

¿Tienes cuenta?
Teléfono, correo o usuario
Contraseña
Recordar mis datos · ¿Olvidaste tu contraseña?
Iniciar sesión
¿Nuevo en Twitter?
Regístrate

3

Rafael Ramirez retwitteó
**Venezuela ONU** @venezuela_un · 23 h
@RRamirezVE: "Tenemos que salir de esta crisis con nuestros propios pies" vía @YVKE_MUNDIAL @endirectoconRR

10 2

Rafael Ramirez retwitteó
**Venezuela ONU** @venezuela_un · 23 h
"Nosotros ante la situación que tenemos no podemos darnos el lujo de comenter errores": @RRamirezVE

1 13 7

Rafael Ramirez retwitteó
**Venezuela ONU** @venezuela_un · 14 h
#AUDIO| @endirectoconRR vía @YVKE_MUNDIAL Sobre el artículo del embajador @RRamirezVE "El dron y la inquisición" goo.gl/Sbtoro

1/16/2020                                Rafael Ramirez (@RRamirezVE) | Twitter



http://www.twitter.com/rramirezve          Go    AUG  OCT  MAY
                                                   ◀   05   ▶
47 captures                                       2016 2017 2019
28 Aug 2015 - 15 Jan 2020

¿Tienes cuenta?

Teléfono, correo o usuario

Contraseña

☑ Recordar mis datos · ¿Olvidaste tu
contraseña?

Iniciar sesión

¿Nuevo en Twitter?

Regístrate

💬 1        ♻ 10        2

**Rafael Ramirez** ✔ @RRamirezVE · 20 h
#4Oct El Cmdt. Chávez en su último discurso ante el Pueblo, su palabra y
mensaje revolucionario siempre nos acompaña youtu.be/jtEYfD5yP7Q

💬 2        ♻ 25        21

♻ Rafael Ramirez retwitteó
**Venezuela ONU** @venezuela_un · 2 oct.
#OPINIÓN| "El dron y la inquisición" por @RRamirezVE via @diariopanorama
goo.gl/7uRcY1

💬          ♻ 6         1

♻ Rafael Ramirez retwitteó
**Venezuela ONU** @venezuela_un · 2 oct.
#OPINIÓN| "El dron y la inquisición" por @RRamirezVE via @diariopanorama
goo.gl/7uRcY1

HARVEST_RDR_000666

http://www.twitter.com/rramirezve Go
47 captures
28 Aug 2015 - 15 Jan 2020
AUG OCT MAY
05
2016 2017 2019
About this capture

Diario Panorama, Portal Alba v YVKE Mundi

2 7 1

¿Tienes cuenta?
Teléfono, correo o usuario
Contraseña
Recordar mis datos · ¿Olvidaste tu contraseña?
Iniciar sesión
¿Nuevo en Twitter?
Regístrate

**Rafael Ramirez** @RRamirezVE · 2 o
Presidimos, por primera vez después
@UN encargada de Descolonización,

7 99 54

Rafael Ramirez retwitteó
**Aporrea** @aporrea · 1 oct.
El dron y la inquisición - Por: Rafael Ramírez Carreño @RRamirezVE

2 16 6

**Rafael Ramirez** @RRamirezVE · 1 oct.
Comparto con todos mi artículo de este domingo en @panorama "El Dron y la inquisición" goo.gl/7uRcY1 Viva Chávez! Venceremos!

4 20 7

Rafael Ramirez retwitteó

1/16/2020                                  Rafael Ramirez (@RRamirezVE) | Twitter

http://www.twitter.com/rramirezve   Go   AUG **OCT** MAY

47 captures                          ◀ **05** ▶
28 Aug 2015 - 15 Jan 2020            **2016** **2017** **2019**



**Venezuela ONU**
#AHORA| Inicia e
Comisión de la A
Política Especial

💬 4        🔁 12           3

**Rafael Ramirez** ✓ @RRamirezVE · 29                                      ⌄
En Misión de la Rep. Popular China en
en el CS el embajador Liu jieyi quien

💬 3        🔁 20           14

**Rafael Ramirez** ✓ @RRamirezVE · 28 sept.                               ⌄
En Asamblea General de @UN rechazamos la "Trata de Personas" como un
delito que viola los DDHH de las victimas de la guerra y de la pobreza

¿Tienes cuenta?

Teléfono, correo o usuario

Contraseña

☑ Recordar mis datos · ¿Olvidaste tu
contraseña?

Iniciar sesión

¿Nuevo en Twitter?

Regístrate

HARVEST_RDR_000668

http://www.twitter.com/rramirezve Go AUG OCT MAY
47 captures 05
28 Aug 2015 - 15 Jan 2020 2016 2017 2019
About this capture

4 28 14

¿Tienes cuenta?
Teléfono, correo o usuario
Contraseña
Recordar mis datos · ¿Olvidaste tu contraseña?
Iniciar sesión
¿Nuevo en Twitter?
Regístrate

Rafael Ramirez retwitteó

**Venezuela ONU** @venezuela_un
Emb. @RRamirezVE preside debate d
Descolonización de la Asamblea Gene

14 5

Rafael Ramirez retwitteó

**Venezuela ONU** @venezuela_un · 28 sept.
#AHORA| Inicia el periodo de sesiones de la Cuarta Comisión de la Asamblea General ONU, encargada de Política Especial y Descolonización – en United Nations

Rafael Ramirez, Cancillería . VTV CANAL 8 y 5 más

10 2

Rafael Ramirez retwitteó

1/16/2020                                          Rafael Ramirez (@RRamirezVE) | Twitter



¿Tienes cuenta?

Teléfono, correo o usuario

Contraseña

☑ Recordar mis datos · ¿Olvidaste tu contraseña?

Iniciar sesión

¿Nuevo en Twitter?

Regístrate

💬 2      ⟳ 15              6

**Rafael Ramirez** 🔵 @RRamirezVE · 26 sept.
#Venezuela se pronuncia en nombre del MNOAL en la reunión de celebración del Día Internacional de Eliminación Total de Armas Nucleares

💬 1      ⟳ 34              8

**Rafael Ramirez** 🔵 @RRamirezVE · 26 sept.
Hoy Día Internacional para Eliminación Total  de Armas Nucleares #Venezuela firmó en @UN el Tratado sobre Prohibición de Armas  Nucleares

HARVEST_RDR_000670

1/16/2020                          Rafael Ramirez (@RRamirezVE) | Twitter



http://www.twitter.com/rramirezve   Go

47 captures
28 Aug 2015 - 15 Jan 2020

AUG **OCT** MAY
◄ **05** ►
2016 **2017** 2019

¿Tienes cuenta?

Teléfono, correo o usuario

Contraseña

☑ Recordar mis datos · ¿Olvidaste tu
contraseña?

Iniciar sesión

¿Nuevo en Twitter?

Regístrate

**Rafael Ramirez** ✔ @RRamirezVE · 26
"Día internacional de la eliminación to
los cientos de miles de víctimas en Hi

United Nations, Ernesto Villegas P.. VTV CANAL 8 y 7 más

💬 1      ♻ 34             17



## ¿Nuevo en Twitter?

¡Regístrate ahora para
obtener tu propia
cronología
personalizada!

Regístrate

## Mga nauuso sa Buong Mundo

**#TuesdayThoughts**
53.3K na Tweet

**#NationalHamburgerDay**
4,620 na Tweet

**Dayton**
Large tornado strikes Dayton
as storms batter Ohio

**RJ Hampton**
Top NBA prospect announces
he's forgoing college

**MacKenzie Bezos**
MacKenzie Bezos pledges to
give at least half of her

**Richie Incognito**
1,754 na Tweet

**HARVEST_RDR_000671**

1/16/2020                                    Rafael Ramirez (@RRamirezVE) | Twitter



**rTaughtMe**

**#RIPHarambe**
1,615 na Tweet

**Rich Paul**
1,201 na Tweet

¿Tienes cuenta?

Teléfono, correo o usuario

Contraseña

☑ Recordar mis datos · ¿Olvidaste tu contraseña?

Iniciar sesión

¿Nuevo en Twitter?

**Regístrate**

© 2017 Twitter
Sobre nosotros
Centro de Ayuda
Condiciones
Política de privacidad
Cookies
Información sobre anuncios

HARVEST_RDR_000672

2017.12.15 Wayback Machine capture of
Ramirez's Twitter profile, with HTML code
showing location listed as
"Nueva York, USA"

HARVEST_RDR_000673

https://twitter.com/RRamirezVE/status/941676285683789824   Go   NOV **DEC** JAN

◀ **15** ▶

1 capture

15 Dec 2017                                                          2016 **2017** 2018        ▼ About this capture

{"created_at":"Fri Dec 15 14:28:16 +0000
2017","id":941676285683789824,"id_str":"941676285683789824","text":"RT @MashiRafael: Para entender lo
que est\u00e1 pasando: la judicializaci\u00f3n de la pol\u00edtica o \u201clawfare\u201d. Esto
destruye vidas y naciones.\nL\u2026 ","source":"\u003ca
href=\"http:\/\/twitter.com\/download\/iphone\" rel=\"nofollow\"\u003eTwitter for
iPhone\u003c\/a\u003e","truncated":false,"in_reply_to_status_id":null,"in_reply_to_status_id_str":nul
l,"in_reply_to_user_id":null,"in_reply_to_user_id_str":null,"in_reply_to_screen_name":null,"user":
{"id":294334147,"id_str":"294334147","name":"Rafael
Ramirez","screen_name":"RRamirezVE","location":"Nueva York, USA","url":null,"description":"Militante
Revolucionario, Chavista y Bolivariano.
Lealtad!","translator_type":"none","protected":false,"verified":false,"followers_count":278871,"friend
s_count":82,"listed_count":719,"favourites_count":11,"statuses_count":2972,"created_at":"Fri May 06
23:36:41 +0000
2011","utc_offset":-14400,"time_zone":"Caracas","geo_enabled":true,"lang":"es","contributors_enabled"
:false,"is_translator":false,"profile_background_color":"C0DEED","profile_background_image_url":"http
s:\/\/web.archive.org\/web\/20171215142816\/http:\/\/pbs.twimg.com\/profile_background_images\/511365
911190597633\/9FKCpraH.jpeg","profile_background_image_url_https":"https:\/\/web.archive.org\/web\/20
171215142816\/https:\/\/pbs.twimg.com\/profile_background_images\/511365911190597633\/9FKCpraH.jpeg",
"profile_background_tile":false,"profile_link_color":"0084B4","profile_sidebar_border_color":"FFFFFF"
,"profile_sidebar_fill_color":"DDEEF6","profile_text_color":"333333","profile_use_background_image":t
rue,"profile_image_url":"https:\/\/web.archive.org\/web\/20171215142816\/http:\/\/pbs.twimg.com\/prof
ile_images\/666299783061962753\/MlTnF7ex_normal.jpg","profile_image_url_https":"https:\/\/web.archive
.org\/web\/20171215142816\/https:\/\/pbs.twimg.com\/profile_images\/666299783061962753\/MlTnF7ex_norm
al.jpg","profile_banner_url":"https:\/\/web.archive.org\/web\/20171215142816\/https:\/\/pbs.twimg.com
\/profile_banners\/294334147\/1445457211","default_profile":false,"default_profile_image":false,"foll
owing":null,"follow_request_sent":null,"notifications":null},"geo":null,"coordinates":null,"place":nu
ll,"contributors":null,"retweeted_status":{"created_at":"Fri Dec 15 11:21:08 +0000
2017","id":941629191149248512,"id_str":"941629191149248512","text":"Para entender lo que est\u00e1
pasando: la judicializaci\u00f3n de la pol\u00edtica o \u201clawfare\u201d. Esto destruye vidas y
naciones.\nL\u2026 https:\/\/t.co\/O7Xcvt6tW8","source":"\u003ca
href=\"http:\/\/twitter.com\/download\/iphone\" rel=\"nofollow\"\u003eTwitter for
iPhone\u003c\/a\u003e","truncated":true,"in_reply_to_status_id":null,"in_reply_to_status_id_str":null
,"in_reply_to_user_id":null,"in_reply_to_user_id_str":null,"in_reply_to_screen_name":null,"user":
{"id":209780362,"id_str":"209780362","name":"Rafael
Correa","screen_name":"MashiRafael","location":"Ecuador","url":"https:\/\/web.archive.org\/web\/20171
215142816\/http:\/\/www.economiaenbicicleta.com\/","description":null,"translator_type":"none","prote
cted":false,"verified":true,"followers_count":3344790,"friends_count":8,"listed_count":8374,"favourit
es_count":221,"statuses_count":15302,"created_at":"Fri Oct 29 22:35:33 +0000
2010","utc_offset":-18000,"time_zone":"Quito","geo_enabled":true,"lang":"es","contributors_enabled":f
alse,"is_translator":false,"profile_background_color":"D5DD4B","profile_background_image_url":"https:
\/\/web.archive.org\/web\/20171215142816\/http:\/\/pbs.twimg.com\/profile_background_images\/78391125
6\/d72c7315d9a489dba7d2e043e25046ea.jpeg","profile_background_image_url_https":"https:\/\/web.archive
.org\/web\/20171215142816\/https:\/\/pbs.twimg.com\/profile_background_images\/783911256\/d72c7315d9a
489dba7d2e043e25046ea.jpeg","profile_background_tile":false,"profile_link_color":"1B95E0","profile_si
debar_border_color":"FFFFFF","profile_sidebar_fill_color":"EFEFEF","profile_text_color":"333333","pro
file_use_background_image":true,"profile_image_url":"https:\/\/web.archive.org\/web\/20171215142816\/

HARVEST_RDR_000674

2018.03.04 Wayback Machine capture of
Ramirez's Twitter profile, with HTML code
showing location listed as
"Nueva York, USA"

HARVEST_RDR_000675

1/16/2020                                    Wayback Machine

https://twitter.com/RRamirezVE/status/970325617559339008        Go    FEB **MAR** APR

1 capture                                                            ◀  **04**  ▶
4 Mar 2018                                                        2017 **2018** 2019    ▾ About this capture

{"created_at":"Sun Mar 04 15:50:29 +0000
2018","id":970325617559339008,"id_str":"970325617559339008","text":"RT @aporrea: La entrega del
petr\u00f3leo - Por: Rafael Ram\u00edrez Carre\u00f1o @RRamirezVE
https:\/\/t.co\/vNKaF61gxC","source":"\u003ca href=\"http:\/\/twitter.com\/download\/iphone\"
rel=\"nofollow\"\u003eTwitter for
iPhone\u003c\/a\u003e","truncated":false,"in_reply_to_status_id":null,"in_reply_to_status_id_str":nul
l,"in_reply_to_user_id":null,"in_reply_to_user_id_str":null,"in_reply_to_screen_name":null,"user":
{"id":294334147,"id_str":"294334147","name":"Rafael
Ramírez","screen_name":"RRamirezVE","location":"Nueva York, USA","url":null,"description":"Militante
Revolucionario, Chavista y Bolivariano.
Lealtad!","translator_type":"none","protected":false,"verified":true,"followers_count":282394,"friend
s_count":84,"listed_count":727,"favourites_count":12,"statuses_count":3086,"created_at":"Fri May 06
23:36:41 +0000
2011","utc_offset":-14400,"time_zone":"Caracas","geo_enabled":true,"lang":"es","contributors_enabled"
:false,"is_translator":false,"profile_background_color":"C0DEED","profile_background_image_url":"http
s:\/\/web.archive.org\/web\/20180304155029\/http:\/\/pbs.twimg.com\/profile_background_images\/511365
911190597633\/9FKCpraH.jpeg","profile_background_image_url_https":"https:\/\/web.archive.org\/web\/20
180304155029\/https:\/\/pbs.twimg.com\/profile_background_images\/511365911190597633\/9FKCpraH.jpeg",
"profile_background_tile":false,"profile_link_color":"0084B4","profile_sidebar_border_color":"FFFFFF"
,"profile_sidebar_fill_color":"DDEEF6","profile_text_color":"333333","profile_use_background_image":t
rue,"profile_image_url":"https:\/\/web.archive.org\/web\/20180304155029\/http:\/\/pbs.twimg.com\/prof
ile_images\/666299783061962753\/MlTnF7ex_normal.jpg","profile_image_url_https":"https:\/\/web.archive
.org\/web\/20180304155029\/https:\/\/pbs.twimg.com\/profile_images\/666299783061962753\/MlTnF7ex_norm
al.jpg","profile_banner_url":"https:\/\/web.archive.org\/web\/20180304155029\/https:\/\/pbs.twimg.com
\/profile_banners\/294334147\/1445457211","default_profile":false,"default_profile_image":false,"foll
owing":null,"follow_request_sent":null,"notifications":null},"geo":null,"coordinates":null,"place":nu
ll,"contributors":null,"retweeted_status":{"created_at":"Sun Mar 04 15:34:51 +0000
2018","id":970321681645428736,"id_str":"970321681645428736","text":"La entrega del petr\u00f3leo -
Por: Rafael Ram\u00edrez Carre\u00f1o @RRamirezVE https:\/\/t.co\/vNKaF61gxC","source":"\u003ca
href=\"http:\/\/twitter.com\" rel=\"nofollow\"\u003eTwitter Web
Client\u003c\/a\u003e","truncated":false,"in_reply_to_status_id":null,"in_reply_to_status_id_str":nul
l,"in_reply_to_user_id":null,"in_reply_to_user_id_str":null,"in_reply_to_screen_name":null,"user":
{"id":106891797,"id_str":"106891797","name":"Aporrea","screen_name":"aporrea","location":"Venezuela",
"url":"https:\/\/web.archive.org\/web\/20180304155029\/https:\/\/www.aporrea.org","description":"Agen
cia alternativa de noticias y opini\u00f3n revolucionaria. Nacida el 14 de mayo de 2002. \u00a1\n15
a\u00f1os rompiendo cercos medi\u00e1ticos y fomentando el
debate!","translator_type":"none","protected":false,"verified":false,"followers_count":363249,"friend
s_count":349,"listed_count":2263,"favourites_count":156,"statuses_count":9,"created_at":"Thu Jan
21 00:38:45 +0000
2010","utc_offset":-14400,"time_zone":"Caracas","geo_enabled":false,"lang":"es","contributors_enabled
":false,"is_translator":false,"profile_background_color":"CC0000","profile_background_image_url":"htt
ps:\/\/web.archive.org\/web\/20180304155029\/http:\/\/pbs.twimg.com\/profile_background_images\/76284
6566\/e62250cceeb3e9c27db905d6bc4b5388.jpeg","profile_background_image_url_https":"https:\/\/web.arch
ive.org\/web\/20180304155029\/https:\/\/pbs.twimg.com\/profile_background_images\/762846566\/e62250cc
eeb3e9c27db905d6bc4b5388.jpeg","profile_background_tile":true,"profile_link_color":"FF0000","profile_
sidebar_border_color":"000000","profile_sidebar_fill_color":"CCCCCC","profile_text_color":"333333","p

HARVEST_RDR_000676

2018.05.29 Wayback Machine screenshot of Ramirez's Twitter profile, showing location listed as "New York, USA"

HARVEST_RDR_000677

1/16/2020                                    Rafael Ramirez (@RRamirezVE) | Twitter



OCT  **MAY**  SEP

http://www.twitter.com/rramirezve  [Go]

◀ **29** ▶

47 captures

2016  **2018**  2019

28 Aug 2015 - 15 Jan 2020

About this capture

🐦 **Home**     ⚡ **Moments**                    Search Twitter        Have an account? **Log in** ⌄



Tweets          Following      Followers     Likes
**3,202**            85            **282K**         12                      [ Follow ]

**Rafael Ramirez** ✔
@RRamirezVE                    **Tweets**   **Tweets & replies**   **Media**

Militante Revolucionario, Chavista y          📌 Pinned Tweet
Bolivariano. Lealtad!
                                              **Rafael Ramírez** ✔ @RRamirezVE · 10 Feb 2017   ⌄
📍                         Escuchar al Cmdte Chávez #LoQueChavezDijo es necesario recordarlo siempre
                                              para derrotar a la derecha que nos agrede
📅 Joined May 2011

🖼 Photos and videos                           💬 654        ⟲ 564         294

                                              **Rafael Ramírez** ✔ @RRamirezVE · 3h           ⌄
                                              Expresamos nuestro dolor por la absurda muerte de Evio Di Marzo. Todos
                                              vivimos sus canciones de trovador urbano y su calidad humana. Siempre nos
                                              acompañó en @PDVSALaEstancia haciendo lo que amaba: cantarle a la gente.
                                              Nuestro sentimiento para Sus hijos, @YordanoOficial y familia



                                              PDVSA La Estancia, Diario Panorama, Aporrea and 3 others

                                              💬 5          ⟲ 14          23

                                              ⟲ Rafael Ramírez Retweeted
                                              **Aporrea** @aporrea · 12h
                                              Rafael Ramírez: Ganó la trampa, la maniobra. El chantaje grosero y "balurdo" de

https://web.archive.org/web/20180529162803/www.twitter.com/rramirezve                                    1/8

HARVEST_RDR_000678

http://www.twitter.com/rramirezve Go
47 captures
28 Aug 2015 - 15 Jan 2020
OCT MAY SEP
29
2016 2018 2019
About this capture

**Prensa Rafael Ramírez** @RojoRojitoVE · May 28
ENTREVISTA a Rafael Ramírez para @AP_Noticias
"Maduro insiste en el mismo discurso. No asume ninguna responsabilidad" - bit.ly/2IVXaHO

2 10 7

Rafael Ramirez Retweeted
**Aporrea** @aporrea · May 27
La victoria electoral, aunque pírrica, pertenece al Chavismo. Por lo que debe asumir un Gobierno de emergencia, Patriota, capaz de reconstruir al país - Por: Rafael Ramírez Carreño @RRamirezVE

5 7 4

Rafael Ramirez Retweeted
**Aporrea** @aporrea · May 27
La danza de los demonios o el espantador de la comarca - Por: Rafael Ramírez Carreño @RRamirezVE

1/16/2020                                         Rafael Ramirez (@RRamirezVE) | Twitter



#26Mayo Mi artículo @diariopanorama y @aporrea bit.ly/2scE75A "La danza de los demonios o el Espantador de la Comarca" La victoria electoral, aunque pírrica, pertenece al Chavismo. Por lo que debe asumir un Gobierno de emergencia, Patriota, capaz de reconstruir al país

💬 34        ↻ 38        21

⇄ Rafael Ramirez Retweeted

**Aporrea** @aporrea · May 20                                           ⌄

El país ha caído en un obscurantismo, no se discute, no se debate, hay miedo a hablar, opinar, criticar; un país desconectado, aislado, del que la gente huye; reina el autoritarismo, abuso de poder, pranato, violencia ¿Por qué? - Rafael Ramírez @RRamirezVE

💬 23        ↻ 31        18

⇄ Rafael Ramirez Retweeted

**Aporrea** @aporrea · May 20                                           ⌄

El batallón sin nombre. La situación del país, es tan grave, tan compleja, en lo interno y externo, que no se puede dejar en manos del madurismo - Por: Rafael Ramírez Carreño @RRamirezVE

💬 11        ↻ 12        5

**Rafael Ramirez** ✓ @RRamirezVE · May 20                               ⌄

#20Mayo Mi artículo en @diariopanorama y @aporrea bit.ly/2wZb2PQ "EL BATALLÓN SIN NOMBRE" En 1814 un grupo de improvisados hizo perder batalla a Bolivar, quien les quitó el nombre y bandera.Hoy nada cambiará. El Pueblo tendrá que luchar y recuperar las banderas de Chávez

HARVEST_RDR_000680

http://www.twitter.com/rramirezve Go
47 captures
28 Aug 2015 - 15 Jan 2020
OCT MAY SEP
29
2016 2018 2019
About this capture

8 10 12

**Rafael Ramirez** @RRamirezVE · May 14
#Nabka70 Israel asesina a 41 Palestinos en la Franja de Gaza mientras EEUU abre embajada en Jerusalén en violación de las resoluciones de la @UN y bloqueando la solución de Dos Estados. El Consejo de Seguridad de la @UN debe actuar y detener la agresión. Viva #PalestinaLibre !

Aporrea, United Nations, Comités Patrióticos and 7 others

14 10 9

Rafael Ramirez Retweeted
**Prensa Rafael Ramírez** @RojoRojitoVE · May 13
OPINIÓN - Rafael Ramírez #DespuésDeLasElecciones

"Se promueve y prestigia a un movimiento de utilería, que pasea por el país en transportes públicos de colores de feria, mientras el pueblo se traslada amontonados en camiones" → bit.ly/2rCBjOO

http://www.twitter.com/rramirezve Go OCT MAY SEP
47 captures 29
28 Aug 2015 - 15 Jan 2020 2016 2018 2019 About this capture

Home Moments Search Twitter Have an account? Log in

Rafael Ramirez Retweeted

**Aporrea** @aporrea · May 12

Después de las elecciones. Rescatar lo mejor de nosotros. Sacarnos el tuiter del corazón, el egoísmo del alma, la revancha como razón de vida - Por: Rafael Ramírez Carreño @RRamirezVE

21 31 19

Rafael Ramirez Retweeted

**Aporrea** @aporrea · May 12

Después de las elecciones - Por: Rafael Ramírez Carreño @RRamirezVE

10 23 9

Rafael Ramirez Retweeted

**Jose Contreras** @joraf50Lnano · May 13

Replying to @RRamirezVE @diariopanorama @aporrea

Estoy de acuerdo totalmente, buen artículo.

1 7 3

Rafael Ramirez Retweeted

**Ana Elisa Osorio G.** @Anaelisaosorio · May 13

Después de las elecciones - Por: Rafael Ramírez Carreño @RRamirezVE

20 8

Rafael Ramirez Retweeted

**Ana Elisa Osorio G.** @Anaelisaosorio · May 13

@RRamirezVE Excelente articulo en Aporrea Li comparto 100%

12 18 13

Rafael Ramirez Retweeted

**Rafael Ramirez** @RRamirezVE · May 13

#13Mayo Mi artículo en @diariopanorama y @aporrea "DESPUÉS DE LAS ELECCIONES y Un Comentario sobre Conoco" bit.ly/2rCBjOO Todo quedará igual o peor después de esta campaña vacía. Avancemos con Diez puntos para

1/16/2020                                    Rafael Ramirez (@RRamirezVE) | Twitter

http://www.twitter.com/rramirezve    Go    OCT  **MAY**  SEP
47 captures                                         ◄  **29**  ►
28 Aug 2015 - 15 Jan 2020                        2016  **2018**  2019
                                                                    About this capture

🐦 Home        ⚡ Moments                    Search Twitter 🔍        Have an account? **Log in** ⌄

---

                          💬 11        ⟲ 37         15

---

⟲ **Rafael Ramirez** Retweeted

**Jacobo Mora** @jacoboemora · May 6                                    ⌄
Decreto 3.368 - Por: Rafael Ramírez Carreño @RRamirezVE

---

                          💬 1        ⟲ 6         3

---

⟲ **Rafael Ramirez** Retweeted

**Prensa Rafael Ramírez** @RojoRojitoVE · May 6                         ⌄
¿Dejaremos de tener una empresa nacional?

Opinión – Rafael Ramírez "Decreto 3.368"
→ bit.ly/2HXgrl9



OPINIÓN
**DECRETO
3.368**

POR: RAFAEL RAMÍREZ

PUBLICADO EN EL DIARIO PANORAMA
Y PORTAL APORREA

Rafael Ramirez

                          💬 6        ⟲ 22         12

---

HARVEST_RDR_000683

1/16/2020                          Rafael Ramirez (@RRamirezVE) | Twitter



http://www.twitter.com/rramirezve [Go]

OCT **MAY** SEP
◄ **29** ►
2016 **2018** 2019

47 captures
28 Aug 2015 - 15 Jan 2020                                                               About this capture

🐦 Home        ⚡ Moments                    Search Twitter 🔍           Have an account? Log in ▾

Sign up

**You may also like ·**

Refresh

**PDVSA**
@PDVSA

**Miguel Rod...**
@Rodrigue...

**Luisa Orteg...**
@lortegadiaz

**Jorge Arre...**
@jaarreaza

**Jorge Rodr...**
@jorgerpsuv

**Mga nauuso sa
Buong Mundo**

**#TuesdayThoughts**
53.3K na Tweet

**#NationalHamburgerDa
y**
4,620 na Tweet

**Dayton**
Large tornado strikes Dayton
as storms batter Ohio

**RJ Hampton**
Top NBA prospect
announces he's forgoing
college basketball for the

**MacKenzie Bezos**
MacKenzie Bezos pledges to
give at least half of her
fortune to charity

**Richie Incognito**
1,754 na Tweet

**#TheResistanceRises**
34.3K na Tweet

**#WhatMyTeachersNeve
rTaughtMe**

**#RIPHarambe**
1,615 na Tweet

**Rich Paul**
1,201 na Tweet

© 2018 Twitter    About
Help Center    Terms
Privacy policy    Cookies

HARVEST_RDR_000684

1/16/2020                                    Rafael Ramirez (@RRamirezVE) | Twitter



2018.06.13 Wayback Machine screenshot of Ramirez's Twitter profile, showing location listed as "New York, USA"

HARVEST_RDR_000686

http://www.twitter.com/rramirezve Go
47 captures
28 Aug 2015 - 15 Jan 2020
OCT JUN SEP
13
2016 2018 2019
About this capture

Tweets 3,216 | Following 85 | Followers 282K | Likes 14

Follow

## Rafael Ramirez

@RRamirezVE

Militante Revolucionario, Chavista y Bolivariano. Lealtad!

New York, USA

Joined May 2011

Photos and videos

**Tweets** | Tweets & replies | Media

Pinned Tweet

**Rafael Ramirez** @RRamirezVE · 10 Feb 2017

Escuchar al Cmdte Chávez #LoQueChavezDijo es necesario recordarlo siempre para derrotar a la derecha que nos agrede

660 569 294

Rafael Ramirez Retweeted

**Aporrea** @aporrea · Jun 11

El presidente miente cuando afirma que "nuestros expertos petroleros no previeron la caída del precio del petróleo". - Por: Rafael Ramírez @RRamirezVE

4 22 11

Rafael Ramirez Retweeted

**Aporrea** @aporrea · Jun 10

El congreso del PSUV - Por: Rafael Ramírez Carreño @RRamirezVE

3 8 10

**Rafael Ramirez** @RRamirezVE · Jun 10

#10Junio Mi artículo en @diariopanorama y @aporrea "EL CONGRESO DEL PSUV" aporrea.org/ideologia/a264… Se debe dar la discusión sobre la situación del país y el papel del PSUV. He solicitado un derecho de palabra, que cese la persecución. Volver al socialismo y el Plan de la Patria

6 16 13

Rafael Ramirez Retweeted

**Aporrea** @aporrea · Jun 9

http://www.twitter.com/rramirezve Go
47 captures
28 Aug 2015 - 15 Jan 2020
OCT JUN SEP
13
2016 2018 2019
About this capture

15 8

Rafael Ramirez Retweeted

**Aporrea** @aporrea · Jun 9

El congreso del PSUV - Por: Rafael Ramírez Carreño @RRamirezVE

6 4

Rafael Ramirez Retweeted

**Aporrea** @aporrea · Jun 4

Me costó aceptar el hecho de que éste era otro gobierno, lejos de nuestros principios e ideas - Por: Rafael Ramírez Carreño @RRamirezVE

8 29 17

Rafael Ramirez Retweeted

**Lula pelo Brasil** @LulapeloBrasil · Jun 4

31 336 837

Rafael Ramirez Retweeted

**El Jojoto** @Jojotoweb · Jun 3

@RRamirezVE : "Nadie asume sus responsabilidades, peor aún, nadie critica,

1/16/2020         Rafael Ramirez (@RRamirezVE) | Twitter



http://www.twitter.com/rramirezve   Go

47 captures
28 Aug 2015 - 15 Jan 2020

OCT **JUN** SEP
◀ **13** ▶
2016 **2018** 2019

▷ About this capture

Rafael Ramirez Retweeted

**Aporrea** @aporrea · Jun 3
Hombre en llamas - Por: Rafael Ramírez Carreño @RRamirezVE

💬 3    🔁 11    4

Rafael Ramirez Retweeted

**Yornaikel** @YornaikelG · Jun 3
Replying to @RRamirezVE @aporrea @diariopanorama

jefe como siempre mis mas amplias felicitaciones mucha admiracion jefe mucho orgullo gracias por cuidarnos desde donde esta los que lo apoyamos esperamos su regreso

💬 1    🔁 2    1

Rafael Ramirez Retweeted

**Aporrea** @aporrea · Jun 3
Rafael Ramírez: "Nadie asume sus responsabilidades, peor aún, nadie critica, discute, rectifica, por eso, nada cambiará, mientras ellos sigan al frente de la conducción del país" @RRamirezVE

💬 9    🔁 20    7

**Rafael Ramirez** ✔ @RRamirezVE · Jun 3
#3Junio Mi artículo en @aporrea y @diariopanorama "HOMBRE EN LLAMAS" aporrea.org/energia/a26428… Espero que los Chavistas presos tengan la misma suerte de los opositores presos y los banqueros. Ya no se sabe a qué le teme más el madurismo: si a la oposición violenta o al Chavismo

HARVEST_RDR_000689

http://www.twitter.com/rramirezve Go OCT JUN SEP
47 captures 13
28 Aug 2015 - 15 Jan 2020 2016 2018 2019 About this capture

18 35 20

Rafael Ramirez Retweeted

**Aporrea** @aporrea · Jun 3

Hombre en llamas - Por: Rafael Ramírez Carreño @RRamirezVE

2 3 1

**Rafael Ramirez** @RRamirezVE · Jun 1

Hombres en llamas inmolados en el altar del odio y la violencia. Fueron muchos los muertos, no importa el color. Este gobierno ignora la legalidad y el debido proceso. Alguien debe explicarle a las madres, padres e hijos. Mientras los chavistas siguen presos por razones politicas

Aporrea, PSUV, Diario Panorama and 7 others

39 57 36

**Rafael Ramirez** @RRamirezVE · May 29

Expresamos nuestro dolor por la absurda muerte de Evio Di Marzo. Todos vivimos sus canciones de trovador urbano y su calidad humana. Siempre nos acompañó en @PDVSALaEstancia haciendo lo que amaba: cantarle a la gente. Nuestro sentimiento para Sus hijos, @YordanoOficial y familia

1/16/2020  Rafael Ramirez (@RRamirezVE) | Twitter



PDVSA La Estancia, Diario Panorama, Aporrea and 3 others

💬 7    ⟲ 31    41

⟲ Rafael Ramirez Retweeted

**Aporrea** @aporrea · May 28

Rafael Ramírez: Ganó la trampa, la maniobra. El chantaje grosero y "balurdo" de manipular y engañar a los más pobres con el miserable bono de los 10 millones de bolívares @RRamirezVE

💬 25    ⟲ 19    19

⟲ Rafael Ramirez Retweeted

**Prensa Rafael Ramírez** @RojoRojitoVE · May 28

ENTREVISTA a Rafael Ramírez para @AP_Noticias

"Maduro insiste en el mismo discurso. No asume ninguna responsabilidad" - bit.ly/2IVXaHO

💬 2    ⟲ 11    7

⟲ Rafael Ramirez Retweeted

**Aporrea** @aporrea · May 27

La victoria electoral, aunque pírrica, pertenece al Chavismo. Por lo que debe asumir un Gobierno de emergencia, Patriota, capaz de reconstruir al país - Por: Rafael Ramírez Carreño @RRamirezVE

HARVEST_RDR_000691

http://www.twitter.com/rramirezve Go OCT JUN SEP 13 2016 2018 2019
47 captures
28 Aug 2015 - 15 Jan 2020
About this capture

5 11 5

Rafael Ramirez Retweeted

**Aporrea** @aporrea · May 27
La danza de los demonios o el espantador de la comarca - Por: Rafael Ramírez Carreño @RRamirezVE

6 21 16

**Rafael Ramirez** @RRamirezVE · May 27
#26Mayo Mi artículo @diariopanorama y @aporrea bit.ly/2scE75A "La danza de los demonios o el Espantador de la Comarca" La victoria electoral, aunque pírrica, pertenece al Chavismo. Por lo que debe asumir un Gobierno de emergencia, Patriota, capaz de reconstruir al país

34 39 22

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up

## You may also like · Refresh

**PDVSA**
@PDVSA

**Miguel Rod...**
@Rodrigue...

**Luisa Orteg...**
@lortegadiaz

1/16/2020                          Rafael Ramirez (@RRamirezVE) | Twitter



@jorgerpsuv

**Mga nauuso sa Buong Mundo**

#TuesdayThoughts
53.3K na Tweet

#NationalHamburgerDay
4,620 na Tweet

Dayton
Large tornado strikes Dayton as storms batter Ohio

RJ Hampton
Top NBA prospect announces he's forgoing college basketball for the

MacKenzie Bezos
MacKenzie Bezos pledges to give at least half of her fortune to charity

Richie Incognito
1,754 na Tweet

#TheResistanceRises
34.3K na Tweet

#WhatMyTeachersNeverTaughtMe

#RIPHarambe
1,615 na Tweet

Rich Paul
1,201 na Tweet

© 2018 Twitter   About
Help Center   Terms
Privacy policy   Cookies
Ads info

HARVEST_RDR_000693