# EXHIBIT 27

# Rafael Ramírez (politician): Difference between revisions

**Revision as of 22:43, 1 December 2017 (edit)**
88.0.141.153 (talk)
(Just add his second nationality Monacan, the way that he got that nationality was paying for that citizenship.)
*(Tag: Visual edit)*
← Previous edit

**Revision as of 23:16, 1 December 2017 (edit) (undo)**
Lixtor (talk | contribs)
(Parents,estimated salary as on 2008,relatives)
*(Tag: Visual edit)*
Next edit →

**Line 16:**

| nationality = [[Venezuelan]],[[Monacan]]

| otherparty = <!--For additional political affiliations-->

**Line 16:**

| nationality = [[Venezuelan]],[[Monacan]]

| otherparty = <!--For additional political affiliations-->

+ | parents = [[Rafael Darío Ramirez Coronado]],

− | residence =

+ | residence = **New York,USA**

| alma_mater = [[Central University of Venezuela]] ([[Master of Engineering|MEng]]) <br> [[University of the Andes (Venezuela)|University of Los Andes]] ([[Bachelor of Engineering|BE]])

| occupation = [[Engineer]], [[politician]],

| alma_mater = [[Central University of Venezuela]] ([[Master of Engineering|MEng]]) <br> [[University of the Andes (Venezuela)|University of Los Andes]] ([[Bachelor of Engineering|BE]])

| occupation = [[Engineer]], [[politician]],

**Line 36:**

| successor3 = [[Delcy Rodríguez]]

| president3 = [[Nicolás Maduro]]

**Line 37:**

| successor3 = [[Delcy Rodríguez]]

| president3 = [[Nicolás Maduro]]

− | relatives =

+ | relatives = **[[Diego Salazar Carreño]]**

| education =

| known_for =

| education =

| known_for =

− | salary =

+ | salary = **[[30,000 USD]] [[Last known (2008)]]**

| net_worth =

}}

| net_worth =

}}

**Line 69:**

* [http://www.venezuelanalysis.com/news.php?

**Line 70:**

* [http://www.venezuelanalysis.com/news.php?

HARVEST_RDR_000694

| | |
|---|---|
| newsno=1738 Venezuela's CITGO to Provide Cheap Gas for U.S. Hospitals, Nursing Homes and Schools] | newsno=1738 Venezuela's CITGO to Provide Cheap Gas for U.S. Hospitals, Nursing Homes and Schools] |
| * [http://www.worldenergysource.com/articles/text/carreno_WE_v8n1.cfm World Energy Magazine - Venezuela: A Factor for Energy Integration in Latin America and the Caribbean] | * [http://www.worldenergysource.com/articles/text/carreno_WE_v8n1.cfm World Energy Magazine - Venezuela: A Factor for Energy Integration in Latin America and the Caribbean] |
| | + *http://www.guia.com.ve/noti/30003/rafael-ramirez-gana-mas-de-30000-dolares-al-mes Last known salary of Rafael Ramirez |
| {{s-start}} | {{s-start}} |
| {{s-off}} | {{s-off}} |

## Revision as of 23:16, 1 December 2017

**Rafael Darío Ramírez Carreño** (born August 4, 1963, in es:Caracas, capital district) is a Venezuelan engineer, politician, and diplomat. He joined the board of Venezuelan state-owned petroleum company PDVSA in 2002 and served as company president from 2004 to 2014. He also served as Venezuela's Minister of Energy from 2002 to 2014. He was the longest-serving cabinet member under President Hugo Chávez. In 2014, he briefly served as Minister of Foreign Affairs, and then subsequently served as Venezuela's Permanent Representative to the United Nations in New York.[2] Ramirez was fired as UN representative by Venezuelan president Nicolas Maduro the evening of November 28, 2017. [3]

### Contents

Life and career
Professional career
Sanctions
See also
References
External links



**Rafael Ramírez**

Rafael Ramirez (right), February 2010

| Permanent Representative of Venezuela to the United Nations | |
|---|---|
| In office | |
| December 2014 – November 28, 2017 | |
| **Preceded by** | Samuel Moncada |
| Minister of Foreign Affairs of Venezuela | |
| In office | |
| 2 September 2014 – 25 December 2014 | |
| **President** | Nicolás Maduro |
| **Preceded by** | Elías Jaua |

## Life and career

Ramírez was appointed to lead the energy ministry in July 2002 by Venezuelan President Hugo Chávez. Ramirez had been the founding president of Venezuela's *"Enagas"*, the national regulatory agency that was set up to be responsible for establishing the national plan for natural gas production and distribution. Ramírez, a mechanical engineer by his university education, has had wide-ranging experience in the design, development, coordination, and management of engineering projects for the Venezuelan petroleum industry.

Hence, Ramírez was responsible for the design, development, and promotion of national policies for natural gas. Next, he was promoted to the status of Minister of Energy and Mines, and he faced the "oil sabotage" of late 2002 and early 2003. The Ministry of Energy and Mines became Ministry of Energy and Oil in January 2005, and became the Ministry for People's Power of Oil and Mining in 2012. On November 20, 2004, Ramírez was selected as the president of the company Petróleos de Venezuela, S.A. (PDVSA), a position that he has held concurrently with that of the Minister of Energy and Petroleum.

| | |
|---|---|
| Succeeded by | Delcy Rodríguez |
| **Personal details** ||
| Born | 4 August 1963[1] es:Caracas, capital district, Venezuela |
| Nationality | Venezuelan,Monacan |
| Political party | United Socialist Party |
| Parents | Rafael Darío Ramirez Coronado, |
| Relatives | Diego Salazar Carreño |
| Residence | New York,USA |
| Alma mater | Central University of Venezuela (MEng) University of Los Andes (BE) |
| Occupation | Engineer, politician, |
| Salary | 30,000 USD Last known (2008) |

Ramírez was moved to the post of Minister of Foreign Affairs on 2 September 2014. After a few months he was instead appointed as Permanent Representative to the United Nations on 26 December 2014. His appointment as Permanent Representative coincided with Venezuela taking a seat on the United Nations Security Council on 1 January 2015.[4] On 31 May 2017, Ramírez was elected as Chair of the Fourth Committee (Special Political and Decolonization).[1] On November 28, 2017 after weeks of differences with Venezuela's government, Ramirez was fired as Venezuela's Permanent Representative to the United Nations in New York. [3]

## Professional career

- Mechanical Engineer from Universidad de los Andes (ULA).[1]
- Master's degree in energy from Universidad Central de Venezuela (UCV).[5]

## Sanctions

The Government of Canada sanctioned Ramírez as being someone who participated in "significant acts of corruption or who have been involved in serious violations of human rights".[6][7]

## See also

- List of Ministers of Foreign Affairs of Venezuela
- List of foreign ministers in 2014

## References

1. "Rafael Darío Ramírez Carreño of Venezuela Chair of Fourth Committee" (https://www.un.org/press/en/2017/bio5031.doc.htm). *United Nations* (Press release). 25 September 2017. BIO/5031*-GA/SPD/630. Retrieved 1 October 2017.
2. "New Permanent Representative of Venezuela Presents Credentials" (https://www.un.org/press/en/2015/bio4682.doc.htm). *United Nations*. 16 January 2015.
3. "Venezuela removes U.N. representative Ramirez: sources" (https://www.reuters.com/article/us-venezuela-politics/venezuela-removes-u-n-representative-ramirez-sources-idUSKBN1DT23L). *Reuters*. 29 November 2017. Retrieved 2017-11-29.
4. Andrew Cawthorne, "Venezuela's Maduro moves foreign minister Ramirez to U.N." (https://www.reuters.com/article/2014/12/26/us-venezuela-cabinet-idUSKBN0K412820141226), Reuters, 26 December 2014.
5. "Rafael Ramírez (People's Minister for Energy & Petroleum and PDVSA President)" (http://www.pdvsa.com/index.php?tpl=interface.en/design/junta2.tpl.html&newsid_obj_id=9216&newsid_temas=77). PDVSA. Retrieved 2013-08-24.
6. "Canadá impone sanciones a Maduro, El Aissami, Adán Chávez y Argenis Chávez, entre otros funcionarios" (https://www.lapatilla.com/site/2017/11/03/canada-impone-sanciones-a-maduro-el-aissami-adan-chavez-y-argenis-chavez-entre-otros-funcionarios/). *La Patilla* (in Spanish). 3 November 2017. Retrieved 3 November 2017.
7. "¡Conócelos! Los 19 funcionarios del gobierno bolivariano sancionados de nuevo por el gobierno de Canadá (lista)" (https://www.lapatilla.com/site/2017/11/03/conocelos-los-19-funcionarios-del-gobierno-bolivariano-sancionados-de-nuevo-por-el-gobierno-de-canada-lista/). *La Patilla* (in Spanish). 3 November 2017. Retrieved 3 November 2017.

## External links

- PDVSA.com Bio (http://www.pdvsa.com/index.php?tpl=interface.en/design/junta2.tpl.html&newsid_obj_id=1926&newsid_temas=77)
- Venezuela's CITGO to Provide Cheap Gas for U.S. Hospitals, Nursing Homes and Schools (http://www.venezuelanalysis.com/news.php?newsno=1738)
- World Energy Magazine - Venezuela: A Factor for Energy Integration in Latin America and the Caribbean (http://www.worldenergysource.com/articles/text/carreno_WE_v8n1.cfm)
- http://www.guia.com.ve/noti/30003/rafael-ramirez-gana-mas-de-30000-dolares-al-mes Last known salary of Rafael Ramirez

| Political offices | | |
|---|---|---|
| Preceded by<br>Elías Jaua | 188th **Minister of Foreign Affairs of Venezuela**<br>2 September 2014 - 25 December 2014 | Succeeded by<br>Delcy Rodríguez |

Retrieved from "https://en.wikipedia.org/w/index.php?title=Rafael_Ramírez_(politician)&oldid=813128276"

This version of the page has been revised. Besides normal editing, the reason for revision may have been that this version contains factual inaccuracies, vandalism, or material not compatible with the Creative Commons Attribution-ShareAlike License.