# EXHIBIT 28

# People Search *Now* (/)

PeopleSearchNow (https://www.peoplesearchnow.com) /

## 1 Result found for

### Rafael Dario Ramirez

View All Info (/Name

**Approximate Age:** 56

**Current Address:** 16 E 81st St; New York, NY 10028-0201 (/address/16-e-81st-st_new-york-ny)

**Related to:** Beatrice Daniel Ramirez (/name/beatrice-ramirez/U4cjNxMjMyAjMwYDM5ETMzkTNz0yR)

**Spam/Fraud Potential:** Safe

Is _____ a Safe Caller? ⓘ What is this?

  Safe        ⚠ Spam/Fraud

---

Search Results fo _____
Paid Results Sponsored by **BeenVerified.com**

Search Full Name of the owner for _____

[ VIEW RECORDS ]

Search Current Address of the owner for _____

[ VIEW RECORDS ]

Search Email Address of the owner for _____

[ VIEW RECORDS ]

Search Social Profiles of the owner for _____

[ VIEW RECORDS ]

---

Search Results fo _____
Paid Results Sponsored by **PeopleLooker.com**

Search Full Name of the owner for _____

# People Search *Now* (/)

VIEW RECORDS

Search Current Address of the owner for ▮▮▮▮▮▮▮

VIEW RECORDS

Search Email Address of the owner for ▮▮▮▮▮▮▮

VIEW RECORDS

Search Social Profiles of the owner for ▮▮▮▮▮▮▮

VIEW RECORDS

---

Search Results for ▮▮▮▮▮▮▮
Paid Results Sponsored by **TruthFinder.com**

Search Full Name of the owner for ▮▮▮▮▮▮▮

VIEW RECORDS

Search Current Address of the owner for ▮▮▮▮▮▮▮

VIEW RECORDS

Search Email Address of the owner for ▮▮▮▮▮▮▮

VIEW RECORDS

Search Social Profiles of the owner for ▮▮▮▮▮▮▮

VIEW RECORDS

---

PeopleSearchNow.com helps you find people in the United States. We are not a consumer reporting agency, as defined by the Fair Credit Reporting Act (FCRA) (https://www.ftc.gov/tips-advice/business-center/privacy-and-security/credit-reporting). This site cannot be used for employment, credit or tenant screening, or any related purpose. To learn more, please visit our Terms of Service (/terms) and Privacy Policy (/privacy).

People: (/names)　A (/a)　B (/b)　C (/c)　D (/d)　E (/e)　F (/f)　G (/g)　H (/h)　I (/i)　J (/j)　K (/k)　L (/l)
M (/m)　N (/n)　O (/o)　P (/p)　Q (/q)　R (/r)　S (/s)　T (/t)　U (/u)　V (/v)　W (/w)　X (/x)　Y (/y)　Z (/z)

Phone: (/phone)　1 (/phone)　2 (/2xx-area-code)　3 (/3xx-area-code)　4 (/4xx-area-code)　5 (/5xx-area-code)　6 (/6xx-area-code)　7 (/7xx-area-code)　8 (/8xx-area-code)　9 (/9xx-area-code)　0 (/phone)

Home (/)　About us (/about)　Privacy (/privacy)　Terms (/terms)　Opt Out (/opt-out)　Contact us (/contact)
Help (/help)　Phone Directory (/phone)

copyright 2004-2019 www.peoplesearchnow.com

www.peoplesearchnow.com/phone/▮▮▮▮▮▮▮　　　　　　　　　　　　　　　　　2/3

HARVEST_RDR_000661