# EXHIBIT 29

# CREDIT HEADER

**Source Information**

| | |
|---|---|
| **Information Current Through:** | 11/01/2019 |
| **Database Last Updated:** | 11/25/2019 |
| **Update Frequency:** | MONTHLY |
| **Current Date:** | 12/06/2019 |
| **Source:** | EXPERIAN CREDIT HEADER |

**Individual Information**

| | |
|---|---|
| **Name:** | RAMIREZ, RAFAEL DARIO |
| **Best SSN:** | |
| **Date of Birth:** | |
| **Gender:** | MALE |
| **On File Since:** | 08/10/2016 |

**Last Known Address Information**

| | |
|---|---|
| **1 Address:** | 16 81ST ST E<br>NEW YORK, NY 10028-0201 |
| **Address First Reported:** | 08/10/2016 |
| **Address Last Reported:** | 08/10/2016 |

*Thomson Reuters Legal is not a consumer reporting agency and none of its services or the data contained therein constitute a 'consumer report' as such term is defined in the Federal Fair Credit Reporting Act (FCRA), 15 U.S.C. sec. 1681 et seq. The data provided to you may not be used as a factor in consumer debt collection decisioning, establishing a consumer's eligibility for credit, insurance, employment, government benefits, or housing, or for any other purpose authorized under the FCRA. By accessing one of our services, you agree not to use the service or data for any purpose authorized under the FCRA or in relation to taking an adverse action relating to a consumer application.*

**End of Document**                              © 2019 Thomson Reuters. No claim to original U.S. Government Works.

# CREDIT HEADER

**Source Information**

| | |
|---|---|
| **Information Current Through:** | 11/27/2019 |
| **Database Last Updated:** | 12/02/2019 |
| **Update Frequency:** | MONTHLY |
| **Current Date:** | 12/06/2019 |
| **Source:** | EQUIFAX CREDIT HEADER |

**Individual Information**

| | |
|---|---|
| **Name:** | RAMIREZ CARRENO, RAFAEL |
| **Birthday:** | |

**Last Known Address Information**

| | |
|---|---|
| **Current Address:** | 16 E 81ST ST<br>NEW YORK, NY 10028 |
| **Address On File Since:** | 06/2015 |

*Thomson Reuters Legal is not a consumer reporting agency and none of its services or the data contained therein constitute a 'consumer report' as such term is defined in the Federal Fair Credit Reporting Act (FCRA), 15 U.S.C. sec. 1681 et seq. The data provided to you may not be used as a factor in consumer debt collection decisioning, establishing a consumer's eligibility for credit, insurance, employment, government benefits, or housing, or for any other purpose authorized under the FCRA. By accessing one of our services, you agree not to use the service or data for any purpose authorized under the FCRA or in relation to taking an adverse action relating to a consumer application.*

**End of Document** © 2019 Thomson Reuters. No claim to original U.S. Government Works.

## CREDIT HEADER

**Source Information**

| | |
|---|---|
| **Information Current Through:** | 11/27/2019 |
| **Database Last Updated:** | 12/02/2019 |
| **Update Frequency:** | MONTHLY |
| **Current Date:** | 12/06/2019 |
| **Source:** | EQUIFAX CREDIT HEADER |

**Individual Information**

| | |
|---|---|
| **Name:** | CARRENO, R RAMIREZ |
| **Also Known As:** | CARRENO, RAFAEL D |

**Last Known Address Information**

| | |
|---|---|
| **Current Address:** | 16 E 81ST ST<br>NEW YORK, NY 10028 |
| **Address On File Since:** | 06/2015 |

*Thomson Reuters Legal is not a consumer reporting agency and none of its services or the data contained therein constitute a 'consumer report' as such term is defined in the Federal Fair Credit Reporting Act (FCRA), 15 U.S.C. sec. 1681 et seq. The data provided to you may not be used as a factor in consumer debt collection decisioning, establishing a consumer's eligibility for credit, insurance, employment, government benefits, or housing, or for any other purpose authorized under the FCRA. By accessing one of our services, you agree not to use the service or data for any purpose authorized under the FCRA or in relation to taking an adverse action relating to a consumer application.*

**End of Document**    © 2019 Thomson Reuters. No claim to original U.S. Government Works.

CONFIDENTIAL    HARVEST_RDR_000645