# EXHIBIT 30

## Utility Record

### Source Information

| | |
|---|---|
| **Information Current Through:** | 12/06/2019 |
| **Database Last Updated:** | 12/06/2019 |
| **Update Frequency:** | DAILY |
| **Current Date:** | 12/06/2019 |
| **Source:** | EQUIFAX |

### Address Information

| | |
|---|---|
| **Service Address:** | 16 81ST ST E<br>NEW YORK, NY 10028-0201 |
| **Billing Address:** | 16 81ST ST E<br>NEW YORK, NY 10028-0201 |

### Individual Information

| | |
|---|---|
| **Name:** | BEATRICE SANSO |
| **SSN:** | |
| **Service Type:** | CONVENIENCE |
| **Connect Date:** | 04/19/2018 |
| **Reported Date:** | 10/15/2015 |

*Thomson Reuters Legal is not a consumer reporting agency and none of its services or the data contained therein constitute a 'consumer report' as such term is defined in the Federal Fair Credit Reporting Act (FCRA), 15 U.S.C. sec. 1681 et seq. The data provided to you may not be used as a factor in consumer debt collection decisioning, establishing a consumer's eligibility for credit, insurance, employment, government benefits, or housing, or for any other purpose authorized under the FCRA. By accessing one of our services, you agree not to use the service or data for any purpose authorized under the FCRA or in relation to taking an adverse action relating to a consumer application.*

**End of Document** © 2019 Thomson Reuters. No claim to original U.S. Government Works.

CONFIDENTIAL                                                                HARVEST_RDR_000641

Home > Data Sets > Utility Listing

# Utility Filing

This data set currently contains over 400 million nationwide names, addresses, and service information obtained from more than 80 national and regional telephone (wireless and landline), cable, satellite, gas and electric and water utility companies. These utility records provide subject information that may not be found from consumer bureau sources.

Data is collected on a contributory basis with a focus on the top 50 utility companies. Available history includes up to 5 years.

There are three categories of utility service types on Utility records:

1. **Infrastructure**: Coal, Electric, Gas, Oil, Propane Gas, Water.
2. **Convenience**: Paging, Long Distance Phone, Local Phone, PCS, Cellular Phone, Line Leasing, Internet, Satellite, Paid TV, Cable Equipment.
3. **Miscellaneous**: Utility types not categorized under type 1 or type 2.

## Coverage

All 50 states and the District of Columbia, Puerto Rico, Guam and the U.S. Virgin Islands

## Updated Frequency

Daily

## See Also

Public Record People Data Source

Public Record Phones Data Source

CONFIDENTIAL                                                                                                              HARVEST_RDR_000642