# EXHIBIT 32

## 2018.03.27 Call Log showing D. Ball call to R. Ramirez



905111.1

HARVEST_RDR_000007