# EXHIBIT 33

## 2018.03.27 D. Ball Text Messages to R. Ramirez



> Mr. Ramirez:
> My name is Dane Ball, and I am one of the lawyers representing Harvest Natural Resources in its U.S. lawsuit against you. I am reaching out because you have not answered the lawsuit in court, nor has an attorney made an appearance on your behalf. I'd like to speak with you -- or if you have a lawyer on this matter, would like to speak with your lawyer. I'd simply like to know, at this point, if you will be answering the lawsuit in court. Happy to speak with you further, about this or the case generally, by phone or text or email. Again, if you have a lawyer I should talk to instead, please advise. Thank you for your prompt

905115.1



> have not answered the lawsuit in court, nor has an attorney made an appearance on your behalf. I'd like to speak with you -- or if you have a lawyer on this matter, would like to speak with your lawyer. I'd simply like to know, at this point, if you will be answering the lawsuit in court. Happy to speak with you further, about this or the case generally, by phone or text or email. Again, if you have a lawyer I should talk to instead, please advise. Thank you for your prompt response.
> Best,
> Dane Ball
> SKV
> Partner
> 713-221-2334 or
> 713-594-9989

905115.1

HARVEST_RDR_000009