# EXHIBIT 35

Screenshot of https://alnavio.com/noticia/19998/rafael-ramirez-le-reclama-a-la-hija-preferida-de-chavez-como-puede-estar-subordinada-a-los-malandros-de-maduro-i.html, taken December 19, 2010

ACTUALIDAD, NOTICIAS DE VENEZUELA, VENEZUELA

# Rafael Ramírez le reclama a la hija preferida de Chávez cómo puede estar subordinada a los malandros de Maduro (I)

Por David Placer        Viernes 29 de noviembre de 2019, 16:00h

David Placer (ALN).- El exzar de PDVSA, el administrador de la riqueza petrolera del país durante 12 años, habla desde el exilio, desde un lugar desconocido. En esta entrevista exclusiva para el diario ALnavío, Ramírez le envía un mensaje a María Gabriela Chávez, aliada y amiga. La entrevista con Rafael Ramírez será publicada en entregas en las que destapa lo que piensa de Diosdado Cabello, de Nicolás Maduro, cómo el régimen madurista recuperó a los castigados por Hugo Chávez (como Delcy Rodríguez), cómo su primo Diego Salazar terminó siendo extorsionado y robado por los altos militares y cómo la casta de los bolichicos presidida por Alejandro Betancourt ha ido escalando en las cimas del poder no sólo en Venezuela sino también en el entorno de Donald Trump.



Ramírez: "No entiendo que estén subordinados a estos malandros" / Foto: @ONUVENueva York

HARVEST_RDR_000650

# Rafael Ramírez Knocks How Chávez's Favorite Daughter Could be Subservient to Maduro's Hooligans (I)

**BY DAVID PLACER**
MORE ARTICLES BY THIS AUTHOR

FRIDAY, NOVEMBER 29, 2019, 4:00 P.M.

David Placer (ALN).- The former PDVSA czar, who managed the country's oil reserves for 12 years, discusses his exile from an unknown location. In this exclusive interview with the newspaper ALnavío, Ramírez is sending a message to María Gabriela Chávez, his ally and friend. The interview with Rafael Ramírez will be published in parts and will reveal how he feels about Diosdado Cabello, Nicolás Maduro, how Maduro's regime rescued those who had been punished by Hugo Chávez (like Delcy Rodríguez), how his cousin Diego Salazar ended up being extorted and robbed by high-ranking members of the military and how a breed of boliboys, led by Alejandro Betancourt, has been rising to the apex of power not only in Venezuela but also within Donald Trump's inner circles.



Ramírez: "I don't get how they can be subservient to those hooligans" / Photo: @ONUVENueva York

**Rafael Ramírez**, ousted from power by **Nicolás Maduro** and who is now living on horseback among "several European countries," also defends his oil management and

the benefits that, as he explains, were infused into **Venezuela's** social works during the 12 years he headed **Petróleos de Venezuela**. He avoids any responsibility in cases of corruption, assigns blame to his board of directors, but, above all, defends the oil boom era at the end of the previous decade. Sometimes, like his late boss, he too can present himself as broker of miracles.

In this part, Ramirez has agreed to talk about his friend, **María Gabriela Chávez**. The late ex-president's beloved daughter had a close and admirable relationship that Ramirez still cherishes, judging by the delicacy of his answers. "María Gabriela has always been attacked and subject to a lot of hatred. It's terrible."

Rafael Ramírez acknowledges that each day he has worked to put an end to **Nicolás Maduro's** government. It his daily obsession, which he balances with the writing of his next book that is still untitled and that he still doesn't know if it will be sold on Amazon or in bookstores.

And part of this work, of this tireless struggle, also consists of speaking to the dissenters of Chavism who still find themselves under the regime's directives or who remain silent, like María Gabriela Chávez.

**Does María Gabriela Chávez belong to that segment that is critical of Chavism?**

-You would have to ask her. If I speak for María Gabriela or for **Adán Chávez,** I might make a mistake. Everyone has to assume their role in history. I assume mine. When I told Maduro that I wanted to go back to Venezuela, because I believed things were really bad, because I had to help, especially the oil industry, he told me no, that I couldn't return. I was presented with the opportunity to go to **Geneva** because of the human rights issue. These people told me that I had to go there, and that the city had a small lake--a stream. That's not for me. When Chávez called me to be the minister of oil, I had been working in the oil industry for 24 years as an engineer. I had never been in politics. Just as they now have their position, I have mine. Everyone must assume their responsibility. I think we need to move on from Maduro. I think many mistakes were made and I think things need to get straightened out. But I also think that history will remember who said something and who didn't. Nobody here can go unscathed. History will not allow anyone to go unscathed.

**Are you sending a message to the Chavezes?**

- I have told them all. I have told people I respect deeply: I don't get how they are subservient to those hooligans. I don't get it.

**Where does María Gabriela Chávez live now?**

- I think she's in Venezuela like all the president's other children. I hope she's okay. I hope she's doing well.



# TRANSLATION CERTIFICATION

Date: December 11, 2019

To whom it may concern:

This is to certify that the attached translation is an accurate representation of the documents received by this office. The translation was completed from:

- Spanish

To:

- English

The documents are designated as:

- Article - Rafael Ramírez Knocks How Chávez's Favorite Daughter Could be Subservient to Maduro's Hooligans (I)

Eugene Li, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

_____
Signature of Eugene Li

Global Solutions. Local Expertise.

HARVEST_RDR_000653