# EXHIBIT 39

CONFIDENTIAL INFORMATION                          SUBJECT TO PROTECTIVE ORDER

| | |
|---|---|
| **From:** | Stelling, Donald <DonaldStelling@chevron.com> |
| **Sent:** | Saturday, July 16, 2011 6:57 PM |
| **To:** | Bates, James <James.Bates@chevron.com>; Callaghan, Michael (mcal) <mcal@chevron.com>; Garcia, Juan Jose [Contractor] <gjju@chevron.com>; Turner, Chris (CTurner) <CTurner@chevron.com> |
| **Cc:** | Saettone, Matias(stts) <MSaettone@chevron.com>; jjgarcia_2003@yahoo.com |
| **Subject:** | Re: WPT |

Thanks - this is very important.

Don Stelling
Managing Director Latin America
Mobile +925-997-0507
Email: donaldstelling@chevron.com

---

**From**: Bates, James
**Sent**: Saturday, July 16, 2011 05:03 PM
**To**: Callaghan, Michael (mcal); Garcia, Juan Jose [Contractor]; Stelling, Donald; Turner, Chris (CTurner)
**Cc**: Saettone, Matias(stts); Juan jose Garcia <jjgarcia_2003@yahoo.com>
**Subject**: RE: WPT

I would send Matias to the meeting, as he has been working with Domingo, and knows the economics.. While this will be a recall from his vacation, it is important, and I will manage it. Just need to get confirmation of the meeting to arrange his travel.

**James Bates**
**Petroindependencia (Carabobo) Project Director**
**Chevron Latin American Business Unit**
1500 Louisiana St., Room 37106
Houston, TX 77002-7308, USA
☎ (Office) 832-854-5944
☎ (Mobil) 713-876-4866
☎ (Fax) Â Â Â 832-854-7932
mailto:jcba@chevron.com

*La informaciÃ³n contenida o adjunta a este e-mail (el "mensaje") es confidencial y restringida. Si usted no es el destinatario del mismo, debe saber que cualquier utilizaciÃ³n, divulgaciÃ³n, reproducciÃ³n y distribuciÃ³n, total o parcial, de la misma estÃ¡ estrictamente prohibida. Si ha recibido este mensaje por error, le rogamos nos lo comunique inmediatamente, devolviÃ©ndonos el mensaje, y proceda por favor a la destrucciÃ³n inmediata del original.*
-----------------------------------------------------------------
*This message and any attachments (the "message") are intended solely for the addressees and are restricted and confidential. If you receive this message by mistake, please delete it and immediately notify the sender. Any use not in accord with its purpose, any dissemination or disclosure, either whole or partial, is prohibited.*

---

**From:** Callaghan, Michael (mcal)
**Sent:** Friday, July 15, 2011 10:24 AM
**To:** Garcia, Juan Jose [Contractor]; Stelling, Donald; Bates, James; Turner, Chris (CTurner)
**Cc:** Saettone, Matias(stts); Juan jose Garcia
**Subject:** RE: WPT

I plan to attend Wednesday with JJ; I shall not fly on the second phase of the BP reviews.

JJGM062804

CONFIDENTIAL - ATTORNEY'S EYES ONLY                                HARVEST_RDR_000637

CONFIDENTIAL INFORMATION                                                              SUBJECT TO PROTECTIVE ORDER

Legal is likely to be represented also. I strongly suggest somebody from Carabobo also be there.

Mike

---

**From:** Garcia, Juan Jose [Contractor]
**Sent:** Friday, July 15, 2011 10:03 AM
**To:** Stelling, Donald; Bates, James; Callaghan, Michael (mcal); Turner, Chris (CTurner)
**Cc:** Saettone, Matias(stts); Juan jose Garcia
**Subject:** WPT

All,

Yesterday I looked at a slide prepared by the Ministry on the WPT and frankly it does not looked good to me (I'll try to reproduce it and send it out to you later) the point is that Ministry is waiting for a Domingo Garcia (DG) final input from the economic evaluation (IRR) standpoint on this tax to issued the Resolution. I today learned that DG was in Caracas already and call him to asked to meet us on these subject immediately, he told me next Wednesday 8:30 am we'll have the chance to explain our views on the subject.

On the things that I did not like from the slide is that there is the understanding that the impact of this new law is marginal and couple of slides have been put together to this respect, in my opinion they do not capture the real effects of the Law in particular projects (more like the 3rd slide from Floyd Johnson), again I'll try to reproduce the main slide.

Given the importance of this meeting I advice we show up with senior members of management and the necessary information to leave our formal saying with DG, I have spoken to him to have the Ministry on hold until he can be also heard.

JJ

CONFIDENTIAL - ATTORNEY'S EYES ONLY

JJGM062805
HARVEST_RDR_000638