# EXHIBIT 40

**CONFIDENTIAL INFORMATION**                                          **SUBJECT TO PROTECTIVE ORDER**

**From:** Moshiri, Alireza (AMOS) <AMOS@chevron.com>
**Sent:** Wednesday, April 13, 2011 12:59 PM
**To:** Juan jose Garcia <jjgarcia_2003@yahoo.com>
**Subject:** RE: JJ Garcia

JJ, thanks for the info. I am not too worry about selling of the PR to others at this point. It will be a difficult transaction for PDVSA.

**From:** Juan jose Garcia [mailto:jjgarcia_2003@yahoo.com]
**Sent:** Monday, April 11, 2011 12:39 PM
**To:** Moshiri, Alireza (AMOS)
**Subject:** JJ Garcia

Jefe, tried to call yesterday and today with no luck, I have 100% confirm the signature of an open MOU between PDVSA and a Hong Kong based Chinese company tu negociate 10% of Petropiar in exchange for a large housing project the Chinese would put up this year and the mid 2012.

The reason for Ameriven is cuase is the only one that has no arbitratio issues (Petrozuata, Cerro Negro) and the Chinese Company want a steading flow of funds they aren't intereted in acreage at faja for developing. Our option are no close but we need to talk to Eulogio soon if we want to get in, CVX does not have a right of first refusal but there are other proposal that might work (i.e. let Petropiar extend to Ayacucho 8 and re satrt the clock in the process which is behind schedule they would end up with 3% CVX with 37% and PDVSA with 69% in this case, or simply out bid the Chinese, many other option cuold be evaluated.

Wanted to be the first to inform you but Wes is keepig a close eye on what I do with Houston, I have already told him and he advice not to talk to you he promised to do it himself, before any meeting with Eulogio.

Regards, JJ

+58 412 253 9819

JJGM000622

**CONFIDENTIAL - ATTORNEY'S EYES ONLY**                               HARVEST_RDR_000538