# EXHIBIT 41

CONFIDENTIAL INFORMATION    SUBJECT TO PROTECTIVE ORDER

| | |
|---|---|
| **From:** | Moshiri, Alireza (AMOS) <AMOS@chevron.com> |
| **Sent:** | Friday, November 12, 2010 5:59 PM |
| **To:** | jjgarcia_2003@yahoo.com |
| **Subject:** | RE: Venezuela |

JJ, thanks for the note. If you need to talk to me, do not hesitate to call me on my cell or send me your cell number so I can call you.

-----Original Message-----
From: jjgarcia_2003@yahoo.com [mailto:jjgarcia_2003@yahoo.com]
Sent: Friday, November 12, 2010 8:29 AM
To: Moshiri, Alireza (AMOS)
Subject: Venezuela

Jefe, l need to talk to you l' concern about some important issues I'm hearing from my intelligence that may not be read appropiattelly. Hope you come o Vzla soon to expand. JJ
Enviado desde mi dispositivo movil BlackBerry(r) de Digitel.

JJGM000638
CONFIDENTIAL - ATTORNEY'S EYES ONLY    HARVEST_RDR_000539