# EXHIBIT 42

CONFIDENTIAL INFORMATION                                                                 SUBJECT TO PROTECTIVE ORDER

| | |
|---|---|
| **From:** | Moshiri, Alireza (AMOS) <AMOS@chevron.com> |
| **Sent:** | Wednesday, February 24, 2016 1:58 PM |
| **To:** | 'JJ Garcia' <jjgarcia_2003@yahoo.com> |
| **Subject:** | RE: JJ Garcia |

We need to be patient. We be glad to follow. It is all about investment and funding. Price of LNG today is between 4 to 5$.

-----Original Message-----
From: JJ Garcia [mailto:jjgarcia_2003@yahoo.com]
Sent: Tuesday, February 23, 2016 5:38 PM
To: Moshiri, Alireza (AMOS)
Subject: [**EXTERNAL**] JJ Garcia

Ali,

I have, and soon Geoff will, ( just been called by the Ministry)  be subject of pressure on Plataforma Deltana, in these hurrying times we have managed to capture a lot of CVX primary objectives for the long haul, but there's the sense that things are short live here and that "announcements" are politically important, tomorrow Vice Minister and may be President Maduro will travel to T&T where they basically will explain our own necessities for and project commercial needs, which I firmly believe we have (despite the lawyers) captured.

But the end game as I see it. Is to corner us into the impossible position of "you don't have any more excuses" to move forward. Even understanding that there will be a lot of paper/legal work needed before we even present technical or otherwise proposals, they want and desperately required advance. As I see them, and as you know I call'em as I see them, we are heading to a train reck, but opportunity also present.

Politics at it best down here, boss

JJ

Enviado desde mi iPad

JJGM000690
HARVEST_RDR_000542

CONFIDENTIAL - ATTORNEY'S EYES ONLY