# EXHIBIT 43

CONFIDENTIAL INFORMATION                                    SUBJECT TO PROTECTIVE ORDER

| | |
|---|---|
| **From:** | Moshiri, Alireza (AMOS) <AMOS@chevron.com> |
| **Sent:** | Thursday, October 15, 2015 9:54 AM |
| **To:** | 'JJ Garcia' <jjgarcia_2003@yahoo.com> |
| **Subject:** | RE: Update |

Thanks JJ.

-----Original Message-----
From: JJ Garcia [mailto:jjgarcia_2003@yahoo.com]
Sent: Thursday, October 15, 2015 9:13 AM
To: Moshiri, Alireza (AMOS)
Subject: [**EXTERNAL**] Update

Chief I have obtained the CVX Qualification as Preferred Importer in country, both PB and now PP will enjoy this status. This will no only produce a lot of cash as we'll pay duties on the 6,3 as opposed to the 215 rate, but it will expedite our TSA payments. Major accomplishment worked with AG for long time.

I have also to report that I've been in touch with all important prospective people as per our chat last time. CVX is protected in any scenario, probably posed to a better role.

Hope to talk to you and report on liaison progress soon,

JJ

Enviado desde mi iPad

JJGM000692
HARVEST_RDR_000543
CONFIDENTIAL - ATTORNEY'S EYES ONLY