# EXHIBIT 44

CONFIDENTIAL INFORMATION                                             SUBJECT TO PROTECTIVE ORDER

| | |
|---|---|
| **From:** | Moshiri, Alireza (AMOS) <AMOS@chevron.com> |
| **Sent:** | Tuesday, October 4, 2016 7:23 PM |
| **To:** | JJ Garcia <jjgarcia_2003@yahoo.com> |
| **Subject:** | Re: Fwd: JJ |

Call me.

Sent from my iPhone

On Oct 4, 2016, at 6:09 PM, JJ Garcia <jjgarcia_2003@yahoo.com<mailto:jjgarcia_2003@yahoo.com>> wrote:

My real comment to Geoff 2 days before he met Orlando, was be prepared for a "turn on the table" if you don't like the contract, be mindful that Orlando and Eulogio are prepared to turn the table on you, so don't f@ck yourself up.

But my informal contact with Orlando was good enough to not allow this if Geoff listened to me, I can do so much but can't control cowboys jefe.

I'll call

JJ

Enviado desde mi iPad

Inicio del mensaje reenviado:

De: JJ Garcia <jjgarcia_2003@yahoo.com<mailto:jjgarcia_2003@yahoo.com>>
Fecha: 4 de octubre de 2016, 7:52:31 GMT-4
Para: "Moshiri, Alireza (AMOS)" <AMOS@chevron.com<mailto:AMOS@chevron.com>>
Asunto: Re: JJ

Same I told to Geoff.

JJ

Enviado desde mi iPad

El 4 oct 2016, a las 3:18, Moshiri, Alireza (AMOS) <AMOS@chevron.com<mailto:AMOS@chevron.com>> escribió:

JJ, on PI, just make sure that we do not mislead them on financing, etc. I express my concern to Geoff. If we do not like the contract, tell them but if we offer solution, make sure is pragmatic and doable.

Sent from my iPhone

On Oct 4, 2016, at 12:06 AM, JJ Garcia <jjgarcia_2003@yahoo.com<mailto:jjgarcia_2003@yahoo.com>> wrote:

Still useful......

1.- No chance of taxes to be calculated at Dicom rate. Orlando asked me help to convey this to AVHI and all players, as presumed PDVSA would be the first and foremost levied with this tax calculation. Emir Manrique was instructed by Orlando to cancel any actions towards this and again ask for help trying to mitigate the noise it could have cause.

2.- In the PI contract I told him that before having any details on the contractual conditions we had we where concerned the simple majority approval was a deal breaker for any partner B and that we where starting with the wrong foot again he understands but complains about little progress.

He was convinced that we wanted the best of terms for both partners and remained open to any other option that could be presented, my feel is that if we push hard enough we can get away without this contract but only if we present a firm commitment to replace it.

On this I have the feeling that not all has been said.

3. Spoke about PD progress (same tune EdP not happy) I covered the differences between Perla and PD and the recent progress made.

CONFIDENTIAL - ATTORNEY'S EYES ONLY

JJGM000698
HARVEST_RDR_000544

CONFIDENTIAL INFORMATION                          SUBJECT TO PROTECTIVE ORDER

I told him that the inclusion of liquids was a real good demonstration of their commitment. Despite the relative small amounts compared to Perla.

Geoff I'll will download other details in person, but feel your meeting should work ok for us.

If you agree Flemming and I will work to aid to ease the noise on the Tax issue at AVHI tomorrow.

JJ


Enviado desde mi iPad

CONFIDENTIAL - ATTORNEY'S EYES ONLY                JJGM000699
                                                   HARVEST_RDR_000545