# EXHIBIT 45

CONFIDENTIAL INFORMATION                                    SUBJECT TO PROTECTIVE ORDER

| | |
|---|---|
| **From:** | Juan Jose Garcia <jjgarcia_2003@yahoo.com> |
| **Sent:** | Tuesday, January 9, 2018 6:55 PM |
| **To:** | Alireza Moshiri <amos@chevron.com> |
| **Subject:** | JJ Garcia |
| **Attach:** | Blast Presentation English 2018 HN (1).pptx |

Boss, hope this note finds you well! Chief I was thinking that maybe you could help me set up a couple of meetings/companies with refinery outfits around the Houston area ore even Louisiana. As I have told you we have have wonderful results with the Descales (Blast ATFM) at Petropiar and can't do more due to country fundamentals. We together with our Mexican Partner Schemensal have develop the sufficient Now How  to tap the American market. Thus our Mexican Partners and I are trying to set up a road show with our value proposal for early this year.

If we could assist me in the arrangement 2 or more meetings with technical people that are responsible for equipment maintenance it would be all we need to start with the right foot. Our people are all PhDs and long time Chemical Engineers that I'm sure together with the product would not let you (or anyone) down.

I'm attaching a presentation in English to better guide the matter in proper circles.

Again hoping all is well I remain yours,

JJ

JJGM002747

CONFIDENTIAL - ATTORNEY'S EYES ONLY                        HARVEST_RDR_000555