# EXHIBIT 46

CONFIDENTIAL INFORMATION                                                                 SUBJECT TO PROTECTIVE ORDER

**From:** Moshiri, Alireza (AMOS) <AMOS@chevron.com>
**Sent:** Friday, February 18, 2011 10:50 AM
**To:** Juan jose Garcia <jjgarcia_2003@yahoo.com>
**Subject:** RE: JJ

JJ, thanks for the note. We need to be very careful about how we push for lifting while our investment is low. It will back fire on us sooner or later.

Matt and Greta are happy , Misi and I are in heaven.

**From:** Juan jose Garcia [mailto:jjgarcia_2003@yahoo.com]
**Sent:** Friday, February 18, 2011 6:53 AM
**To:** Moshiri, Alireza (AMOS)
**Subject:** Re: JJ

Jefe yesterday after a long push I got Domingo Garcia to talk to Eulogio to sign all documents Petroboscan Lifting Agreement, MOU and letter to Rafael.

Needless to say that the lifting agreement signed as good as it may be for us it will be a thorn in the shoes of PDVSA trying to finance PB as potential lender will question why in hell they had to bring this ¨lighter¨ contract in place and did not honor the contractual terms approved by the National Assembly (that is timely payment from PDVSA).

Jefe more important I forgot to congratulate u on your first grandson, already asked Missi the most important question: How big is he endow she responded martly; Moshiris' size JJ  Jejejeje

JJ

--- On **Thu, 2/17/11, Moshiri, Alireza (AMOS)** <*AMOS@chevron.com*> wrote:

> From: Moshiri, Alireza (AMOS) <AMOS@chevron.com>
> Subject: Re: JJ
> To: jjgarcia_2003@yahoo.com
> Date: Thursday, February 17, 2011, 10:16 AM
>
> Call me
>
> **From**: Juan jose Garcia [mailto:jjgarcia_2003@yahoo.com]
> **Sent**: Thursday, February 17, 2011 07:37 AM
> **To**: Moshiri, Alireza (AMOS)
> **Subject**: JJ
>
> Jefe,
>
> when are we going to talk (briefly), abrazo J

JJGM000644
CONFIDENTIAL - ATTORNEY'S EYES ONLY                                                     HARVEST_RDR_000540