# EXHIBIT 47

CONFIDENTIAL INFORMATION                                           SUBJECT TO PROTECTIVE ORDER

| | |
|---|---|
| **From:** | Moshiri, Alireza (AMOS) <AMOS@chevron.com> |
| **Sent:** | Friday, January 8, 2016 11:46 AM |
| **To:** | 'Juan Jose Garcia' <jjgarcia_2003@yahoo.com> |
| **Subject:** | RE: Re: Maduro's Announcements |

Call me this afternoon. I will be meeting with Grisanti.

**From:** Juan Jose Garcia [mailto:jjgarcia_2003@yahoo.com]
**Sent:** Friday, January 08, 2016 5:47 AM
**To:** Moshiri, Alireza (AMOS)
**Subject:** [**EXTERNAL**] Re: Maduro's Announcements

Jefe your connect with Grisanti from Barclays is not symbolic, as I told you there you have the connection with HCR there to be made, I have other connections that lots of other connections that have little to do with him, I'm more the Leo or the lady's man sort of speak oilman.

JJ

**From:** "Moshiri, Alireza (AMOS)" <AMOS@chevron.com>
**To:** 'JJ Garcia' <jjgarcia_2003@yahoo.com>
**Sent:** Thursday, January 7, 2016 10:54 AM
**Subject:** RE: Maduro's Announcements

Thanks.

-----Original Message-----
From: JJ Garcia [mailto:jjgarcia_2003@yahoo.com]
Sent: Wednesday, January 06, 2016 6:03 PM
To: Moshiri, Alireza (AMOS)
Subject: [**EXTERNAL**] Maduro's Announcements

Eulogio ratified as PDVSA President and Minister of Hydrocarbons and Mines

JJ

Enviado desde mi iPad

CONFIDENTIAL - ATTORNEY'S EYES ONLY

JJGM000683
HARVEST_RDR_000541