# EXHIBIT 48

**CONFIDENTIAL INFORMATION**  **SUBJECT TO PROTECTIVE ORDER**

Filename:    Formatos Fact CVX  ORIGINAL.xls

PRODUCED IN NATIVE FORMAT

**CONFIDENTIAL - ATTORNEY'S EYES ONLY**

JJGM021688
HARVEST_RDR_000602

Hon $

# FACTURA NO. 0000286

**Fecha    02/09/2016**

**A:** **Chevron Global Technology Services Company**
RIF J-30304325-9
NIT 0031209960
Av. La Estancia, Edf. Centro Banaven, Torre D, Piso 7
Oficina 7, Urb. Chuao, Caracas 1060

Por Servicios Profesionales prestados durante el mes de Agosto de 2016 de acuerdo al contrato No. 602483

|  | **US $** |
|---|---:|
| Honorarios Profesionales | 25,190.00 |
| IVA (12%) | 3,022.80 |
| **Total** | **28,212.80** |

**Son:** Dólares Veintiocho mil doscientos doce con 80/100

Todos los montos expresados en esta factura deben pagarse en Dólares E.E.U.U. ("Moneda de Pago"). Si el pago se efectuó en bolívares debe aplicarse la Tasa de Cambio Oficial vigente al día del pago, el cual queda sujeto a los ajustes previstos en el Art. 49 del Reglamento de IVA. Se muestra el monto del Impuesto al valor agregado (IVA) en bolívares según dispone el Art. 23 Ley IVA y Art. 37 del Reglamento de la Ley de ICSVM. A tal efecto US$ 3.022,80 equivalen a Bs. 1.948.365,69 calculados a Bs. 644,5566

Esta factura esta sujeta a una retención de impuesto sobre la renta del 3% menos el sustraendo de Bs.267,50 por ser una Sociedad de Personas (Decreto No. 1808 de fecha 23-04-1997, articulo 9, parrafo 4).

**Instrucciones de Pago:**
Beneficiary's Name: **PETROCONSULTORES S.C.**
**Commercebank**
220 Alhambra Circle
Coral Gable FL 33134
**Account Nr.** 8303102312
**ABA Nr.** 067010509

**Centro de Costos:** 4000WSGMM0 (50%)
                      4000ESMAPD (50%)

Page 1                                                                 JJGM021688

**CONFIDENTIAL - ATTORNEY'S EYES ONLY**                                                HARVEST_RDR_000603

GR Bs CVX

# FACTURA NO. 0000284

**Fecha     01/08/2016**

**A:  Chevron Global Technology Services Company**
RIF J-30304325-9
NIT 0031209960
Av. La Estancia, Edf. Centro Banaven, Torre D, Piso 7
Oficina 7, Urb. Chuao, Caracas 1060

Gastos Reembolsables relacionados con el Contrato No. 602483

|   |   | Bs. |
|---|---|---:|
| 1 | Consumos Restaurantes con Alianza Empresarial Petrolera, Camaras, Gremios, Contabilidad, Correspondencia, Transporte y Teléfono celular según facturas anexas. | 139,302.78 |
| 2 | Iva reembolsable | 16,716.33 |
|   | **Total** | **156,019.11** |

Son: Ciento cincuenta y seis mil diez y nueve con 11/100

Centro de Costos: 4000WSGMM0  (50%)
                  4000ESMAPD (50%)

CONFIDENTIAL - ATTORNEY'S EYES ONLY                                    HARVEST_RDR_000604

GR varios

## FACTURA NO. 0000060

**Fecha**   1/20/2014

**A:  Chevron Global Technology Services Company**
RIF J-30304325-9
NIT 0031209960
Av. La Estancia, Edf. Centro Banaven, Torre D, Piso 7
Oficina 7, Urb. Chuao, Caracas 1060

Gastos Reembolsables relacionados con el Contrato No. 602483

|   |   | Bs. |
|---|---|---|
| 1 | Consumos Restaurantes y transporte con Camaras, Gremios y otros empresarios, incluyendo telefono celular, según facturas anexas | 8,518.05 |
|   | **Total** | 8,518.05 |

Son: Ocho mil quinientos diez y ocho con 05/100

Centro de Costos: 4000WSGMM0  (50%)
                  4000ESMAPD   (50%)

JJGM021688
CONFIDENTIAL - ATTORNEY'S EYES ONLY
HARVEST_RDR_000605

GR $)

# FACTURA NO. 0000231

**Fecha    3/9/2015**

**A:  Chevron Global Technology Services Company**
RIF J-30304325-9
NIT 0031209960
Av. La Estancia, Edf. Centro Banaven, Torre D, Piso 7
Oficina 7, Urb. Chuao, Caracas 1060

Gastos Reembolsables relacionados con el Contrato No. 602483

|   |   | US$ |
|---|---|---|
| 1 | Viaje a Houston para reunion con Ali Moshiri | 5,839.17 |
|   | **Total** | **5,839.17** |

Son: Cinco mil ochocientos treinta y nueve con 17/100

Todos los montos expresados en esta factura deben pagarse en Dólares E.E.U.U. ("Moneda de Pago"). Si el pago se efectuó en bolívares debe aplicarse la Tasa de Cambio Oficial vigente al día del pago.

**Instrucciones de Pago:**
Beneficiary's Name: **PETROCONSULTORES S.C.**
**Commercebank**
220 Alhambra Circle
Coral Gable FL 33134
**Account Nr.** 8303102312
**ABA Nr.** 067010509

<u>Centro de Costos:  4000WSGMM0 (50%)</u>
                4000ESMAPD   (50%)

**CONFIDENTIAL - ATTORNEY'S EYES ONLY**                          **HARVEST_RDR_000606**

NC

**Nota de Crédito N°. 0000007**

**Fecha**   12/5/2013

**Tricon Geophysics Venezuela, C.A.**
RIF J-313011479
Calle 6 con calle 3, Edificio Coemsa, piso 3, La Urbina
Caracas
0212-2421233

| | |
|---|---|
| Documento Original : | Factura |
| Número Original: | 183 |
| DEVOLUCION DE FACTURA | |

| | **Bs.** |
|---|---|
| Honorarios Profesionales | 789,085.13 |
| Iva (12%) | 94,690.22 |
| **Total** | **883,775.35** |

Son: Ochocientos ochenta y tres mil setecientos setenta y cinco con 35/100

**CONFIDENTIAL - ATTORNEY'S EYES ONLY**                    **HARVEST_RDR_000607**

OtrosBsf

## FACTURA NO. 00000183

**Fecha**    **9/16/2013**

**A: Tricon Geophysics Venezuela, C.A.**
RIF J-313011479
Calle 6 con calle 3, edificio Coemsa, piso 3, La Urbina, Caracas.
0212-2421233

Servicio de mantenimiento y consultoria IBM idataplex Marzo, Abril, Mayo, y Junio 2013

|  | Bs. |
|---|---:|
| Honorarios Profesionales | 789,085.13 |
| IVA (12%) | 94,690.22 |
| **Total** | **883,775.35** |

**Son: Ochocientos ochenta y tres mil stecientos setenta y cinco con 75/100**

Favor depositar en la Cuenta Corriente del Banco Mercantil N°01050277251277025371, a favor de Petroconsultores, S.C.

CONFIDENTIAL - ATTORNEY'S EYES ONLY    HARVEST_RDR_000608

Otros$

### FACTURA NO. 0000184

**Fecha 9/16/2013**

**Tricon Geophysics Inc.**

475 17th Street, Suite 600
Denver, Colorado 80202
(001) 303-292.9222

Consultoria y entrenamiento en sistemas para la puesta en operatividad de computadora Idataplex para procesamiento de datos sismicos

|  | US $ |
|---|---:|
| Honorarios Profesionales | 12,896.65 |
| IVA (12%) | 1,547.60 |
| **Total** | **14,444.25** |

**Son:** Catorce mil cuatrocientos cuarenta y cuatro con 25/100

Todos los montos expresados en esta factura deben pagarse en Dolares E.E.U.U. ( Moneda de Pago ). Si el pago se efectuo en bolivares debe aplicarse la Tasa de Cambio Oficial vigente al día del pago, el cual queda sujeto a los ajustes previstos en el Art. 49 del Reglamento de IVA. Se muestra el monto del Impuesto al valor agregado (IVA) en bólivares según dispone el Art. 23 Ley IVA y Art. 37 del Reglamento de la Ley de ICSVM. A tal efecto US$ 1.547,60 equivalen a Bs. 9749,88 calculados a Bs. 6,30/US$
**Esta factura esta sujeta a una retención de impuesto sobre la renta del 3% menos el sustraendo de Bs.267,50 por ser una Sociedad de Personas (Decreto No. 1808 de fecha 23-04-1997, articulo 9, parrafo 4).**

**CONFIDENTIAL - ATTORNEY'S EYES ONLY**                                                        **HARVEST_RDR_000609**

Hoja1

# FACTURA NO. 0000111

**Fecha 12/1/2011**

**Chevron Global Technology Services Company**
RIF J-30304325-9
NIT 0031209960
Av. La Estancia, Edf. Centro Banaven, Torre D, Piso 7
Oficina 7, Urb. Chuao, Caracas 1060

Por Servicios Profesionales prestados según contrato 602483, enmendado a partir del primero de octubre del 2011.

|  | US $ |
|---|---:|
| Honorarios Profesionales diferencial octubre | 2,290.00 |
| Honorarios Profesionales noviembre | 25,190.00 |
| IVA (12%) | 3,297.60 |
| **Total** | **30,777.60** |

**Son:** Treinta mil setecientos setenta y siete con 60/100

Todos los montos expresados en esta factura deben pagarse en Dólares E.E.U.U. ("Moneda de Pago"). Si el pago se efectuó en bolívares debe aplicarse la Tasa de Cambio Oficial vigente al día del pago, el cual queda sujeto a los ajustes previstos en el Art. 49 del Reglamento de IVA. Se muestra el monto del Impuesto al valor agregado (IVA) en bólivares según dispone el Art. 23 Ley IVA y Art. 37 del Reglamento de la Ley de ICSVM. A tal efecto US$ 2.748.00 equivalen a Bs. 11.816.40 calculados a Bs. 4.30/US$.

**Esta factura esta sujeta a una retención de impuesto sobre la renta del 3% menos el sustraendo de Bs.137,50 por ser una Sociedad de Personas (Decreto No. 1808 de fecha 23.04.1997, articulo 9, parrafo 4)**

**Instrucciones de Pago:**
Beneficiary's Name: **PETROCONSULTORES S.C.**
**Commercebank**
220 Alhambra Circle
Coral Gable FL 33134
**Account Nr.** 8303102312
**ABA Nr.** 067010509

**Centro de Costos:** D1NATCO.755910

**CONFIDENTIAL - ATTORNEY'S EYES ONLY**   HARVEST_RDR_000610