# EXHIBIT 49

CONFIDENTIAL INFORMATION                                           SUBJECT TO PROTECTIVE ORDER

Filename:   Facturas (Ejemplo Noviembre).xls

PRODUCED IN NATIVE FORMAT

CONFIDENTIAL - ATTORNEY'S EYES ONLY                                JJGM028680
HARVEST_RDR_000612

Hon $

**Fecha    10/31/2005**

**A:** **Chevron Global Technology Services Company**
RIF J-30304325-9
NIT 0031209960
Km. 2, Carretera a Perija Richmond
Zona Postal 4001 - Venezuela

Por Servicios Profesionales prestados durante el mes de octubre de acuerdo al contrato No. 602483

|  | **US $** |
|---|---:|
| Honorarios Profesionales | 20,800.00 |
| IVA (14%) | 2,912.00 |
| **Total** | **23,712.00** |

**Son:** Dólares Veintitres mil setecientos doce con 00/100

Todos los montos expresados en esta factura deben pagarse en Dólares E.E.U.U. ("Moneda de Pago"). Si el pago se efectuó en bolívares debe aplicarse la Tasa de Cambio Oficial vigente al día del pago, el cual queda sujeto a los ajustes previstos en el Art. 49 del Reglamento de IVA. Se muestra el monto del Impuesto al valor agregado (IVA) en bólivares según dispone el Art. 23 Ley IVA y Art. 37 del Reglamento de la Ley de ICSVM. A tal efecto US$ 2,912,00 equivalen a Bs. 6.260.800,00 calculados a Bs. 2.150,00/US$.

Esta factura esta sujeta a una retención de impuesto sobre la renta del 3% menos el sustraendo de Bs. 73.500 por ser una Sociedad de Personas (Decreto No. 1808 de fecha 23-04-1997, articulo 9, parrafo 4).

**Instrucciones de Pago:**
Beneficiary's Name: **PETROCONSULTORES S.C.**
**Commercebank**
220 Alhambra Circle
Coral Gable FL 33134
**Account Nr.** 8303102312
**ABA Nr.** 067010509

**Centro de Costos:** D1CONPO

Page 1                                                              JJGM028680

**CONFIDENTIAL - ATTORNEY'S EYES ONLY**                                   **HARVEST_RDR_000613**

Hon Bs

**Fecha**      **12/13/2019**

**A: BC&A INGENIEROS CONSULTORES C.A.**
RIF J-00304011-8
NIT 0009534156
Avenida Tuy, Quinta San Judas Tadeo,
Colinas de Bello Monte, Caracas

Por Servicios Profesionales prestados durante el mes de mayo y junio de 2005

|  | **Bs.** |
|---|---:|
| Honorarios Profesionales | 27,368,176.55 |
| IVA (15%) | 4,105,226.48 |
| **Total** | **31,473,403.03** |

**Son:** Treinta y un millones cuatrocientos setenta y tres mil cuatrocientos tres con 03/100

Esta factura esta sujeta a una retención de impuesto sobre la renta del 3% menos el sustraendo de Bs. 73.500 por ser una Sociedad de Personas (Decreto No. 1808 de fecha 23-04-1997, articulo 9, parrafo 4).

CONFIDENTIAL - ATTORNEY'S EYES ONLY     HARVEST_RDR_000614

GR con cel

**Fecha    10/31/2005**

**A:** **Chevron Global Technology Services Company**
RIF J-30304325-9
NIT 0031209960
Km. 2, Carretera a Perija Richmond
Zona Postal 4001 - Venezuela

Gastos Reembolsables relacionados con el Contrato No. 602483

| | | Bs. |
|---|---|---:|
| 1 | Consumos Restaurantes con personal MEP-PDVSA, Alianza Empresarial Petrolera y Camaras, según facturas anexas | 1,474,461.00 |
| 2 | Telefono Celular según factura anexa | 444,012.89 |
| | **Total** | **1,918,473.89** |

Son: Un millon novecientos dieciocho mil cuatrocientos setenta y tres con 89/100

Centro de Costos: D1CONPO

**CONFIDENTIAL - ATTORNEY'S EYES ONLY**                           **HARVEST_RDR_000615**

GR Bs

**Fecha** 12/13/2019

**A:** **Chevron Global Technology Services Company**
RIF J-30304325-9
NIT 0031209960
Km. 2, Carretera a Perija Richmond
Zona Postal 4001 - Venezuela

Gastos Reembolsables relacionados con el Contrato No. 602483

| | | Bs. |
|---|---|---:|
| 1 | Consumos Restaurantes con personal MEP-PDVSA, Alianza Empresarial Petrolera y Camaras, según facturas anexas | 5,448,143.20 |
| | **Total** | **5,448,143.20** |

Son: Cinco millones cuatrocientos cuarenta y ocho mil ciento cuarenta y tres con 20/100

Centro de Costos: D1CONPO

CONFIDENTIAL - ATTORNEY'S EYES ONLY          HARVEST_RDR_000616

GR $)

**Fecha**   12/13/2019

**A:** **Chevron Global Technology Services Company**
RIF J-30304325-9
NIT 0031209960
Km. 2, Carretera a Perija Richmond
Zona Postal 4001 - Venezuela

Gastos Reembolsables relacionados con el Contrato No. 602483

|   |   | US$ |
|---|---|---|
| 1 | Taxis aeropuerto-hotel, hotel-Reliant Center, Restaurantes, hotel-aeropuerto, según facturas anexas | 662.00 |
| 2 | Restaurant Fogo de Chao con personal MEP y PDVSA, según factura anexa | 562.05 |
| 3 | Restaurant The Houston Palm con personal MEP y PDVSA, según factura anexa | 388.70 |
|   | **Total** | **1,612.75** |

Son: Un mil seiscientos doce con 75/100

Todos los montos expresados en esta factura deben pagarse en Dólares E.E.U.U. ("Moneda de Pago"). Si el pago se efectuó en bolívares debe aplicarse la Tasa de Cambio Oficial vigente al día del pago.

**Instrucciones de Pago:**
TORONTO DOMINION BANK
International Banking Center
Toronto, Ontario, Canada
SWIFT: TDOM CA TT
For Credit to STANFORD INTERNATIONAL BANK Ltd.
Account No. 0360012161670
Ref. Account Number: 126611
Beneficiary's Name: PETROCONSULTORES S.C.

Centro de Costos: D1CONPO

CONFIDENTIAL - ATTORNEY'S EYES ONLY     HARVEST_RDR_000617

GR Europa

**Fecha** **12/13/2019**

**A:** **Chevron Global Technology Services Company**
RIF J-30304325-9
NIT 0031209960
Km. 2, Carretera a Perija Richmond
Zona Postal 4001 - Venezuela

Gastos Reembolsables relacionados con el Contrato No. 602483

|   |   | US$ |
|---|---|---:|
| 1 | Estadía Hoteles, según facturas anexas | 2,321.98 |
| 2 | Servicios de transporte y taxis, según facturas anexas | 1,742.51 |
| 3 | Restaurantes varios con personal MEP, según facturas anexas | 664.61 |
| 4 | Servicio de catering y alquiler de sala de reuniones/equipos audivisuales para reunión del Comité Guia de Unificación Venezuela-Trinidad | 1,594.90 |
| 5 | Tarjetas acceso Internet y llamadas internacionales | 41.98 |
|   | **Total** | **6,365.98** |

**Son: Seis mil trescientos sesenta y cinco con 98/100 Dólares**

<u>Instrucciones de Pago</u>:
Beneficiary's Name: **PETROCONSULTORES S.C.**
**Commercebank**
220 Alhambra Circle
Coral Gable FL 33134
**Account Nr.** 8303102312
**ABA Nr.** 067010509

<u>Centro de Costos: D1CONPO</u>

**CONFIDENTIAL - ATTORNEY'S EYES ONLY**                                         **HARVEST_RDR_000618**