# EXHIBIT 50

CONFIDENTIAL INFORMATION                                                       SUBJECT TO PROTECTIVE ORDER

Filename:    Formatos Fact CVX  Junio.xls

PRODUCED IN NATIVE FORMAT

CONFIDENTIAL - ATTORNEY'S EYES ONLY                          JJGM054329
HARVEST_RDR_000619

Hon $

# FACTURA NO. 0000208

**Fecha    6/2/2014**

**A:** **Chevron Global Technology Services Company**
RIF J-30304325-9
NIT 0031209960
Av. La Estancia, Edf. Centro Banaven, Torre D, Piso 7
Oficina 7, Urb. Chuao, Caracas 1060

Por Servicios Profesionales prestados durante el mes de Mayo de 2014 de acuerdo al contrato No. 602483

|  | US $ |
|---|---:|
| Honorarios Profesionales | 25,190.00 |
| IVA (12%) | 3,022.80 |
| **Total** | **28,212.80** |

**Son:** Dólares Veintiocho mil doscientos doce con 80/100

Todos los montos expresados en esta factura deben pagarse en Dólares E.E.U.U. ("Moneda de Pago"). Si el pago se efectuó en bolívares debe aplicarse la Tasa de Cambio Oficial vigente al día del pago, el cual queda sujeto a los ajustes previstos en el Art. 49 del Reglamento de IVA. Se muestra el monto del Impuesto al valor agregado (IVA) en bolívares según dispone el Art. 23 Ley IVA y Art. 37 del Reglamento de la Ley de ICSVM. A tal efecto US$ 3.022,80 equivalen a Bs. 19.043,64 calculados a Bs. 6,30/US$.

**Esta factura esta sujeta a una retención de impuesto sobre la renta del 3% menos el sustraendo de Bs.267,50 por ser una Sociedad de Personas (Decreto No. 1808 de fecha 23-04-1997, articulo 9, parrafo 4).**

**Instrucciones de Pago:**
Beneficiary's Name: **PETROCONSULTORES S.C.**
**Commercebank**
220 Alhambra Circle
Coral Gable FL 33134
**Account Nr.** 8303102312
**ABA Nr.** 067010509

**Centro de Costos:** WSEMGM01 (50%)
EDMANP (50%)

**CONFIDENTIAL - ATTORNEY'S EYES ONLY**                    **HARVEST_RDR_000620**

GR Bs CVX

## FACTURA NO. 0000209

**Fecha**  6/10/2014

**A:** **Chevron Global Technology Services Company**
RIF J-30304325-9
NIT 0031209960
Av. La Estancia, Edf. Centro Banaven, Torre D, Piso 7
Oficina 7, Urb. Chuao, Caracas 1060

Gastos Reembolsables relacionados con el Contrato No. 602483

| | | Bs. |
|---|---|---|
| 1 | Consumos Restaurantes con Alianza Empresarial Petrolera, Camaras, Gremios, Contabilidad, Correspondencia, Transporte Terrestre y Transporte Aereo a Houston Texas y Teléfono celular según facturas anexas. | 83,079.87 |
| | **Total** | **83,079.87** |

Son: Ochenta y tres mil setenta y nueve con 87/100

<u>Centro de Costos: WSEMGM01 50%</u>
            EDMANP (50%)

**CONFIDENTIAL - ATTORNEY'S EYES ONLY**                               **HARVEST_RDR_000621**

GR varios

## FACTURA NO. 0000060

**Fecha**    1/20/2014

**A:** **Chevron Global Technology Services Company**
RIF J-30304325-9
NIT 0031209960
Av. La Estancia, Edf. Centro Banaven, Torre D, Piso 7
Oficina 7, Urb. Chuao, Caracas 1060

Gastos Reembolsables relacionados con el Contrato No. 602483

|   |   | **Bs.** |
|---|---|---|
| 1 | Consumos Restaurantes y transporte con Camaras, Gremios y otros empresarios, incluyendo telefono celular, según facturas anexas | 8,518.05 |
|   | **Total** | 8,518.05 |

Son: Ocho mil quinientos diez y ocho con 05/100

<u>Centro de Costos: WSEMGM01</u>

JJGM054329

CONFIDENTIAL - ATTORNEY'S EYES ONLY    HARVEST_RDR_000622

GR $)

## FACTURA NO. 0000200

**Fecha    1/20/2014**

**A:  Chevron Global Technology Services Company**
RIF J-30304325-9
NIT 0031209960
Av. La Estancia, Edf. Centro Banaven, Torre D, Piso 7
Oficina 7, Urb. Chuao, Caracas 1060

Gastos Reembolsables relacionados con el Contrato No. 602483

|   |   | US$ |
|---|---|---:|
| 1 | Cena Fin de Año 2013 con el señor Angel Gonzalez | 411.00 |
|   | **Total** | **411.00** |

Son: Cuatroscientos once dolares con 00/100

Todos los montos expresados en esta factura deben pagarse en Dólares E.E.U.U. ("Moneda de Pago"). Si el pago se efectuó en bolívares debe aplicarse la Tasa de Cambio Oficial vigente al día del pago.

**Instrucciones de Pago:**
Beneficiary's Name: **PETROCONSULTORES S.C.**
**Commercebank**
220 Alhambra Circle
Coral Gable FL 33134
**Account Nr.** 8303102312
**ABA Nr.** 067010509

Centro de Costos: WSEMGM01

**CONFIDENTIAL - ATTORNEY'S EYES ONLY**                                              **HARVEST_RDR_000623**

NC

### Nota de Crédito N°. 0000007

**Fecha**     12/5/2013

**Tricon Geophysics Venezuela, C.A.**
RIF J-313011479
Calle 6 con calle 3, Edificio Coemsa, piso 3, La Urbina
Caracas
0212-2421233

Documento Original :     Factura
Número Original:     183
DEVOLUCION DE FACTURA

|  | **Bs.** |
|---|---:|
| Honorarios Profesionales | 789,085.13 |
| Iva (12%) | 94,690.22 |
| **Total** | **883,775.35** |

Son: Ochocientos ochenta y tres mil setecientos setenta y cinco con 35/100

JJGM054329

CONFIDENTIAL - ATTORNEY'S EYES ONLY     HARVEST_RDR_000624

OtrosBsf

## FACTURA NO. 00000183

**Fecha    9/16/2013**

**A: Tricon Geophysics Venezuela, C.A.**
RIF J-313011479
Calle 6 con calle 3, edificio Coemsa, piso 3, La Urbina, Caracas.
0212-2421233

Servicio de mantenimiento y consultoria IBM idataplex Marzo, Abril, Mayo,y Junio 2013

|  | **Bs.** |
|---|---:|
| Honorarios Profesionales | 789,085.13 |
| IVA (12%) | 94,690.22 |
| **Total** | **883,775.35** |

**Son: Ochocientos ochenta y tres mil stecientos setenta y cinco con 75/100**

Favor depositar en la Cuenta Corriente del Banco Mercantil N°01050277251277025371, a favor de Petroconsultores, S.C.

Otros$

## FACTURA NO. 0000184

**Fecha 9/16/2013**

**Tricon Geophysics Inc.**

475 17th Street, Suite 600
Denver, Colorado 80202
(001) 303-292.9222

Consultoria y entrenamiento en sistemas para la puesta en operatividad de computadora Idataplex para procesamiento de datos sismicos

|  | **US $** |
|---|---:|
| Honorarios Profesionales | 12,896.65 |
| IVA (12%) | 1,547.60 |
| **Total** | **14,444.25** |

**Son:** Catorce mil cuatrocientos cuarenta y cuatro con 25/100

Todos los montos expresados en esta factura deben pagarse en Dolares E.E.U.U. ( Moneda de Pago ). Si el pago se efectuo en bolivares debe aplicarse la Tasa de Cambio Oficial vigente al día del pago, el cual queda sujeto a los ajustes previstos en el Art. 49 del Reglamento de IVA. Se muestra el monto del Impuesto al valor agregado (IVA) en bólivares según dispone el Art. 23 Ley IVA y Art. 37 del Reglamento de la Ley de ICSVM. A tal efecto US$ 1.547,60 equivalen a Bs. 9749,88 calculados a Bs. 6.30/US$
Esta factura esta sujeta a una retención de impuesto sobre la renta del 3% menos el sustraendo de Bs.267,50 por ser una Sociedad de Personas (Decreto No. 1808 de fecha 23-04-1997, articulo 9, parrafo 4).

CONFIDENTIAL - ATTORNEY'S EYES ONLY   HARVEST_RDR_000626

Hoja1

# FACTURA NO. 0000111

**Fecha 12/1/2011**

**Chevron Global Technology Services Company**
RIF J-30304325-9
NIT 0031209960
Av. La Estancia, Edf. Centro Banaven, Torre D, Piso 7
Oficina 7, Urb. Chuao, Caracas 1060

Por Servicios Profesionales prestados según contrato 602483, enmendado a partir del primero de octubre del 2011.

|  | US $ |
|---|---:|
| Honorarios Profesionales diferencial octubre | 2,290.00 |
| Honorarios Profesionales noviembre | 25,190.00 |
| IVA (12%) | 3,297.60 |
| **Total** | **30,777.60** |

**Son:** Treinta mil setecientos setenta y siete con 60/100

Todos los montos expresados en esta factura deben pagarse en Dólares E.E.U.U. ("Moneda de Pago"). Si el pago se efectuó en bolívares debe aplicarse la Tasa de Cambio Oficial vigente al día del pago, el cual queda sujeto a los ajustes previstos en el Art. 49 del Reglamento de IVA. Se muestra el monto del Impuesto al valor agregado (IVA) en bólivares según dispone el Art. 23 Ley IVA y Art. 37 del Reglamento de la Ley de ICSVM. A tal efecto US$ 2.748.00 equivalen a Bs. 11.816.40 calculados a Bs. 4.30/US$.

**Esta factura esta sujeta a una retención de impuesto sobre la renta del 3% menos el sustraendo de Bs.137,50 por ser una Sociedad de Personas (Decreto No. 1808 de fecha 23.04.1997, articulo 9, parrafo 4).**

**Instrucciones de Pago:**
Beneficiary's Name: **PETROCONSULTORES S.C.**
**Commercebank**
220 Alhambra Circle
Coral Gable FL 33134
**Account Nr.** 8303102312
**ABA Nr.** 067010509

**Centro de Costos:** D1NATCO.755910

CONFIDENTIAL - ATTORNEY'S EYES ONLY   HARVEST_RDR_000627