# EXHIBIT 51

CONFIDENTIAL INFORMATION                                          SUBJECT TO PROTECTIVE ORDER

| | |
|---|---|
| **From:** | Garcia, Juan Jose [Contractor] <gjju@chevron.com> |
| **Sent:** | Wednesday, October 9, 2013 10:39 AM |
| **To:** | (GomezAlberto@sabadellatlantico.com); 'jjgm@petroconsultores.com' |
| **Subject:** | Viaje |

Hola Alberto, tiempo sin saber de ti. Te escribo para anunciarte que estaré de viaje desde mañana hasta el dia 20-10-2013 por Houston, Texas y Tulsa, Oklahoma, para que no me desahiliten las tarjetas.
Sobre el Real creo que concurrirás que pensábamos empezar mejor con tanta plantilla, aunque ahí tiempo de enderezar.

Abrazo

JJ

**Juan Jose Garcia,** Senior Advisor
Venezuela Upstream
**Chevron Global Technology Services Company**
Avenida La Estancia, Centro Banaven, Torre D, Piso 7, Caracas, 1060 Venezuela
Tel +58 212 902-5403 Fax +58 212 959 9112
Mail to: gjju@chevron.com

JJGM003124

CONFIDENTIAL - ATTORNEY'S EYES ONLY                                HARVEST_RDR_000581