# EXHIBIT 52

**CONFIDENTIAL INFORMATION**                                   **SUBJECT TO PROTECTIVE ORDER**

| | |
|---|---|
| **From:** | Juan Garcia <jjgm@ptrcon.com> |
| **Sent:** | Monday, October 14, 2013 10:51 AM |
| **To:** | Antero Alvarado- Gasenergy <antero.alvarado@gasenergyla.com> |
| **Subject:** | Re: Saludos |

Antero estoy en Houston y salgo mañana voy a Tulsa regreso en 10 Dias te contacto al regreso,
Abrazo, JJ

On Monday, October 14, 2013, Antero Alvarado- Gasenergy wrote:

Juan

Espero estés bien. Te comento que me hice socio de una firma internacional de consultoría enfocada en Gas Natural. De momento yo estoy abriendo camino aquí en Venezuela y ya estamos trabajando con Ecopetrol e INPEX, esperamos trabajar con Repsol y Total antes de fin de ano.

Estamos básicamente enfocados en Gas Natural. En el caso de nuestro cliente Ecopetrol, mostramos como está el mercado de gas localmente y las opciones que tiene Pdvsa de revertir el flujo de gas hacia Colombia. Manejamos información muy importante que a ustedes, como socios de Ecopetrol en la Guajira, pudiera interesarles. La información sobre el gas en occidente es bien escasa.

He hecho varios intentos con Chevron, tanto en Bogota como en Caracas sin mucho exito. Pienso que quizás si tengo la oportunidad de hacer una especie de Demo al mas alto nivel pudiera ver mejores resultados. Que opinas?

Avísame cuando estés de vuelta y conversamos,

Te anexo nuestra presentación oficial

Saludos

**De:** Juan Garcia [mailto:jjgm@ptrcon.com]
**Enviado el:** jueves, 10 de octubre de 2013 06:45 a.m.
**Para:** Antero Alvarado- Gasenergy
**Asunto:** Re: Saludos

**CONFIDENTIAL - ATTORNEY'S EYES ONLY**

**CONFIDENTIAL INFORMATION**                                      **SUBJECT TO PROTECTIVE ORDER**

Hola Antero estoy viaje do entre US y EU te contacto al llegar

Slds

El lunes, 30 de septiembre de 2013, Antero Alvarado- Gasenergy escribió:

JJ!

Espero estes bien, te escribe Antero Alvarado.

Me gustaría poder reunirme contigo y conversar un rato

Me avisas

Saludos

**Antero J. Alvarado**

Director Regional Venezuela
GAS ENERGY
Caracas, Venezuela

Oficina Bolivia:  Tel: 591-3-311-4060 Fax: 591-3-311-0344

Oficina Peru:    51-1-99830-5025/51-1-726-9353/51-1- 422-7819

Oficina Venezuela: +58 4242771265
**antero.alvarado@gasenergyla.com**

**www.gasenergy.com.br**

--
Send from Petroconsultores gmail

**CONFIDENTIAL INFORMATION**                    **SUBJECT TO PROTECTIVE ORDER**

--
Send from Petroconsultores gmail

**CONFIDENTIAL - ATTORNEY'S EYES ONLY**          **HARVEST_RDR_000599**