# EXHIBIT 53

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

| | |
|---|---|
| **From:** | Garcia, Juan Jose [Contractor] <gjju@chevron.com> |
| **Sent:** | Friday, October 10, 2014 8:10 AM |
| **To:** | Camera, Carlos E <CCamera@chevron.com> |
| **Cc:** | jjgm@ptrcon.com |
| **Subject:** | RE: Saludos !! |

Carlos mándame tu cel privado a mi correo privado (arriba)

J

**From:** Camera, Carlos E
**Sent:** Tuesday, September 02, 2014 9:29 AM
**To:** Garcia, Juan Jose [Contractor]
**Subject:** RE: Saludos !!

JJ,

Nelson es amigo mio, lo he visto por aqui en Citgo un par de veces, cualquier cosa que quieras contactarlo o algo estamos a la orden, como sabras el viene por el lado de Proyectos/Intevep, etc.

Carlos

**From:** Garcia, Juan Jose [Contractor]
**Sent:** Tuesday, September 02, 2014 8:47 AM
**To:** Camera, Carlos E
**Subject:** RE: Saludos !!

Hoy deben nombrarlo VP de la Nación y Nelson Martinez reemplazo. Estamos en contacto hermano

J

**From:** Camera, Carlos E
**Sent:** Tuesday, September 02, 2014 7:36 AM
**To:** Garcia, Juan Jose [Contractor]
**Subject:** RE: Saludos !!

Si, mi hijo Christian esta en Tulsa con tu hijo estudiando Ingenieria Quimica. Voy a estar pendiente de tu hija para ver si la conozco.

Como estan las cosas por ahi con Chevron Venezuela y PDVSA ? Rumores de la salida de Ramirez y su gente....

Bueno, por aqui estamos a la orden y seguimos en contacto.

Un abrazo.
Carlos

**From:** Garcia, Juan Jose [Contractor]
**Sent:** Monday, September 01, 2014 9:29 AM
**To:** Camera, Carlos E
**Subject:** RE: Saludos !!

Que bueno Carlos, mi hija Maria Garcia Barriuso trabaja en CALEP como Reservoir Engineer y mi hijo que estudia

CONFIDENTIAL - ATTORNEY'S EYES ONLY

**CONFIDENTIAL INFORMATION**                    **SUBJECT TO PROTECTIVE ORDER**

Ingeniería Química en Tulsa me dice que esta con uno de tus hijos.

Abrazo y Éxito


**Juan Jose Garcia,** Senior Advisor
Venezuela Upstream
**Chevron Global Technology Services Company**
Avenida La Estancia, Centro Banaven, Torre D, Piso 7, Caracas, 1060 Venezuela
Tel +58 212 902-5403 Fax +58 212 959 9112
Mail to: gjju@chevron.com

---

**From:** Camera, Carlos E
**Sent:** Friday, August 29, 2014 11:06 AM
**To:** Garcia, Juan Jose [Contractor]
**Subject:** Saludos !!

J.J.,

Como estas ? Te cuento que estoy aqui en Chevron – Houston desde hace un mes, te queria saludar y ponerme a la orden por aqui.

La semana que viene te llamo y hablamos un poquito, te parece ?

Un abrazo
Carlos

**Carlos E. Camera**
**Senior Advisor – Major Capital Projects**

 Human Energy™

Chevron Africa and Latin America Exploration and Production Co.
1400 Smith Street, Suite 33088 / Houston, TX 77002
Office Ph 713-372-4977 / Cell Ph 832-917-4989
Email: ccamera@chevron.com