# EXHIBIT 54

CONFIDENTIAL INFORMATION                                    SUBJECT TO PROTECTIVE ORDER

| | |
|---|---|
| **From:** | Camera, Carlos E <CCamera@chevron.com> |
| **Sent:** | Friday, October 10, 2014 8:39 AM |
| **To:** | jjgm@ptrcon.com |
| **Subject:** | Cel privado |

JJ,

Mi cel privado aqui en USA es 281-2171888

Llamame cuando quieras.....saludos

**Carlos E. Camera**
**Senior Advisor – Major Capital Projects**



Chevron Africa and Latin America Exploration and Production Co.
1400 Smith Street, Suite 33088 / Houston, TX 77002
Office Ph 713-372-4977 / Cell Ph 832-917-4989
Email: ccamera@chevron.com

CONFIDENTIAL - ATTORNEY'S EYES ONLY

JJGM003590
HARVEST_RDR_000585