# EXHIBIT 55

**CONFIDENTIAL INFORMATION**                                                    **SUBJECT TO PROTECTIVE ORDER**

| | |
|---|---|
| **From:** | Juan Garcia <jjgm@ptrcon.com> |
| **Sent:** | Friday, October 10, 2014 11:25 AM |
| **To:** | Freddy Salcedo <freddy.salcedo@ptrcon.com>; Guido Italiani <guital@ptrcon.com>; Luciano Piccinini <lupi@ptrcon.com>; Patricia Piccinini <patty@ptrcon.com> |
| **Subject:** | Agenda Conf Call 10 10 2014 |
| **Attach:** | Talking Points Conf Call 10 10 14.docx |

**Juan Jose Garcia,** President and CEO
Petroconsultores, SC
Avenida La Estancia, Centro Banaven, Torre D, Piso 7, Caracas, 1060 Venezuela
Tel +58 212 902-5403 Cel +58 412 253 9819
Mail to: jjgm@ptrcon.com

JJGM015266

**CONFIDENTIAL - ATTORNEY'S EYES ONLY**                          **HARVEST_RDR_000600**

CONFIDENTIAL INFORMATION                    SUBJECT TO PROTECTIVE ORDER

## Agenda Talking Points

**1.- Constitución Empresa Panamá**

**2.- Constitución Empresa Venezuela**

**3.- Contactos realizados con Jacinto Abreu y Rogelio Páez**

**4.- Estatus Participación en Petrocedeño**

**5.- Estatus Prueba Colombia**

**6.- Contacto Realizado Carlos Camera Houston**

**5.- Contacto realizado Jorge Busato de SOLDITEC**

**6.- Estatus Logística Mejico**

**7.- Avance de contratación de Contadores**

**8.- Avance en arreglo PCTIC y SchemenSal**

**9.- Puntos Varios**

JJGM015267

CONFIDENTIAL - ATTORNEY'S EYES ONLY                    HARVEST_RDR_000601