# EXHIBIT 56

CONFIDENTIAL INFORMATION                                                                                         SUBJECT TO PROTECTIVE ORDER

| | |
|---|---|
| **From:** | JJ Garcia <jjgarcia_2003@yahoo.com> |
| **Sent:** | Monday, May 2, 2016 6:30 PM |
| **To:** | Carlos <csardinia@bellsouth.net> |
| **Subject:** | Re: JJ NewCo. |

Good Carlos,

Abrazo JJ

Enviado desde mi iPad

> El 2 may 2016, a las 17:46, Carlos <csardinia@bellsouth.net> escribió:
>
> JJ, I just like to keep you informed. The LLC is formed and the Membership Laws (By laws) are being written as per your instructions. I am waiting on our tax ID and then I will open the bank account. I will send you all the info, by laws etc. once complete. Should by soon.
>
> Un Abrazo
> Carlos
>
> -----Original Message-----
> From: JJ Garcia [mailto:jjgarcia_2003@yahoo.com]
> Sent: Thursday, April 21, 2016 6:56 PM
> To: Carlos <csardinia@bellsouth.net>
> Subject: Re: JJ
>
> Entendido mañana we rock n'n roll
>
> Enviado desde mi iPhone
>
>> El 21 abr 2016, a las 6:23 p.m., Carlos <csardinia@bellsouth.net> escribió:
>>
>> Send him a simple email to form the LLC. It has to come from you. He will then work on the other docs. This just gets the ball rolling...
>>
>> -----Original Message-----
>> From: JJ Garcia [mailto:jjgarcia_2003@yahoo.com]
>> Sent: Thursday, April 21, 2016 6:48 PM
>> To: Carlos <csardinia@bellsouth.net>
>> Subject: Re: JJ
>>
>> Good mate. I 'll start working as soon as I receive docs. and Duncan's
>> email
>>
>> JJ
>>
>> Enviado desde mi iPhone
>>
>>> El 21 abr 2016, a las 6:05 p.m., Carlos <csardinia@bellsouth.net> escribió:
>>>
>>> JJ, send Duncan the attorney instructions to prepare a letter of
>>> intent to form a Florida LLC to do business in the US. This needs to come from you.
>>> Full name and your International Tax ID Number...
>>> This is all he needs right now to move forward. See below.
>>>
>>> Duncan J. Farmer [mailto:mpjafarm@aol.com] Tel. 561-281-7713
>>>
>>> He will then form the LLC (Gaskets & Hardware Services LLC dba GHS
>>> Solutions) and will execute your instructions. We will open an
>>> account at Chase for future contributions. He has all the details for
>>> the letter of intent that we discussed with your 33% membership etc. and will prepare it.

CONFIDENTIAL - ATTORNEY'S EYES ONLY

JJGM062833
HARVEST_RDR_000634

CONFIDENTIAL INFORMATION                                               SUBJECT TO PROTECTIVE ORDER

```
>>> He will also work in the meantime on the operating agreement that
>>> governs an LLC (That is the term for LLC's bylaws), so they are to
>>> your liking and approval. Patricia's participation will be in the
>>> operating agreement as discussed. She will be Director of International Business development.
>>>
>>> By the way business is booming... we are on a 5 state run for Fresh
>>> Markets right now from Savanna GA to Houston and Dallas TX.
>>>
>>> Un Abrazo,
>>> Carlos
>>>
>>> -----Original Message-----
>>> From: Carlos [mailto:csardinia@bellsouth.net]
>>> Sent: Monday, April 04, 2016 8:04 AM
>>> To: 'JJ Garcia' <jjgarcia_2003@yahoo.com>
>>> Cc: 'carlos.sardinia@greenenergymasters.com'
>>> <carlos.sardinia@greenenergymasters.com>
>>> Subject: RE: JJ
>>>
>>> JJ, of course I understand completely and expect a very successful
>>> and mutual relationship. I know Isa has already sent all the banking
>>> coordinates and we will continue our conversations to the best of our venture.
>>> Please, let me know if there is anything else you need from me.
>>>
>>> Un abrazo and many thanks.
>>>
>>> Carlos
>>>
>>> -----Original Message-----
>>> From: JJ Garcia [mailto:jjgarcia_2003@yahoo.com]
>>> Sent: Wednesday, March 30, 2016 8:48 PM
>>> To: csardinia@bellsouth.net
>>> Subject: JJ
>>>
>>> Carlos send me your Company's Banking coords. I will deliver 30k by
>>> next week, I expect no less than 33% of equity share. Not because I
>>> think is fair but because is a no questions ask investment that I
>>> believe is going to succeed only based in your own involvement.
>>>
>>> I'm not seeking a green card or a US residence visa, I'm looking for
>>> money making business. That's why I trust you will convey to Mark.
>>>
>>> JJ
>>>
>>>
>>>
>>> Enviado desde mi iPhone
>
```

JJGM062834
HARVEST_RDR_000635
CONFIDENTIAL - ATTORNEY'S EYES ONLY