# EXHIBIT 57

CONFIDENTIAL INFORMATION                                             SUBJECT TO PROTECTIVE ORDER

| | |
|---|---|
| **From:** | Juan Garcia <jjgm@ptrcon.com> |
| **Sent:** | Friday, September 16, 2016 4:47 PM |
| **To:** | mbmomo <mbmomo@hotmail.com> |
| **Subject:** | Papa |

Mamaita,

Te Contacto porque estoy en una cruzada de inversion funeral de VZLA, una de ellas Gaskets & Hardware Services LLC donde pie so eventualmente comprar la franquicia de Texas para mí, Patty, José y tú. ( en ese orden).

Pero este noviembre me salen numerosos compromisos entre pago de Property Taxes, viajes, etc. Y te quería preguntar cuánto (si puedes) me podrías abonar a la deuda para aliviar este pico de gastos.

Avísame si quieres que hablemos por FaceTime u otro modo, para saber que podemos hacer y esperar.

Amo Papá


--
JJ Garcia - CEO
Petroconsultores
Avenida Rómulo Gallegos, Torre KLM, 7C
Santa Eduvigis, Chacao, Caracas, Venezuela
Teléfono +58 212 284 3511 móvil +58 412 253 9819

CONFIDENTIAL - ATTORNEY'S EYES ONLY

JJGM063211
HARVEST_RDR_000636