# EXHIBIT 59

**CONFIDENTIAL INFORMATION**                                              **SUBJECT TO PROTECTIVE ORDER**

| | |
|---|---|
| **From:** | Henrique Rodriguez <hrod25@gmail.com> |
| **Sent:** | Thursday, June 16, 2011 10:01 PM |
| **To:** | jjgarcia_2003@yahoo.com |
| **Subject:** | Importante |

JJ quiero hablarte urgente, antes de tus reuniones.

Estoy firmanndo el financiamiento con ITOCHU en Houston.
Eso nos permite comprar Suelopetrol Corp el equipo sismico completo , bajo hipoteca del mismo.
Por ello lo que creo seria el negocio mejor paraa todos es que PDVSA sola compre el Buque, tal como quiere JL en su carta y SPT compra el equipo sismico. Ambos socios le alquilan su equipo y buque a la EM, a precios razonables.
Por otro lado, SPT operaria el Buque y equipo, entrenando por 2-5 anos el personal de PDVSA.
La EM solicita anticipo de 10% del monto del contrato a PDVSA E&P. Eso sirve de capital de trabajo.
El desembolso de PDVSA para el Buqie solo seria cercano a 50MM$ sin el equipo sismico.
SPT compra y alquila el equipo y lo mantiene, repuestos etc.
Esto permite que PDVSA sea duena del Buque desde el inicio (soberania etc) y asi JL puede asegurarse que el precio es justo. Lo compran ellos. Claro hay un fee de brocker como es logico y legal.
Ellos saben cuanto cuesta un equipo sismico instalado ( solo Sercel es carisimo y ademas hay compresores, airguns, navegacion etc.) Eso lo ponemos nosotros con nuestra linea de credito con Itochu. asi todo es mas transparente y nadie se mete en lios. Juntos pero no revueltos...
Dime tu opinion.
La inspeccion seria el 30 junio y podemos actuar rapido.
Si JL esta de acuerdo, escribo una carta con estas condiciones. Ya las tarifas de operacion han sido aceptadas y discutidas.
Saludos,
HR

JJGM000339

**CONFIDENTIAL - ATTORNEY'S EYES ONLY**                          HARVEST_RDR_000537