# EXHIBIT 60

CONFIDENTIAL INFORMATION                                         SUBJECT TO PROTECTIVE ORDER

| | |
|---|---|
| **From:** | Castelli, Armando (rcaz) <rcaz@chevron.com> |
| **Sent:** | Thursday, October 2, 2014 8:10 AM |
| **To:** | jjgm@ptrcon.com |
| **Cc:** | Vasquez, Rene A. (remv) <rvasquez@chevron.com> |
| **Subject:** | Contacto de Agility |

Juan

La empresa que nos hace las importaciones en Houston es Agility, el contacto para hacer importación inclusive desde Mexico es Mariano Cid acid@chevron.com

Mariano A. Cid
Agility Project Logistics Inc
15600 Morales Road
Houston, TX 77032
Office : 713 452 3500 Ext 3629
Direct : 713 452 3629
acid@chevron.com

Dejame saber si necesitas alguna informacion adicional

**Armando Castelli**

CONFIDENTIAL - ATTORNEY'S EYES ONLY

JJGM003496
HARVEST_RDR_000582