# EXHIBIT 61

**CONFIDENTIAL INFORMATION**                                            **SUBJECT TO PROTECTIVE ORDER**

Filename:    PROFORMA - INVOICE VENEZUELA.xlsx

PRODUCED IN NATIVE FORMAT

**CONFIDENTIAL - ATTORNEY'S EYES ONLY**

JJGM008812
HARVEST_RDR_000593

# PRO FORMA INVOICE

**Shemensal, S. de R.L. de C.V.**

Av. Río Rhin No. 77 Piso 5 Col. Cuauhtémoc, Delegación Cuauhtémoc
México, Distrito Federal C.P. 06500
+(55) 55 18 74 37
+(55) 52 08 08 31     RFC: SHE031105GU8

1

| Fecha | |
| No. de Factura | |
| No. de Cliente | [124] |

| CLIENTE | CONSIGNATARIO | DETALLES DEL ENVÍO | |
|---|---|---|---|
| Contacto: Luciano Piccinini | Contacto: Thais Becerra | Freight Type | Marìtimo |
| PETROCONSULTORES, S.C. | PETROPIAR, S.A. | Est Ship Date | |
| Calle Suapure Edif. Valle Arriba Top Suites Piso 3 | Calle Cali, Ediif. Pawa, piso PB, oficina PB-1. Urb. Las | Est Gross Weight | 11,345kg |
| Apt Apartamento Urb. Colinas De Bello Monte | Mercedes, Caracas, Miranda, Zona Postal 1020 | Total Packages | 50 |
| Caracas Miranda Zona Postal 1080 | | | |
| Tel. + 58 414 381 77 69 | Tel. + 0281-2622480 | | |
| TAX ID: J-31245727-3 | TAX ID: J-29534681-6 | | |
| email: lupi@ptrcon.com | email: becerrat@petropiar.pdvsa.com | | |

| NO. DE PARTE | DE MEDIDA | DESCRIPCIÓN | CANTIDAD | PRECIO UNITARIO | IMPUESTO | TOTAL |
|---|---|---|---|---|---|---|
| 100042355 | Litros | Tambores de 200 lts de Aditivo Antióxidante Desincrustante hecho con ácido fosfórico y otros aditivos con las siguientes dimensiones: Altura 91cm X Diametro 59cm | 50 | 3,600.00 | X | 180,000.00 |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |

| TERMINOS DE LA VENTA Y OTROS COMENTARIOS | | |
|---|---|---|
| Pago del 100% a la solicitud del producto. | Subtotal | 180,000.00 |
| | Taxable | 180,000.00 |
| | Tasa de Impuesto | 0.000% |
| | Importe de Impuesto | - |
| | Flete | - |
| | Seguro | - |
| | Legal/Consular | - |
| | Cert./Inspección | - |
| | Otro (Especificar) | - |
| | Otro (Especificar) | - |
| | **TOTAL** | **$ 180,000.00** |
| | Tipo de Moneda | USD |

**DETALLES ADICIONALES**

| Ciudad de Origen | México, Distrito Federal |
| Puerto de Embarcación | Veracurz |
| Puerto de Descarga | Puerto La Guanta |

Razón de la Exportación     Limpieza de Equipos de Proceso Dinámicos y Estáticos

Certifico que lo anterior mencionado es verdad y correcta.

_____     _____
Luis Borja Soto                              Fecha
Shemensal, S. de R.L. de C.V.

# PRO FORMA INVOICE

**Shemensal, S. de R.L. de C.V.**
Av. Río Rhin No. 77 Piso 5 Col. Cuauhtémoc Delegación Cuauhtémoc
México, Distrito Federal C.P. 06500
 + (55) 55 18 74 37
 + (55) 52 08 08 31

| | |
|---|---|
| Date | 5/5/2015 |
| Invoice # | A 69 |
| Customer ID | [123] |

## SHIP TO
Christopher L. Trejo
Generation 2 Materials Technology LLC
5401 Mitchell dale Street, Suite A-3
Houston, Texas  77092
 +888-308-9084
ctrejo@g2mtlabs.com

## SHIPPING DETAILS
| | |
|---|---|
| Freight Type | Air |
| Est Ship Date | 5/15/2015 |
| Est Gross Weight | 46.020kg |
| Total Packages | 2 |

| PART NUMBER | UNIT OF MEASURE | DESCRIPTION | QTY | UNIT PRICE | TAX | TOTAL AMOUNT |
|---|---|---|---|---|---|---|
| 100042355 | liters | Antioxidant additive made from phosphoric acid and other additives with the following dimensions :  widht 22.5cm , long 28cm,  height 37cm. | 2 | 50.00 | X | 100.00 |

## TERMS OF SALE AND OTHER COMMENTS
It will take effect the letter of credit for the full amount of the invoice, when it enters the product on the Mexican customs.

| | |
|---|---|
| Subtotal | 100.00 |
| Taxable | 100.00 |
| Tax rate | 0.000% |
| Tax | - |
| Freight | - |
| Insurance | - |
| Legal/Consular | - |
| Inspection/Cert. | - |
| Other (specify) | - |
| Other (specify) | - |
| **TOTAL** | $ 100.00 |
| Currency | USD |

## ADDITIONAL DETAILS
| | |
|---|---|
| Country of Origin | México, Distrito Federal |
| Port of Embarkation | Intercontinental Airport Houston (George Bush) |
| Port of Discharge | Intercontinental Airport Houston (George Bush) |

Reason for Export:     Sample for Analysis

I certify the above to be true and correct to the best of my knowledge.

_____      May 15th, 2015
Luis Borja Soto                                               Date
Shemensal, S. de R.L. de C.V.

CONFIDENTIAL - ATTORNEY'S EYES ONLY                              HARVEST_RDR_000595

Pro Forma Invoice Template   

By Vertex42.com
http://www.vertex42.com/ExcelTemplates/proforma-invoice.html

**© 2011-2014 Vertex42 LLC**

This spreadsheet, including all worksheets and associated content is considered a copyrighted work under the United States and other copyright laws.

Do not submit copies or modifications of this template to any website or online template gallery.

Please review the following license agreement to learn how you may or may not use this template. Thank you.

See License Agreement
http://www.vertex42.com/licensing/EULA_privateuse.html

**Do not delete this worksheet.** If necessary, you may hide it by right-clicking on the tab and selecting Hide.

**CONFIDENTIAL - ATTORNEY'S EYES ONLY**                     **HARVEST_RDR_000596**