# EXHIBIT 62

**CONFIDENTIAL INFORMATION**

**SUBJECT TO PROTECTIVE ORDER**





# Technical Presentation

# 2017

**CONFIDENTIAL - ATTORNEY'S EYES ONLY**

**JJGM002748**

**HARVEST_RDR_000556**

CONFIDENTIAL INFORMATION

SUBJECT TO PROTECTIVE ORDER



<div style="border:1px solid black; text-align:center;">

**Introduction**
**Who are we?**

</div>

**Schemensal** is the exclusive manufacturer of "**BLAST ATFM**", a high tech descaler used in process equipment such as heat exchangers, distillation towers, turbines, gas separators, radiators, coils, spools, evaporators,  compensator, gas sweetening towers, along with a wide range of other dynamic and static process equipment. First of its kind to be harmless to body contact , biodegradable, reusable, with virtually no effects on treated metal.

**Petroconsultores Inc. (PINC)** Is a leading Consulting Company on Commercial and Technical areas of the O&G industry, founded in 2001 specializes in the Venezuelan, Colombian, and Caribbean markets. PINC. Is the exclusive representative of Blast ATFM for  these regions. PINC is also Consulting Company specialized in Inspection with high end technology services with wide experience in Q&A, Visual and NDTs Diagnosis, Equipment Corrosion Assessment, and Design and Implementation of Risk Inspection and Materials Management Programs supported by the most sophisticated technology available in the field.

JJGM002749

CONFIDENTIAL - ATTORNEY'S EYES ONLY

HARVEST_RDR_000557

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER





## Introduction
## Where are we?

**Venezuela**
Petropiar 2015  y
Petromonagas,
Petrocedeño (2018)

**México**
multiple operations
with PEMEX 2001

**Aruba (CITGO)**
Short Listed Upgrader 2018

**Brazil**
Beginning Ops
2018



**Chile**
Operations
Maxcontrol
2016

**Qatar**
Operations
with Qatar Petroleum 2009

CONFIDENTIAL - ATTORNEY'S EYES ONLY

JJGM002750
HARVEST_RDR_000558

CONFIDENTIAL INFORMATION                                                                       SUBJECT TO PROTECTIVE ORDER

                                                                                               

| Content | page |
|---|---|
| Introduction | 2 |
| Uses of BLAST ATFM | 5 |
| The value proposition - BLAST ATFM | 6 |
| Certifications of BLAST ATFM | 7 |
| Traditional Industrial cleaning with Hydro Jet | 8 |
| Application Fundamentals of BLAST ATFM | 13 |
| Case Study 1 Natural Gas Preheater | 14 |
| Case Study 2 Gas Sweetening Tower | 16 |
| Case Study 3 Packing cleaning of a Gas Sweetening Tower | 18 |
| Case Study 4 Amine Fin Fan Coolers | 19 |
| Case Study 5 Heat Exchanger Recovery | 20 |
| Case Study 6 ALFA LAVAL Compabloc heat exchanger | 21 |
| Case Study 7 Warehouse Parts | 23 |
| Case Study 8 Spheres or piping external cleaning | 24 |

JJGM002751
HARVEST_RDR_000559
CONFIDENTIAL - ATTORNEY'S EYES ONLY

CONFIDENTIAL INFORMATION

SUBJECT TO PROTECTIVE ORDER



## Uses of BLAST ATFM

➢ BLAST ATFM applies to upstream and downstream equipments typically used in Hydrocarbon, Chemical, Petrochemical or Electric Generation Industries, such as:

- ✓ Heat Exchangers
- ✓ Distillation Towers/Columns
- ✓ Gas Separators
- ✓ Coolers
- ✓ Spools and Coils
- ✓ Evaporators

- ✓ Vacuum condensers
- ✓ Sweetening Units
- ✓ Boilers
- ✓ reboilers
- ✓ Water Treatment Equipment
- ✓ Turbines, Pumps and API plans and parts

➢ Effective in:

- ✓ Riddance of metal oxidations scales, such as Sulphur/Iron oxides and Hydroxides, Saline incrustation, as Phosphates y Carbonates generated by water treatment.
- ✓ Passivation of carbon steel

JJGM002752

CONFIDENTIAL - ATTORNEY'S EYES ONLY

HARVEST_RDR_000560

CONFIDENTIAL INFORMATION                                                          SUBJECT TO PROTECTIVE ORDER



## The value proposition - BLAST ATFM

➢ Generates savings avoiding equipment mobilization and lifting/unnecessary equipment disassemble allowing treatment of equipment "in situ"

➢ Increases service "up time" for equipment improving the cost benefit results vs Hydro Jet

➢ Allows on line chemical cleaning of equipment, independent systems or interconnected trains, if block and drainage valves exists.

➢ Environmentally friendly, non toxic, and non flammable

➢ Harmless to skin contact

➢ Rids hazards from labor confined work and high places

➢ Reusable after simple filtering

➢ Harmless to joints, paint, spools y thermic isolation materials

➢ Does not corrodes steel nor copper

➢ Renders a finishing on metal equal to sandblasting

JJGM002753

CONFIDENTIAL - ATTORNEY'S EYES ONLY                                    HARVEST_RDR_000561

CONFIDENTIAL INFORMATION                                                      SUBJECT TO PROTECTIVE ORDER

                                                                          

| **Certifications and compliance of BLAST ATFM** |
|---|

BLAST ATFM is certified under ISO 9001.

The biodegradability certification is updated by the Chemical Engineering Faculty of the Universidad Autónoma de Yucatán, México.



In order to assure maximum efficiency and savings, it is critical to have all relevant data on the equipment subject to cleansing, Including equipment blueprints, specs, original datasheet, and pre treatment performance parameters. Compatibility with the chemical reaction pre and post fluid input and output benchmarking is key to the assess the real benefits of Blast

Steel 316Ls

The Universidad Autonoma de Mexico determined in 2 separates studies that exposed to Blast ATFM, for 1 year the metal reduction was less than 1 millimeter. (Studies available on line)

7

CONFIDENTIAL - ATTORNEY'S EYES ONLY

JJGM002754
HARVEST_RDR_000562

CONFIDENTIAL INFORMATION

SUBJECT TO PROTECTIVE ORDER





## Traditional Industrial cleaning with Hydro Jet

One of the most common cleaning technique uses high-pressure water, where a water jet mechanically remove the fouling in equipments, tanks and piping. The manually operated water jet gun uses pressures between 4 and 25.000 psi, while the ultra high pressure machines, remotely controlled and with a higher cost, can produce up to 60.000 psi water jets.







8

CONFIDENTIAL - ATTORNEY'S EYES ONLY

JJGM002755

HARVEST_RDR_000563

CONFIDENTIAL INFORMATION                                    SUBJECT TO PROTECTIVE ORDER

                                                          

## Cost of equipment deployment using high pressure water cleaning

In hydrojet cleaning, the dismantling of the equipments for cleaning is a time and labour consuming issue.

    

9

CONFIDENTIAL - ATTORNEY'S EYES ONLY                          JJGM002756
                                                                             HARVEST_RDR_000564

CONFIDENTIAL INFORMATION

SUBJECT TO PROTECTIVE ORDER





| Deficiencies of Hydro Jet cleaning |
| --- |

Rest of carbonate fouling can remain due to low water pressure, insufficient water jetting, inadequate water jetting nozzle selection, poor operator experience and/or deficient supervision.



10

CONFIDENTIAL - ATTORNEY'S EYES ONLY

CONFIDENTIAL INFORMATION

SUBJECT TO PROTECTIVE ORDER





## Risks of Hydro Jet cleaning

Depending on the type of equipment to be cleaned with high pressure water, dangerous environments and hazards from labor confined work and high places can occurred.

In the case of process towers, with reduced entry and internal space for work, the cleaning time increase, as wells as the personnel exposure to the hazards described above.





11

CONFIDENTIAL - ATTORNEY'S EYES ONLY

JJGM002758
HARVEST_RDR_000566

CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER




## Costs of Hydro Jet cleaning

The cost of pressure water cleaning can vary from region to country.

For example, for a typical sweetening tower, the average cleaning time with hydro jet is 12 days.
The costs includes:
- labors
- Hydro Jet Rental
- Rental of lifting equipment

For the same tower, using the BLAST ATFM, the average cleaning time is reduced to 7 days.



The use of BLAST ATFM resulted in the reduction of plant maintenance time, unit downtime and the speeding up of commissioning of equipment to continue production.

12

CONFIDENTIAL - ATTORNEY'S EYES ONLY

JJGM002759
HARVEST_RDR_000567

CONFIDENTIAL INFORMATION

SUBJECT TO PROTECTIVE ORDER



## Application Fundamentals of BLAST ATFM

**Planning**
- Analyze diagrams and relevant specs of equipment requiring cleaning
- Record operational parameters pre intervention to asses the actual efficiency

**Design**
- Calculate the amount of Blast needed including the hydraulics circuits.
- Determine where and how to isolate the asset

**Presentation**
- Design schematic sketch flow diagram with detailed procedures
- Prepare the Risk Analysis Plan and fall back safety measures
- Submit to client for joint approval

**Execution**
- Implement safety plans (labor & environment)
- Install hydraulic circuit and safety layers
- Recirculate BLAST ATFM on equipment / neutralize hazards / deep water soak
- Record operational parameters post/intervention to assess effectiveness of cleaning

13

CONFIDENTIAL - ATTORNEY'S EYES ONLY

JJGM002760
HARVEST_RDR_000568

CONFIDENTIAL INFORMATION

SUBJECT TO PROTECTIVE ORDER





## Case Study 1
## Natural Gas Pre Heater



Gas out (274ºC/526ºF below spec 302ºC/575ºF)

HT Shift reactor effluent 415ºC/779ºF

Gas inlet (84ºC/184ºF)

### Background

The fixed tube heat exchanger (1157 tubes, 1-1/4 chrome steel) heats natural gas (83% CH4 with 10-16 ppmv H2S) with the synthesis gas for hydrogen production. The minimum temperature for the conversion of sulfides to H2S prior to their removal in the desulfurizer is 302ºC/ 575ºF. After 11 years the equipment lost efficiency and natural gas reached only 274ºC/526ºF, i.e., 28ºC / 49ºF below the minimum required, , leading to the leakage of sulfur compounds to the reformer.



14

CONFIDENTIAL - ATTORNEY'S EYES ONLY

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER





## Case Study 1 (Cont.)
## Natural Gas Pre Heater

The preheater volume is 750 liters. 3700 liters of BLAST ATFM at 50ºC were recirculated. The iron sulfide scales were dissolved with no damage of the external surface of the tube bundle. An improvement of 31ºC/55ºF resulted in the gas outlet temperature and the minimum temperature (302ºC/575ºF) required for operation was exceeded.

### boroscope photos





The "figure 8" in the heat exchanger shell side showed fouling by iron sulfide scales (2 mm thick) produced by a progressive sulfidation process due to sulfur compounds in the feed gas.



| Gas feed (MMPCND) | gas temperature | Before cleaning | After cleaning | Improvement |
|---|---|---|---|---|
| 24 | IN | 84ºC/184ºF | | |
| | OUT 302ºC/575ºF | 274ºC/526ºF | 305ºC/581ºF | |
| | temperature gain | +190ºC/342ºF | +221ºC/397ºF | +31ºC/55ºF |

After one year of the cleaning maintenance the equipment shows good performance. 15

JJGM002762
CONFIDENTIAL - ATTORNEY'S EYES ONLY HARVEST_RDR_000570

CONFIDENTIAL INFORMATION

SUBJECT TO PROTECTIVE ORDER





## Case Study 2
## Gas Sweetening Tower

In the gas sweetening plants a 30% decrease in processing capacity were observed due to fouling of the absorber tower packings by paraffinic and naphthenic contaminants in the feed that were not trapped in upstream processes.







16

CONFIDENTIAL - ATTORNEY'S EYES ONLY

JJGM002763
HARVEST_RDR_000571

CONFIDENTIAL INFORMATION

SUBJECT TO PROTECTIVE ORDER



## Case Study 2 (cont.)
## Gas Sweetening Tower

Traditionally, cleaning was carried out with Hidro Jet in 12 days with 8 workers per shift exposed to confined space. Recirculating BLAST ATFM (7000 liters) reduces the time to 5 days, equivalent to 7 days less in loss of production (about 2100 MMPCD of treated gas).

BLAST ATFM hydraulic circuit

| Variable | Design | Before | After |
|---|---|---|---|
| Sour gas (MMPCD) | 525 | 380 | 500 |
| Differential pressure (mmHg) | 88 | 116 | 57 |

17

CONFIDENTIAL - ATTORNEY'S EYES ONLY

JJGM002764

HARVEST_RDR_000572

CONFIDENTIAL INFORMATION                                                   SUBJECT TO PROTECTIVE ORDER



## Case Study 3
## Packing cleaning of a Gas Sweetening Tower



Due to the packing fouling, the differential pressure of the tower increased, reducing its processing capacity below its design value. After submerging the packing in BLAST ATFM, the processing capacity increased from 80 to 120 MMPCD.

ANTES                    DESPUÉS








Packing with excessive sludge, hydrocarbons and corrosion products.

18

CONFIDENTIAL - ATTORNEY'S EYES ONLY

JJGM002765
HARVEST_RDR_000573

CONFIDENTIAL INFORMATION                                                                 SUBJECT TO PROTECTIVE ORDER

                                                                                 

| Case Study 4 |
| :---: |
| Amine Fin Fan Coolers |

Cooling capacity Improvement of the MDEA coolers after recirculating BLAST ATFM

| Temperature | Resultado | | |
| :--- | :--- | :--- | :--- |
| | before cleaning | after cleaning | difference |
| **EA-201-A** | | | |
| IN | 100° C | 100° C | |
| OUT | 56° C | 43° C | -13° C |
| **EA-201-B** | | | |
| IN | 100° C | 100° C | |
| OUT | 58° C | 45° C | -13° C |
| **EA-202-A** | | | |
| IN | 100° C | 100° C | |
| OUT | 57° C | 49° C | -9° C |



19

CONFIDENTIAL - ATTORNEY'S EYES ONLY

CONFIDENTIAL INFORMATION

SUBJECT TO PROTECTIVE ORDER





## Case Study  5
## Heat Exchanger Recovery

The carbon steel tube bundle has been 4 years out of service in the outdoor and recovers its operating condition after 24 hours of immersion in BLAST ATFM.

BEFORE                    IMMERSION                    AFTER















20

CONFIDENTIAL - ATTORNEY'S EYES ONLY

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER





| Case Study 6 |
|:---:|
| ALFA LAVAL Compabloc heat exchanger |

## Background

The EA-201 and EA-202 lean amine plate coolers of the gas sweetening plant operated inefficiently according to the MDEA inlet and outlet differential temperature. They were installed in 2009 and received maintenance in 2010.

Results

| MDEA temperature | before cleaning | after cleaning | difference |
|:---:|:---:|:---:|:---:|
| EA-201-A | | | |
| IN | 100° C | 100° C | |
| OUT | 56° C | 43° C | -13° C |
| EA-201-B | | | |
| IN | 100° C | 100° C | |
| OUT | 58° C | 45° C | -13° C |
| EA-202-A | | | |
| IN | 100° C | 100° C | |
| OUT | 57° C | 48° C | -9° C |
| EA-202-B | | | |
| IN | 110° C | 100° C | |
| OUT | 66° C | 54° C | -12° C |



21

CONFIDENTIAL - ATTORNEY'S EYES ONLY

CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER





## Case Study 6 (cont.)
## ALFA LAVAL Compabloc heat exchanger

Benefits:
The cost of maintenance using BLAST ATFM allowed a 92% savings as compared to the maintenance performed by the manufacturer company.



ANTES

| Item | Contrat[1] | BLAST ATFM |
|---|---|---|
| Labor | $784,402 | $15,830 |
| BLAST ATFM[2] | | $45,600 |
| Total cost | $784,402 | $61,025 |
| Saving | 92% | |



DESPUÉS

The annual maintenance savings of 4 existing equipment is estimated at 2.9 Million.

1. Contract with the company Alfa Laval that includes disassembly, transport to external workshop, disassembly, cleaning and assembly.

2. The volume of BLAST ATFM used by each cooler was 300 liters.

22

CONFIDENTIAL - ATTORNEY'S EYES ONLY

CONFIDENTIAL INFORMATION

SUBJECT TO PROTECTIVE ORDER





| Case Study  7 |
| :---: |
| Warehouse Parts |

Spare parts can be cleaned and preserved by immersion in BLAST ATFM:

- Flanges
- Elbows
- Valves
- Carbon filters
- Studs
- liquid absorber tower rings and gaskets









23

CONFIDENTIAL - ATTORNEY'S EYES ONLY

CONFIDENTIAL INFORMATION

SUBJECT TO PROTECTIVE ORDER





> **Case Study  8**
> **Spheres or piping external cleaning**

BLAST ATFM can clean quickly by spray the aluminum jacket insulation of heat exchanger, tanks and piping.





24

CONFIDENTIAL - ATTORNEY'S EYES ONLY

JJGM002771
HARVEST_RDR_000579

CONFIDENTIAL INFORMATION

SUBJECT TO PROTECTIVE ORDER





Thanks!

CONFIDENTIAL - ATTORNEY'S EYES ONLY