# EXHIBIT 63

CONFIDENTIAL INFORMATION                                    SUBJECT TO PROTECTIVE ORDER

| | |
|---|---|
| **From:** | JJ Garcia <19188452960@s.whatsapp.net> |
| **Sent:** | Friday, January 5, 2018 4:18 PM |
| **To:** | Ilan Friedman <13057733171@s.whatsapp.net> |
| **Subject:** | 2018-01-05 20:17:50 UTC: 19188452960@s.whatsapp.net -> [13057733171@s.whatsapp.net] |

Dear Ilan, thanks for a lovely evening, Patricia and I enjoyed a wonderful dinner and Patty was enchanted with your lovely wife Revital. We will keep you posted in Chevron's Venezuela and a plan to do a small road show in Houston and/Louisiana. Again best wishes to you all for a healthy and prosperous 2018.

Un gran abrazo mi amigo!

JJGM062083

CONFIDENTIAL - ATTORNEY'S EYES ONLY                         HARVEST_RDR_000631