# EXHIBIT 64

CONFIDENTIAL INFORMATION                                          SUBJECT TO PROTECTIVE ORDER

| | |
|---|---|
| From: | Maria Garcia Barriuso <maria-garciabarriuso@utulsa.edu> |
| Sent: | Sunday, September 26, 2010 7:18 PM |
| To: | jjgarcia_2003@yahoo.com |
| Subject: | Chevron |

081115470 - CALAEP, PGPA Intern

Patti Doherty          Human Resources Shared Services
College Recruiter      6121 Bollinger Canyon Rd, 1066B
San Ramon, CA 94583
Tel +1925-358-7839
PDOHERTY@CHEVRON.COM


September 22, 2010

Maria Garcia
3014 E 8st Apt #4316
Tulsa, Oklahoma 74104

Dear Maria,

We hope your internship experience was rewarding and challenging, and would like to thank you for all of your efforts and contributions during that time.

On behalf of your hiring organization, I am pleased to present you with an offer of an internship with Chevron Africa & Latin America Explorations & Production Company, a division of Chevron U.S.A. Inc., as a Summer Intern, pay scale 15 in the Chevron Africa & Latin America Explorations and Production Headquarters. Your talents, combined with our dynamic team, will help deliver the vital energy that moves the world forward. Together, we will build the global energy company most admired for its people, partnership and performance.

Your initial base salary will be $5,400.00 monthly. This position will be located in our Houston, Texas office. Upon your acceptance, this offer will include a $2,000 scholarship payable to your university in recognition of your contributions as a Chevron professional intern.

- Relocation: If it is necessary for you to relocate your residence to report for work, the Company will assist you with expenses related to your relocation in the form of a one-time taxable lump sum relocation allowance. This allowance is intended to help cover expenses associated with relocation to your work location and returning to your school location at the end of your assignment. Details on this and additional relocation provisions are included in this package.

- Chevron Employee Savings Investment Plan: One feature of this plan is the matching contribution from the Company. Chevron will match 8 percent of pay if you contribute at least 2 percent of your pay. You also have the option to contribute 1 percent of your pay and receive a 4 percent company match. You're eligible to join this plan at any time after your start date. Enrollment materials will be mailed to your home from The Vanguard Group.

Your offer of employment is contingent upon completing the following:

CONFIDENTIAL - ATTORNEY'S EYES ONLY

JJGM000992
HARVEST_RDR_000550

CONFIDENTIAL INFORMATION                                          SUBJECT TO PROTECTIVE ORDER

Background check: In order to initiate your background check, you must complete and return the following forms:

- Online Employment Application and Fair Credit Reporting Act Consumer Disclosure and General Authorization (Click link to fill in application. If you encounter a problem in completing the application, turn off any pop up blocks/auto complete features and/or remove the Yahoo or Google toolbars on your system to enable completion.)

Voluntary Self-Identification Forms: As an Affirmative Action and Equal Opportunity Employer, Chevron is subject to certain government record-keeping and reporting requisitions. Submission of this information is voluntary and refusal to provide it will not subject you to adverse treatment. The information you provide will be kept confidential and can be updated at any time in the future. Additional information can be found on the forms. These forms should be returned to me as required regardless of whether or not you complete them.

- Voluntary Self Identification (GO-307 Pre)

- Post Voluntary Self Identification (GO-307 Post)

Employee Proprietary Information Agreement: You will need to agree to the terms of the enclosed Employee Proprietary Information Agreement (GO-260 US) which addresses issues such as maintaining confidentiality of Company information and assignment of inventions. Please review the document, complete pages four and five and return the Agreement in its entirety to me. Please ensure your signature appears on the form.

Pre-employment drug screening test: Within the three month period preceding your start date, you will be required to take a pre-employment drug screening, which involves urine and hair testing, at one of our authorized facilities. Information and instructions will be sent to you at that time by Chevron's drug screen administrator (AWSI). Once you are informed of the location, you must schedule an appointment, and complete the drug screen, within four (4) business days.

Eligibility for Employment: On your first day of work, and no later than your third day of employment, you must be able to provide evidence of your eligibility for employment in the U.S. as required by the Immigration Reform and Control Act of 1986. In addition, U.S. export control laws restrict the Company's ability to share certain technologies with employees who are not U.S. citizens, permanent residents, refugees or asylees. If our understanding of your immigration status is incorrect, please let us know immediately.

If your employment is subject to U.S. export license and/or trade sanction authorization requirements, you may not commence employment until Chevron receives the required license and/or authorization from the U.S. government. Upon receipt of the export license and/or trade sanction authorization, Chevron will contact you to advise you of your start date. While Chevron has been successful in obtaining U.S. export licenses and/or trade sanctions authorizations for employees in the past, Chevron cannot guarantee the issuance of an export license and/or trade sanction authorization request, or make assurances about the timing of this U.S. government process. Chevron may need to modify your employment location, duties and assignments if required or necessitated by the terms of any U.S. export license and/or trade sanctions authorization or rescind this offer of employment.

If you have not already done so, please contact the foreign student advisor at your university concerning "practical or occupational training." If you need a letter of support from Chevron, please let me

CONFIDENTIAL - ATTORNEY'S EYES ONLY

JJGM000993
HARVEST_RDR_000551

CONFIDENTIAL INFORMATION                                         SUBJECT TO PROTECTIVE ORDER

know. Prior to your start date, I will need to verify evidence of your eligibility for employment. Please forward the following documents to me as soon as you receive them.

- Copies of all I-20 forms, IAP-66, EAD and I-94 documents issued to you.

If you have questions or need assistance with immigration paperwork, please feel free to contact our HR Immigration Group at immigr@chevron.com

Although we do not anticipate any problems, you should wait until Chevron informs you that you have satisfactorily completed all pre-employment requirements before leaving your current employer or incurring any expenses. We will contact you to confirm your starting date upon completion of all pre-employment requirements and initiate your relocation.

Your employment with the Company will be "at will." This means that either you or the Company may terminate the employment relationship at any time with or without cause and with or without notice, and that the Company may change your terms and conditions of employment (e.g., compensation, duties, assignments, responsibilities, or job location, and with the exception that at-will employment cannot be changed except as described below) with or without cause or notice. No one at the Company is authorized to alter this at-will agreement, or to make any agreement contrary to the Company's at-will employment policy.

Please confirm your acceptance to this offer by November 1, 2010. Please scan/email the other completed documents to professional@chevron.com. If you prefer to fax, please be sure to include a cover letter to my attention, and fax to 866-405-5183. It is our belief that Chevron will provide an excellent opportunity for you to contribute to our business and to pursue your career interests. We look forward to welcoming you to our team in the very near future. If you have any questions, please feel free to contact me toll free at 866-451-2100 or Walter Maguire at 713-372-6428.

Sincerely,

Patti Doherty
College Recruiter

Enclosures

cc: Walter Maguire
    Carlos Aguilera
    Rick Eisenberg

Acceptance of Offer and At-Will Employment

I accept the Company's offer of employment. I understand that employment at the Company is at-will. Thus, either I or the Company may terminate the employment relationship at any time with or without cause or notice, and the Company may change my terms and conditions of employment (e.g., compensation, duties, assignments, responsibilities, or job location, with the exception that at-will employment cannot be changed) with or without cause or notice. I understand that no one at the Company is authorized to alter this at-will agreement, or to make any agreement contrary to the Company's at-will employment policy.

JJGM000994
CONFIDENTIAL - ATTORNEY'S EYES ONLY                               HARVEST_RDR_000552

CONFIDENTIAL INFORMATION

SUBJECT TO PROTECTIVE ORDER

Further, I verify that I am not bound by any prior non-competition nor non-solicitation agreements with another employer that would preclude or impair my employment with the Company.

CONFIDENTIAL - ATTORNEY'S EYES ONLY

JJGM000995
HARVEST_RDR_000553