# EXHIBIT 65

CONFIDENTIAL INFORMATION                                                      SUBJECT TO PROTECTIVE ORDER

| | |
|---|---|
| From: | JJ Garcia <jjgarcia_2003@yahoo.com> |
| Sent: | Thursday, March 31, 2016 12:00 PM |
| To: | Garcia, Cira <Cira.Garcia@sbdinc.com> |
| Cc: | Maria Garcia <mbmomo@hotmail.com> |
| Subject: | Re: Mercedes Update |

No te preocupes de los reales, resuelve tu situación y copia a Momo en estos mails hermana

J

Enviado desde mi iPhone

El 31 mar 2016, a las 11:33 a.m., Garcia, Cira <Cira.Garcia@sbdinc.com> escribió:

> Hola JJ como andas?
> Bueno quería darte un update.
> Lo último que hice fue checarle los cauchos. Hace como un año yo había comprado dos nuevos. Quería comprar los otros dos, pero el Sr. Me dijo que no. Que esos caucho están buenos
> Ya hable tenemos el título de propiedad del Mercedes. Raúl me lo está enviando hoy por Fedex. Debo recibirlo a más tardar el lunes y entonces lo firmo para traspasárselo a Momo y se lo mando a Momo desde aquí. Por otro lado el Mercedes está saliendo para Houston, Texas el viernes nos dicen que debe estar llegando como el lunes o martes a la puerta de Momo.
> Entonces:
>   1. Ella debe incluirlo en su seguro en lo que lo tenga en su puerta.
>   2. Ella sabe que debe registrarlo en el estado de Texas y procesar un aplaca a su nombre.
> Al ella tener eso listo estaría disponible para Palo. No sé cómo van a proceder tu allí. Si se lo manejan a Palo o que.
> Mil gracias hermano y quedo pendiente de pagarte tus 7 mil. Espero al final de este año con mi bono cubrir ese GAP.
> Beso,
> 
> **Cira E Garcia M**
> GEM Portfolio Lead
> Stanley Black & Decker, Inc.
> www.stanleyblackanddecker.com

JJGM001508

CONFIDENTIAL - ATTORNEY'S EYES ONLY                                           HARVEST_RDR_000554