# EXHIBIT 66

CONFIDENTIAL INFORMATION                                                                                          SUBJECT TO PROTECTIVE ORDER

| Date | Description | Amount | Balance |
|---|---|---|---|
|  | ONLINE WIRE TRANSFER VIA: CITIBANK NYC/021000089 A/C: DOROTEA SZEKELY CARACAS 1060 VE REF: TRADUCCION DE DOCUMENTOS/BNF/DOCUMENTS TRANSLATION/TIME/11:40 IMAD: 0617B1QGC06C004227 TRN: 3972300169ES 06/17Outgoing wire transfer | –$3,500.00 | $2,231.84 |
| Jun 16, 2016 | ONLINE DOMESTIC WIRE FEEFee | –$25.00 | $5,731.84 |
|  | ONLINE WIRE TRANSFER VIA: CITIBANK NYC/021000089 A/C: PEDRO P TERNEIRO MIAMI FL 33152 US REF: AIR COND JJ GARCIA/TIME/14:15 IMAD: 0616B1QGC01C004624 TRN: 3210200168ES 06/16Outgoing wire transfer | –$3,000.00 | $5,756.84 |
|  | Online Transfer from MMA ...8606 transaction#: 5466440983Account transfer | $3,500.00 | $8,756.84 |
| Jun 10, 2016 | Online Transfer from MMA ...8606 transaction#: 5453451402Account transfer | $2,000.00 | $5,256.84 |
| Jun 6, 2016 | PAYU PAGOSONLINE 11001BOGOTA 06/03 CO Peso 756900.00 X 0.000321482 (EXCHG RTE) + 7.29 (EXCHG RTEDebit card transaction (...1727) | –$250.62 | $3,256.84 |
| Jun 3, 2016 | Online Transfer from MMA ...8606 transaction#: 5438164139Account transfer | $2,000.00 | $3,507.46 |
| May 31, 2016 | Online Transfer to CHK ...3782 transaction#: 5427861835 05/31Account transfer | –$46.00 | $1,507.46 |
| May 25, 2016 | INTEREST PAYMENTMisc. credit | $0.02 | $1,553.46 |
|  | ONLINE DOMESTIC WIRE FEEFee | –$25.00 | $1,553.44 |
|  | ONLINE WIRE TRANSFER VIA: CITIBANK NYC/021000089 A/C: DOROTEA SZEKELY CARACAS 1060 VE REF: TRADUCCION DE DOCUMENTOS/BNF/DOCUMENTS TRANSLATION/TIME/12:34 IMAD: 0525B1QGC08C014303 TRN: 3690800146ES 05/25Outgoing wire transfer | –$2,500.00 | $1,578.44 |
| May 23, 2016 | ONLINE DOMESTIC WIRE FEEFee | –$25.00 | $4,078.44 |
|  | NETFLIX.COM 866-716-0414 CA 05/21Debit card transaction (...7419) | –$7.99 | $4,103.44 |
|  | ONLINE WIRE TRANSFER VIA: WELLS FARGO NA/121000248 A/C: LENIN RODRIGUEZ BARCELONA VE REF: CONTACT INFO/BNF/PAYMENT FOR SERVICES/TIME/06:55 IMAD: 0523B1QGC01C001232 TRN: 3097100144ES 05/23Outgoing wire transfer | –$1,000.00 | $4,111.43 |
|  | APL* ITUNES.COM/BILL 866-712-7753 CA 05/22Debit card transaction (...1727) | –$0.99 | $5,111.43 |
|  | Online Transfer from MMA ...8606 transaction#: 5412780067Account transfer | $2,500.00 | $5,112.42 |
| May 19, 2016 | BEYONDDIET.COM 800-815-1941 VT 05/18Debit card transaction (...1727) | –$14.95 | $2,612.42 |
| May 16, 2016 | ONLINE DOMESTIC WIRE FEEFee | –$25.00 | $2,627.37 |
|  | ONLINE WIRE TRANSFER A/C: YOLANDA OCHOA DE DIOS AVENTURA, FL 331802953 REF: CLEANING/BNF/CLEANING TRN: 3417000137ES 05/16Outgoing wire transfer | –$340.00 | $2,652.37 |
|  | Online Transfer from MMA ...8606 transaction#: 5396762545Account transfer | $1,000.00 | $2,992.37 |
| May 12, 2016 | ATT*BILL PAYMENT 800-288-2020 TX 05/11Debit card transaction (...7419) | –$194.11 | $1,992.37 |
| May 5, 2016 | ONLINE DOMESTIC WIRE FEEFee | –$25.00 | $2,186.48 |
|  | ONLINE WIRE TRANSFER VIA: CITIBANK NYC/021000089 A/C: DOROTEA SZEKELY CARACAS 1060 VE REF: TRADUCCION DE DOCUMENTOS/BNF/DOCUMENTS TRANSLATION IMAD: 0505B1QGC08C006727 TRN: 3578500126ES 05/05Outgoing wire transfer | –$2,000.00 | $2,211.48 |
|  | Online Transfer from MMA ...8606 transaction#: 5374412632Account transfer | $3,000.00 | $4,211.48 |
| May 4, 2016 | ONLINE DOMESTIC WIRE FEEFee | –$25.00 | $1,211.48 |
|  | ==ONLINE WIRE TRANSFER A/C: MARIA GARCIA BARRIUSO OR BEGONA HOUSTON, TX 770027327 REF: PASAJE MAMA TRN: 3557000125ES 05/04Outgoing wire transfer== | –$562.56 | $1,236.48 |
|  | Online Transfer from MMA ...8606 transaction#: 5371933063Account transfer | $600.00 | $1,799.04 |
| Apr 26, 2016 | INTEREST PAYMENTMisc. credit | $0.02 | $1,199.04 |
| Apr 22, 2016 | NETFLIX.COM 866-579-7172 CA 04/21Debit card transaction (...7419) | –$7.99 | $1,199.02 |
|  | APL* ITUNES.COM/BILL 866-712-7753 CA 04/21Debit card transaction (...1727) | –$0.99 | $1,207.01 |
| Apr 19, 2016 | BEYONDDIET.COM 800-815-1941 VT 04/18Debit card transaction (...1727) | –$14.95 | $1,208.00 |

CONFIDENTIAL - ATTORNEY'S EYES ONLY

JJGM028656
HARVEST_RDR_000611