# EXHIBIT 67

CONFIDENTIAL INFORMATION                                      SUBJECT TO PROTECTIVE ORDER

| | |
|---|---|
| From: | Rosemary Perez <meryros27@gmail.com> |
| Sent: | Wednesday, October 5, 2016 11:19 AM |
| To: | JJ Garcia <jjgarcia_2003@yahoo.com>; JUAN GARCIA <jjgm@ptrcon.com>; GUIDO ITALIANI <italiani.guido@gmail.com> |
| Subject: | Aviso de renovación: 01 de Diciembre 2016 (email #1) / JUAN J. GARCIA M./ 0000006559/ UNIVERSAL VIP III / Deducible: Dentro de los EE.UU. $5.000 Fuera de los EE.UU. $5.000 / Prima $8.436 / VUMI / Agente: Nerone 101107/ ILS |
| Attach: | Formulario de pago_SPA.pdf; Bank-Transfers-Ints-Beginning-Dec-17-20130.pdf; 0000006559 JUAN JOSE GARCIA MENDOZA - AVISO DE PRIMA (12-01-2016)...pdf |

Buenos Días Estimado Sr. Garcia,

Reciba un cordial saludo.

El presente, es para enviarle la información correspondiente a la renovación de su póliza de salud #0000006559 con VUMI, la cual vence el 01 de Diciembre de 2016 por un monto de $8.436.

Adjunto, podrá encontrar los datos necesarios para realizar el pago mediante transferencia bancaria, y las planillas en caso de que su pago sea por cheque o tarjeta de crédito.

**PAGO CON CHEQUE:**

1. Digitalizar cheque con número de póliza abajo a la izquierda del cheque
2. Enviarme el cheque digitalizado, no es necesario el físico.
3. El cheque se hace a nombre: **VUMI UNIVERSAL MEDICAL INSURANCE GROUP**

**PAGO CON TARJETA DE CREDITO:**
Llenar la planilla de pago (adjunta) y enviar digitalizado.

Gracias por su Atención, cualquier información no dude en comunicarse con nosotros estamos para servirle.

*Sin más que agregar quedo al pendiente..*

Saludos Cordiales.

CONFIDENTIAL - ATTORNEY'S EYES ONLY

JJGM006689
HARVEST_RDR_000586

**CONFIDENTIAL INFORMATION**                                                **SUBJECT TO PROTECTIVE ORDER**

Pérez, Rosemary
Ofc. Guido Italiani
Corredor de Seguros
Avd. ppal de las Mercedes, Edf. Barsa
Telf. 0212-993.85.24 /0212-993.91.54 / 0212-716.56.86
Fax. 0212-993.05.68

**CONFIDENTIAL - ATTORNEY'S EYES ONLY**

JJGM006690
HARVEST_RDR_000587



# SOLICITUD PARA SEGURO DE SALUD INDIVIDUAL

**INFORMACIÓN DE PAGO** (el pago debe ser enviado junto con la solicitud)

| Nombre del asegurado principal | | Número de la póliza | |
|---|---|---|---|
| Modalidad de la póliza | ☐ Anual | Prima: | US$ |
| | ☐ Semestral | Cobertura opcional: | US$ |
| | ☐ Trimestral | Tarifa administrativa anual: | US$ 75.00 |
| | | Cantidad total: | US$ |

**Metodo de Pago: Opción 1**

☐ Cheque de caja   ☐ Cheque personal   ☐ Giro bancario   ☐ Cheque de viajero

NO ENVIAR EFECTIVO. El pago debe ser emitido a nombre de **VIP Universal Medical Insurance Group**

**Metodo de Pago: Opción 2**

☐ Tarjeta de crédito    **Por favor proporcione la siguiente información:**

Yo, _____, autorizo a VIP Universal Medical Insurance Group a cargar mi tarjeta de crédito   ☐ Mastercard   ☐ Visa   ☐ American Express   ☐ Discover

| Número de tarjeta de crédito | Fecha de expiración (mes/año)   CVC |
|---|---|
| Cantidad a cargar (US$) | Documento de identidad (solo residentes de Venezuela) |

Dirección del tarjetahabiente (donde recibe el estado de cuenta)

| Teléfono del tarjetahabiente | Firma del tarjetahabiente |
|---|---|

Débito automático para renovaciones futuras   ☐ Sí   ☐ No

Con mi firma en este documento autorizo a ViP Universal Medical Insurance Group a debitar directamente la tarjeta de crédito y/o cuenta bancaria indicada arriba para pagar las primas del seguro de mi póliza de seguro de salud VUMI.

Entiendo que si hay cualquier cambio a mi póliza de seguro de salud VUMI, la cantidad de la prima aprobada también puede cam- biar. También entiendo que una copia fiel y correcta de este documento podría ser enviada a mi institución bancaria o compañía de tarjeta de crédito. Al firmar este documento, solicito e instruyo a la institución correspondiente que permita a ViP Universal Medical Insurance Group debitar mi cuenta directamente y pagar la prima del seguro de salud, a menos que yo indique lo contrario por escrito.

En el caso que un debito directo para pagar mi póliza se seguro VUMI sea por cualquier razón rechazado o denegado, acepto que tengo la responsabilidad personal de pagar inmediatamente las primas de mi póliza de seguro de salud, o la póliza podrá ser rescindida, interrumpida o cancelada.

Al firmar, autorizo las deducciones automáticas para las futuras renovaciones.

| Teléfono del tarjetahabiente | Firma del tarjetahabiente |
|---|---|

FORM5_SOLICITUDSALUD_SPA_2012

ViP Universal Medical Insurance Group 12221 merit Drive Penthouse 1950, Dallas, Texas 75251 Tel +1.214.276.6376 • Fax +1.425.974.7867 • www.vumigroup.com • info@vumigroup.com

5 de 5

CONFIDENTIAL - ATTORNEY'S EYES ONLY

JJGM006691
HARVEST_RDR_000588

CONFIDENTIAL INFORMATION                                        SUBJECT TO PROTECTIVE ORDER



**Instrucciones para Transferencia Bancaria**

**Wire Transfer Instructions**

Los pagos de primas a través de transferencias bancarias deben ser realizados a:

| | |
|---|---|
| Beneficiario: | VIP Universal Medical Insurance Group, LLC<br>8150 N. Central Expressway Suite 1700<br>Dallas, Texas 75206 |
| Banco: | Comerica Bank |
| Dirección del banco: | 8850 Boedeker St, Dallas, TX 75225 |
| Número de Cuenta: | **1881689143** |
| Número de ABA: | **111000753** |
| Código SWIFT: | MNBDUS33 |

\*\* Recuerde incluir el número de póliza y el nombre del asegurado principal en los datos de la transferencia.

---

Policy payments through wire transfer should follow the instructions below:

| | |
|---|---|
| Beneficiary Account: | VIP Universal Medical Insurance Group, LLC<br>8150 N. Central Expressway Suite 1700<br>Dallas, Texas 75206 |
| Bank: | Comerica Bank |
| Bank Address: | 8850 Boedeker St, Dallas, TX 75225 |
| Bank Account Number: | **1881689143** |
| Bank ABA Number: | **111000753** |
| SWIFT Address: | MNBDUS33 |

\*\* Please remember to include the policy number and the name of the main policy holder on the wire transfer details.

CONFIDENTIAL - ATTORNEY'S EYES ONLY                                       JJGM006692
                                                                          HARVEST_RDR_000589

CONFIDENTIAL INFORMATION                                      SUBJECT TO PROTECTIVE ORDER

**AVISO DE PRIMA**



Septiembre 30, 2016

Estimado(a) JUAN JOSE GARCIA MENDOZA

Le agradecemos haber elegido a **VIP Universal Insurance Group, Ltd.** para el cuidado de su salud.

El propósito de este documento es proveerle información sobre su prima por el período estipulado.

**Datos de la póliza**

Número de póliza: 0000006559

Agente: NERONE

Plan y opción: UNIVERSAL VIP III

Fecha de efectividad: Diciembre 01 2015

Fecha de anualidad: Diciembre 01 2016

Frecuencia de pago: Anual

Monto de la prima*: $8436.00

Fecha del próximo pago: Diciembre 01 2016

Pago automático: No

*El monto de la prima no considera pagos parciales o descuentos. El cargo administrativo debe ser pagado junto con el primer pago en cada año de la póliza.

Le sugerimos realizar el pago de su prima antes de la fecha de vencimiento para evitar interrupciones en su cobertura de salud.

Saludos cordiales,

Carola Barrezueta
Gerente de Operaciones
VUMI Group

info@vumigroup.com . www.vumigroup.com

CONFIDENTIAL - ATTORNEY'S EYES ONLY

JJGM006693
HARVEST_RDR_000590

**CONFIDENTIAL INFORMATION**   **SUBJECT TO PROTECTIVE ORDER**



**AVISO DE PRIMA**

Nota: En caso de haber seleccionado la opción 'Renovación Automática', la prima correspondiente será automáticamente debitada de su cuenta tal como fue indicado en su solicitud. En caso de querer anular esta autorización o cambiar su forma de pago, se deberá comunicar con nosotros 5 días hábiles antes de la fecha del proceso. Las cantidades pueden variar si se solicita algún tipo de cambio en la póliza.

## Métodos de pago

- **Tarjeta de crédito**
  Visa                            MasterCard
  American Express                Discover
- **Pago por teléfono**
  Este servicio le permite procesar pagos con tarjeta de crédito telefónicamente.
  Teléfono General   +1.214.276.6376
- **Cheque**
  El cheque debe ser emitido por un banco americano y pagadero en dólares americanos a VUMI Group.
- **Página web**
  Ingresando a la página web www.vumigroup.com bajo la opción 'pagos en línea' del menú principal.
- **Transferencia bancaria**
  Los pagos de primas a través de transferencias bancarias deben ser realizados a:

| | |
|---|---|
| Beneficiario: | VIP Universal Medical Insurance Group, LLC.<br>8150 N. Central Expressway. Suite 1700. Dallas, Texas 75206 |
| Banco: | Comerica Bank |
| Dirección del banco: | 8850 Boedeker Street. Dallas, Texas 75225 |
| Número de cuenta: | 1881689143 |
| Número de ABA: | 111000753 |
| Código SWIFT: | MNBDUS33 |



Recuerde incluir el número de póliza y el nombre del asegurado principal en los datos de la transferencia.

info@vumigroup.com . www.vumigroup.com

JJGM006694

**CONFIDENTIAL - ATTORNEY'S EYES ONLY**         HARVEST_RDR_000591

CONFIDENTIAL INFORMATION                                    SUBJECT TO PROTECTIVE ORDER



VUMI se complace en presentar nuevos beneficios y coberturas más amplias



### BENEFICIOS NUEVOS Y MEJORADOS - 2016

US$500,000 de cobertura para deportes profesionales.

US$2,000,000 vitalicios de cobertura para condiciones congénitas diagnosticadas antes de los 18 años.

Cobertura dental de emergencia por los primeros 180 días desde la fecha del accidente.

US$100 de cobertura para chequeos médicos preventivos para todas las edades después de un período de espera de 10 meses, sin deducible (opciones III, IV y V).

Nutricionista y tratamientos para dejar de fumar añadidos como parte del beneficio de chequeo médico preventivo.

US$2,500 de cobertura para terapias complementarias incluyendo acupuntura, fisioterapeutas y osteópatas.

Terapia ocupacional se añade a los beneficios de tratamientos especializados.

US$10,000 de cobertura para Alzheimer como beneficio independiente.

Maternidad cubierta para hijas dependientes hasta la edad de 18 años (opciones I, II y III).

US$1,000 de cobertura por maternidad cubierta para extracción y almacenamiento de células madres (opciones I y II).

Eliminación del deducible por 1 año después del tercer año sin reclamos (opciones I, II y III).

Reducción del deducible de hasta 50% por 1 año después del tercer año sin reclamos (opciones IV y V).

JJGM006695

CONFIDENTIAL - ATTORNEY'S EYES ONLY                         HARVEST_RDR_000592