# EXHIBIT 68

CONFIDENTIAL INFORMATION                                    SUBJECT TO PROTECTIVE ORDER

| | |
|---|---|
| **From:** | Garcia, Juan [Juan Garcia] <gjju@chevron.com> |
| **Sent:** | Monday, January 15, 2018 10:42 AM |
| **To:** | Juan Jose Garcia (jjgarcia_2003@yahoo.com) |
| **Subject:** | Aventra |

http://www.houstonmethodist.org/gastroenterology/

JJGM000829

CONFIDENTIAL - ATTORNEY'S EYES ONLY                         HARVEST_RDR_000546