# EXHIBIT 69

**CONFIDENTIAL INFORMATION**                                                      **SUBJECT TO PROTECTIVE ORDER**

| | |
|---|---|
| **From:** | Garcia, Juan [Juan Garcia] <gjju@chevron.com> |
| **Sent:** | Monday, January 15, 2018 10:58 AM |
| **To:** | Juan Jose Garcia (jjgarcia_2003@yahoo.com) |
| **Subject:** | Salud |

http://www.houstonmethodist.org/the-woodlands/

JJGM000830

**CONFIDENTIAL - ATTORNEY'S EYES ONLY**                                HARVEST_RDR_000547