# EXHIBIT 70

**CONFIDENTIAL INFORMATION**                          **SUBJECT TO PROTECTIVE ORDER**

| | |
|---|---|
| **From:** | Garcia, Juan [Juan Garcia] <gjju@chevron.com> |
| **Sent:** | Monday, January 15, 2018 11:09 AM |
| **To:** | Juan Jose Garcia (jjgarcia_2003@yahoo.com) |
| **Subject:** | Salud 2 |

http://www.houstonmethodist.org/doctor/gilchrist-l-jackson/

**CONFIDENTIAL - ATTORNEY'S EYES ONLY**