# EXHIBIT 73

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **HARVEST NATURAL RESOURCES, INC., and HNR ENERGIA B.V.,** § § § § | | |
| Plaintiffs, § | | |
| v. § | CIVIL ACTION: 4:18-cv-00483 | |
| § | | |
| **JUAN JOSE GARCIA MENDOZA, PETRO CONSULTORES S.C., PETRO CONSULTORES INTERNATIONAL TRADING COMPANY, INC., PETROCONSULTORES (BARBADOS) LTD., PETROCONSULTORES, INC., SELLE LLC, AZURE 904 LLC, AZURE 406 LLC, RAFAEL DARIO RAMÍREZ CARRENO, EULOGIO ANTONIO DEL PINO DIAZ, and JOSE ANGEL GONZALEZ ACOSTA,** § § § § § § § § § § § § § | | |
| Defendants. | | |

## DEFENDANT RAMÍREZ'S SECOND SET OF ANSWERS AND OBJECTIONS TO PLAINTIFFS' FIRST SET OF INTERROGATORIES ON ISSUES CONCERNING SERVICE OF PROCESS AND JURISDICTION

To: Plaintiffs Harvest Natural Resources, Inc. and HNR Energia B.V., by and through their attorneys of record Craig Smyser, Alexander Michael Wolf and Dane C. Ball, Smyser Kaplan & Veselka, LLP, 700 Louisiana Street, Suite 2300, Houston, TX 77002.

Pursuant to Federal Rules of Civil Procedure 33 and 34, and Local Rule 33 of the United States District Court for the Southern District of Texas, Rafael Darío Ramírez Carreño ("Ramírez") hereby serves his second set of answers and objections to Plaintiffs Harvest Natural Resources, Inc. and HNR Energia B.V.'s (collectively "Harvest") First Set of Interrogatories on issues concerning service of process and jurisdiction, as revised during the parties' meet and confer

1

process and in accordance with Judge Rosenthal's Minute entry for the proceedings held on August 27, 2019 (Dkt. No. 98), and hereby designates his responses as CONFIDENTIAL under the terms of the Agreed Protective Order, which was entered by the court on October 1, 2019 (Dkt. No. 104). Pursuant to the Court's orders and agreement of counsel, additional responses will be provided on a rolling basis and be completed by January 16, 2020.

Dated:  October 17, 2019                                     Respectfully submitted,

*/s/ Abbe David Lowell (by permission)*
Abbe David Lowell
WINSTON & STRAWN LLP
1700 K Street NW
Washington, DC 20006
Phone: 202-282-5875
Fax: 202-282-5100
adlowell@winston.com

**ATTORNEY-IN-CHARGE FOR DEFENDANT RAFAEL DARÍO RAMÍREZ CARREÑO**

OF COUNSEL:
Denise Scofield
Texas Bar No. 00784934
S.D. Adm. No. 1529
dscofield@winston.com
WINSTON & STRAWN LLP
1111 Louisiana Street, 25th Floor
Houston, Texas 77002
Tel. (713) 651-2600
Fax (713) 651-2700

Staci Yablon
syablon@winston.com
Sofia Arguello
sarguello@winston.com
WINSTON & STRAWN LLP
200 Park Avenue
New York NY 10166
Tel. (212) 294-4703
Fax (212) 294-4700

2

DEFENDANT RAMÍREZ'S SECOND ANSWERS AND OBJECTIONS TO PLAINTIFFS' FIRST SET OF
INTERROGATORIES ON ISSUES CONCERNING SERVICE OF PROCESS AND JURISDICTION
CASE NO: 4:18-cv-00483

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document was served on Plaintiffs' counsel via electronic mail on October 17, 2019.

                                                   */s/ Sofia Arguello*
                                                   Sofia Arguello

DEFENDANT RAMÍREZ'S SECOND ANSWERS AND OBJECTIONS TO PLAINTIFFS' FIRST SET OF
INTERROGATORIES ON ISSUES CONCERNING SERVICE OF PROCESS AND JURISDICTION
CASE NO: 4:18-cv-00483

about some lawsuit. The reporter did not indicate how Ramírez was mentioned in the suit, but did mention that it involved allegations of bribery at PDVSA. Ramírez recalls informing the reporter that he did not receive any bribes. Ramírez also believes that, at some time later, a person who purported to be a lawyer for Harvest tried to contact him via WhatsApp. Because he was unable to determine if the text was credible, he referred the text to his counsel.

**INTERROGATORY NO. 9:**

Identify, by financial institution and account number, all financial accounts in the United States in which You have or had any ownership or beneficial ownership interest from January 1, 2012 to present, including but not limited to any accounts at Ocean Bank, Espirito Santo Bank, Brickell Bank, or Amegy Bank. This includes, but is not limited to, any ownership or beneficial ownership interest You have or had through any individual or entity, including any testaferros.

**ANSWER TO INTERROGATORY NO. 9:**

Ramírez objects to this Interrogatory to the extent it assumes facts that are inaccurate and calls for sensitive and personal information. Subject to and without waiver of the foregoing objection and of Ramírez's right to amend or supplement his responses, Ramírez responds that on or around May 2015, he opened a financial account at the United Nations Federal Credit Union ("UNFCU") to receive his ambassador salary. This is the only bank account that Ramírez currently has in the United States. Prior to opening that account, Ramírez had a financial account at Bank of America for purposes of receiving his ambassador salary, but Bank of America closed that account sometime between January and May 2015. Ramírez further responds that he has never had any beneficial ownership interest in any financial account through any individual or entity, and explicitly denies the use of any "testaferro" at any time.

**INTERROGATORY NO. 12:**

Identify all money, payments, goods, or services of any kind and any value that You or your family received or benefited from that came from Luis Carlos De Leon Perez, Nervis Gerardo Villalobos Cardenas, Cesar David Rincon Gordoy, Alejandro Isturiz Chiesa, Rafael Ernesto Reiter Munoz, Javier Alvarado-Ochoa, Daisy Teresa Rafoi Bleuler, Paulo Jorge Da Costa Casqueiro Murta, Abraham Jose Shiera Bastidas, and Roberto Enrique Rincon Fernandez from January 1, 2011 through to present.

**ANSWER TO INTERROGATORY NO. 12:**

Ramírez objects to this Interrogatory to the extent that it is overbroad. Ramírez also objects to this Interrogatory to the extent it seeks information beyond the scope of service and personal jurisdiction issues. Subject to and without waiver of the foregoing objections and of Ramírez's right to amend or supplement his responses, Ramírez responds that he does not personally know Luis Carlos De Leon Perez, Cesar David Rincon Gordoy, Alejandro Isturiz Chiesa, Daisy Teresa Rafoi Bleuler, Paulo Jorge Da Costa Casqueiro Murta, Abraham Jose Shiera Bastidas, or Roberto

8

DEFENDANT RAMÍREZ'S SECOND ANSWERS AND OBJECTIONS TO PLAINTIFFS' FIRST SET OF
INTERROGATORIES ON ISSUES CONCERNING SERVICE OF PROCESS AND JURISDICTION
CASE NO: 4:18-cv-00483

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HARVEST NATURAL RESOURCES, INC., and HNR ENERGIA B.V., | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION: 4:18-cv-00483 |
| JUAN JOSE GARCIA MENDOZA, PETRO CONSULTORES S.C., PETRO CONSULTORES INTERNATIONAL TRADING COMPANY, INC., PETROCONSULTORES (BARBADOS) LTD., PETROCONSULTORES, INC., SELLE LLC, AZURE 904 LLC, AZURE 406 LLC, RAFAEL DARÍO RAMÍREZ CARRENO, EULOGIO ANTONIO DEL PINO DIAZ, and JOSE ANGEL GONZALEZ ACOSTA, | § § § § § § § § § § § § § | |
| Defendants. | | |

**VERIFICATION**

I, Rafael Darío Ramírez Carreño, declare as follows:

I have read the document entitled Defendant Ramírez's Second Set of Answers and Objections to Plaintiffs' First Set of Interrogatories on Issues Concerning Service of Process and Jurisdiction. The answers contained therein are accurate to the best of my personal knowledge, review of business records, and/or information and belief.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. This verification was executed in Rome, Italy on October 17, 2019.

_____
Rafael Darío Ramírez Carreño