# EXHIBIT 74

# UNFCU

**Statement Ending 04/30/2019**

Court Square Place, 24-01 44th Road
Long Island City, NY 11101, USA

RAFAEL D RAMIREZ CARRENO             Page 1 of 4

**RETURN SERVICE REQUESTED**

RAFAEL D RAMIREZ CARRENO

## Managing Your Accounts

| | | |
|---|---|---|
| 🏛 | Corporate Headquarters | Court Square Place 24-01 44th Road Long Island City, NY 11101, USA |
| 📱 | Phone Number | +1 347-686-6000 |
| ✉ | Email Address | email@unfcu.com |
| 💻 | Online Access | www.unfcu.org |

## Summary of Accounts

| Account Type | Account Number | |
|---|---|---|
| Membership Savings Account | ▮0001 | ▮ |
| Checking Account | ▮0002 | |
| **Total Current Value** | | |

| Loan Account | Account Number | |
|---|---|---|
| Checking Line of Credit | ▮0003 | |

## Membership Savings Account-▮0001

[redacted]

## Checking Account-▮0002

[redacted]


NCUA


EQUAL HOUSING LENDER

The accounts reported on this statement have been combined onto one monthly statement. The ownership and title of individual products reported here may be different from the addressee(s) on the first page.

### YOUR BILLING RIGHTS - KEEP THIS NOTICE FOR FUTURE USE

This notice contains important information about your rights and our responsibilities under the Fair Credit Billing Act.

**What To Do If You Think You Found A Mistake On Your Statement**

If you think there is an error on your statement, write to us at:

United Nations Federal Credit Union
Attn: Member Directed Services
Court Square Place, 24-01 44th Road
Long Island City, NY 11101, USA

You may also contact us on the web at **www.unfcu.org** or **email@unfcu.com.**

In your letter, please provide us with the following information:

- Account information: your name and account number
- Dollar amount: the dollar amount of the suspected error
- Description of problem: if you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, please note the following:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement and we may continue to charge you interest on that amount, but, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Error Resolution Procedure**

In case of errors or questions about your electronic transfers, call us at +1 347-686-6000 or toll-free within US/Canada 1-800-891-2471. You can also write us at United Nations Federal Credit Union, Attn: Member Directed Services, Court Square Place, 24-01 44th Road, Long Island City, NY 11101 USA as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

In your letter, please provide the following information:

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can as to why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

 Federally insured by the NCUA.    Equal Housing Lender

© 2017 UNFCU and 'serving the people who serve the world' are registered marks of United Nations Federal Credit Union. All rights reserved.

ATTORNEY'S EYES ONLY CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER    RDRC000054



**Statement Ending 04/30/2019**

RAFAEL D RAMIREZ CARRENO    Page 3 of 4

## Checking Account- 0002 (continued)

## Checking Line of Credit- 0003

THIS PAGE WAS LEFT INTENTIONALLY BLANK

ATTORNEY'S EYES ONLY CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER   RDRC000056